# Exhibit D

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.

SANDY PHILLIPS, individually and as
surviving parent, of Jessica Ghawi, decedent;
LONNIE PHILLIPS, individually and as
surviving parent of Jessica Ghawi, decedent,

Plaintiffs,

v.

LUCKY GUNNER d/b/a/ BULKAMMO.COM,
THE SPORTSMAN'S GUIDE, BRIAN PLATT
d/b/a/ BTP ARMS, GOLD STRIKE E
COMMERCE LLC d/b/a/
BULLETPROOFBODYARMORHQ.COM, and
JOHN DOES 1 through 10, unknown
individuals,

Defendants.

## CONSENT TO REMOVAL

Defendant, The Sportsman's Guide, Inc., with full reservation of any and all rights and defenses, hereby consents to removal of the above-captioned case to the United States District Court for the District of Colorado, which was originally filed in the Arapahoe County District Court in the State of Colorado.

FAFINSKI MARK & JOHNSON, P.A.

Dated: October 14, 2014

Donald Chance Mark, Jr. (MN #67659) (Admitted in Dist. of Colorado)
Patrick J. Rooney (MN #198274) (Admitted in Dist. of Colorado)
Peter A. T. Carlson (MN #0350448) (Admitted in Dist. of Colorado)
Flagship Corporate Center

775 Prairie Center Drive, Suite 400
Eden Prairie, MN 55344
(952) 995-9500
*donald.mark@fmjlaw.com*
*patrick.rooney@fmjlaw.com*
*peter.carlson@fmjlaw.com*

and

Ronald L. Wilcox
**PETERS MAIR WILCOX**
1755 Blake Street, Suite 240
Denver, CO 80202
(303) 393-1704
*rwilcox@peterslaw.net*

***Attorneys for The Sportsman's Guide, Inc.***

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| SANDY PHILLIPS, individually and as surviving parent of Jessica Ghawi, decedent; LONNIE PHILLIPS, individually and as surviving parent of Jessica Ghawi, decedent. <br><br> v. <br><br> LUCKY GUNNER, d/b/a/ BULKAMMO.COM, a Tennessee Corporation; <br> THE SPORTSMAN'S GUIDE, a Minnesota Corporation; <br> Brian Platt, d/b/a/ BTP ARMS, <br> Gold Strike E Commerce LLC d/b/a/ <br> BULLETPROOFBODYARMORHQ.COM, an Arizona Corporation; <br> and JOHN DOES 1 through 10, unknown individuals. | ) ) ) ) ) ) ) Case No: ___-cv-_____ ) ) ) ) ) ) ) ) ) ) |

## CONSENT TO REMOVAL

Defendant, Brian Platt, d/b/a BTP Arms, with full reservation of any and all rights and defenses, hereby consents to removal of the above-captioned case to the United States District Court for the District of Colorado, which was originally filed in the Arapahoe County District Court in the State of Colorado.

**Dated:** October __1__, 2014.

_____
Phillip R. Zuber, Esq.
Sasscer, Clagett & Bucher
5407 Water St., Suite 101
Upper Marlboro, Maryland 20772

**Attorney for Brian Platt, d/b/a BTP Arms**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

SANDY PHILLIPS, individually and as surviving parent of Jessica Ghawi, decedent; LONNIE PHILLIPS, individually and as surviving parent of Jessica Ghawi, decedent.

v.

Case No: ___-cv-_____

LUCKY GUNNER, d/b/a/ BULKAMMO.COM, a Tennessee Corporation;
THE SPORTSMAN'S GUIDE, a Minnesota Corporation;
Brian Platt, d/b/a/ BTP ARMS,
Gold Strike E Commerce LLC d/b/a/ BULLETPROOFBODYARMORHQ.COM, an Arizona Corporation;
and JOHN DOES 1 through 10, unknown individuals.

## CONSENT TO REMOVAL

Defendant Gold Strike E Commerce LLC d/b/a BulletProofBodyArmorHQ.com, with full reservation of any and all rights and defenses, hereby consents to removal of the above-captioned case to the United States District Court for the District of Colorado, which was originally filed in the Arapahoe County District Court in the State of Colorado.

Dated: September 29, 2014.

_____
Chris Russell of Gold Strike E Commerce LLC d/b/a
BulletProofBodyArmorHQ.com