# Exhibit F

(Part 1 of 4)

## Register of Actions

| | Filed by Plaintiff/Petitioner | Case Number: 2014CV031946 | | | Division: 15 | | |
|---|---|---|---|---|---|---|---|
| | Filed by Defendant/Respondent | Case Type: Negligence | | | Judicial Officer: Charles M Pratt | | |
| | Filed by Court | Case Caption: Phillips, Sandy Et Al V. Lucky Gunner Et Al | | | Court Location: Arapahoe County | | |

| Filing ID | Date Filed | Authorizer | Organization | Filing Party | Event | Document Title | Document Security |
|---|---|---|---|---|---|---|---|
| 63003B8D3DB57 | 10/08/2014 12:05 PM | Paul W. Rodney, Thomas W Stoever | Arnold and Porter LLP | Lonnie Phillips, Sandy Phillips | Motion | Verified Motion Requesting Pro Hac Vice Admission of Kelly Sampson | Public |
| 8477BD1280A23 | 10/08/2014 12:03 PM | Paul W. Rodney, Thomas W Stoever | Arnold and Porter LLP | Lonnie Phillips, Sandy Phillips | Motion | Verified Motion Requesting Pro Hac Vice Admission of Jonathan Lowy | Public |
| 8911EA43917D0 | 09/23/2014 10:29 AM | Paul W. Rodney, Thomas W Stoever | Arnold and Porter LLP | Sandy Phillips, Lonnie Phillips | Return of Service | summons with attached return of service - Sportsman's Guide by Jenny Schurhamer Authorized Agent served 9 17 2014 | Public |
| 31635C0EA1CE0 | 09/16/2014 8:59 AM | Paul W. Rodney, Thomas W Stoever | Arnold and Porter LLP | Sandy Phillips, Lonnie Phillips | Complaint - Amended | Complaint - Amended | Public |
| EF277AA91261D | 09/15/2014 11:32 AM | Paul W. Rodney, Thomas W Stoever | Arnold and Porter LLP | Sandy Phillips, Lonnie Phillips | Entry of Appearance | Entry of Appearance | Public |
| N/A (Details) | 09/13/2014 3:09 PM | Charles M Pratt | Arapahoe County | N/A | Order (Related Event) | Order: Notice | Public |
| CDDA194811D41 | 08/07/2014 5:11 PM | Paul W. Rodney | Arnold and Porter LLP | Sandy Phillips, Lonnie Phillips | Notice (Related Event) | Notice | Public |
| N/A (Details) | 07/21/2014 12:00 AM | Charles Pratt | Arapahoe County | N/A | Order - Case Management | Delay Reduction & Simplified Procedure Order Regarding Plan for Settlement | Public |
| 8B201AB0B0CF0 | 07/18/2014 3:14 PM | Paul W. Rodney | Arnold and Porter LLP | Sandy Phillips, Lonnie Phillips | Complaint w/Jury Demand (Related Event) | Complaint w/Jury Demand | Public |
| | | | | | Civil Case Cover Sheet (Related Event) | Civil Case Cover Sheet | Public |

## Party Information

| Party Name | Party Type | Party Status | Attorney Name |
|---|---|---|---|
| Brian Platt | Defendant | | N/A |
| Blp Arms | DBA | | N/A |
| Bulkammo.com | DBA | | N/A |
| Bulletproofbodyarmorhq.com | DBA | | N/A |
| Gold Strike E Commerce Llc | Defendant | | N/A |
| James Holmes | Defendant | Dismissed | N/A |
| John Does 1 Through 10 | Defendant | | N/A |
| Lonnie Phillips | Plaintiff | | Paul W. Rodney (Arnold and Porter LLP) Thomas W Stoever (Arnold and Porter LLP) |
| Lucky Gunner | Defendant | | N/A |
| Sandy Phillips | Plaintiff | | Paul W. Rodney (Arnold and Porter LLP) Thomas W Stoever (Arnold and Porter LLP) |
| The Sportsmans Guide | Defendant | | N/A |



| | |
|---|---|
| DISTRICT COURT, ARAPAHOE COUNTY, STATE OF COLORADO<br>7325 South Potomac Street<br>Centennial, Colorado 80112 | |
| Plaintiff:<br><br>SANDY PHILLIPS, individually and as surviving parent of Jessica Ghawi, decedent; LONNIE PHILLIPS, individually and as surviving parent of Jessica Ghawi, decedent; and on behalf of All Others Similarly Situated.<br><br>v.<br><br>Defendants:<br><br>LUCKY GUNNER, d/b/a/ BULKAMMO.COM, a Georgia Corporation;<br>THE SPORTSMAN'S GUIDE, a Minnesota Corporation;<br>Brian Platt, d/b/a/ BTP ARMS,<br>Gold Strike E Commerce LLC d/b/a/ BULLETPROOFBODYARMORHQ.COM, an Arizona Corporation;<br>JAMES HOLMES, an individual;<br>and JOHN DOES 1 through 10, unknown individuals. | ▲ COURT USE ONLY ▲<br><br>Case No.: 2014CV31946<br>Division: 15<br>Courtroom: |
| **Attorneys for Plaintiffs:**<br><br>Thomas W. Stoever, Jr., Attorney No. 25434<br>Paul W. Rodney, Attorney No. 41951<br>ARNOLD & PORTER LLP<br>370 Seventeenth Street, Suite 4400<br>Denver, CO 80202<br>Phone Number: (303) 863-1000<br>E-mail: Thomas.Stoever@aporter.com<br>E-mail: Paul.Rodney@aporter.com<br><br>Jonathan Lowy<br>Elizabeth Burke<br>Kelly Sampson<br>The Brady Center to Prevent Gun Violence<br>840 First Street, NE, Suite 400<br>Washington, DC 20002<br>*Pro Hac Vice Admission Pending* | |
| **VERIFIED MOTION REQUESTING *PRO HAC VICE* ADMISSION OF JONATHAN LOWY** | |

Pursuant to C.R.C.P. 121 § 1-2, and Rule 221, Attorney Jonathan Lowy with The Brady Center to Prevent Gun Violence of Washington, DC, moves for *pro hac vice* admission to practice before this Court in the above-captioned matter.

AS GROUNDS FOR THIS MOTION, Jonathan Lowy states and shows the Court the following:

1. Under Rule 221, an attorney and counselor at law in good standing from any other jurisdiction in the United States may, in the discretion of a Colorado court of record, be permitted to participate before the Court in a trial, argument and other proceeding in the particular case in which the attorney is employed, provided that a member in good standing of the Bar of the State of Colorado is associated in such cause at all states of the case.

2. Jonathan Lowy also is admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each:

| Court/Bar | Date Admitted |
|---|---|
| Supreme Court of Virginia | 1988 |
| District of Columbia Court of Appeals | 1989 |
| United States Supreme Court | 2008 |
| Supreme Court of the State of New York, Erie County (pro hac vice) | 2005 |
| Circuit Court of Milwaukee County (WI) (pro hac vice) | 2010 |
| United States District Court for the Northern District of Illinois | 2012 |
| Supreme Court of Alaska (pro hac vice) | 2012 |
| United States District Court for the Northern District of Mississippi | 2013 |
| Supreme Court of Kansas (pro hac vice) | 2013 |

3. Jonathan Lowy is in good standing in all Bars wherever admitted and no discipline or grievance proceedings have been filed or are pending.

4. Jonathan Lowy has not previously sought *pro hac vice* admission in Colorado.

5.      Jonathan Lowy acknowledges that he is subject to all applicable provisions of the Colorado Rules of Professional conduct and the Colorado Rules of Civil Procedure and that he has read such rules.

6.      Thomas W. Stoever, Jr. is a member in good standing of the Bar of the State of Colorado.

7.      Thomas W. Stoever, Jr. will be present and participate in a meaningful and substantial manner throughout the proceedings and trial of this matter.

8.      The following are parties to the proceeding and will be served copies of this Verified Motion requesting *pro hac vice* admission when their counsel have entered appearances: LUCKY GUNNER, d/b/a/ BULKAMMO.COM; THE SPORTSMAN'S GUIDE; Brian Platt, d/b/a/ BTP ARMS; Gold Strike E Commerce LLC d/b/a/ BULLETPROOFBODYARMORHQ.COM.

9.      Thomas W. Stoever, Jr., has filed a copy of this motion with the Clerk of the Colorado Supreme Court at the Attorney Registration Office, and paid the required fee.

10.     An affidavit setting forth Jonathan Lowy's qualifications and compliance is attached hereto.

WHEREFORE, counsel respectfully requests that the Court admit Jonathan Lowy *pro hac vice*, to practice before the Court in this case.

Respectfully submitted on the ____ day of October, 2014.

Jonathan Lowy

*Applicant Attorney*


/s Thomas W. Stoever, Jr.
Thomas W. Stoever, Jr., Attorney No. 25434
ARNOLD & PORTER LLP
370 Seventeenth Street, Suite 4400
Denver, CO 80202-1370

*Sponsoring Attorney*

3

## VERIFICATION

DISTRICT OF COLUMBIA      )
                                 )
                                 )

The Verified Motion Requesting *Pro Hac Vice* admission of Jonathan Lowy was sworn to or affirmed and signed by Jonathan Lowy this 2nd day of October, 2014.

Subscribed and sworn to (or affirmed) before me on this 2nd day of October, 2014, by Jonathan Lowy, proved to me on the basis of satisfactory evidence to be the person who appeared before me.



_____
Notary Public

My Commission expires:    8/14/19

4

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 8th day of October, 2014, and true and correct copy of the foregoing **VERIFIED MOTION REQUESTING *PRO HAC VICE* ADMISSION OF KELLY SAMPSON** was filed via Integrated Colorado Courts E-filing System (ICCES). Plaintiff will serve a copy of the filed **VERIFIED MOTION REQUESTING *PRO HAC VICE* ADMISSION OF KELLY SAMPSON** within 15 days following the entry of appearance of all other parties to this case. A certificate of mailing will be filed with the Court at that time.

s/ Rebecca A. Golz
Rebecca A. Golz

ATTACHMENT 1

| | |
|---|---|
| DISTRICT COURT, ARAPAHOE COUNTY,<br>STATE OF COLORADO<br>7325 South Potomac Street<br>Centennial, Colorado 80112 | |
| **Plaintiff:**<br><br>**SANDY PHILLIPS**, individually and as surviving parent of Jessica Ghawi, decedent; **LONNIE PHILLIPS**, individually and as surviving parent of Jessica Ghawi, decedent.<br><br>v.<br><br>**Defendants:**<br><br>**LUCKY GUNNER, d/b/a/ BULKAMMO.COM**, a Tennessee Corporation;<br>**THE SPORTSMAN'S GUIDE**, a Minnesota Corporation;<br>**Brian Platt, d/b/a/ BTP ARMS,**<br>**Gold Strike E Commerce LLC d/b/a/**<br>**BULLETPROOFBODYARMORHQ.COM**, an Arizona Corporation;<br>and **JOHN DOES 1 through 10**, unknown individuals. | ▲ **COURT USE ONLY** ▲<br><br>Case No.:     2014CV31946<br><br>Division:     15 |
| **Attorneys for Plaintiffs:**<br><br>Thomas W. Stoever, Jr., Attorney No. 25434<br>Paul W. Rodney, Attorney No. 41951<br>ARNOLD & PORTER LLP<br>370 Seventeenth Street, Suite 4400<br>Denver, CO 80202<br>Phone Number: (303) 863-1000<br>E-mail: Thomas.Stoever@aporter.com<br>E-mail: Paul.Rodney@aporter.com<br><br>Jonathan Lowy<br>Elizabeth Burke<br>Kelly Sampson<br>The Brady Center to Prevent Gun Violence<br>840 First Street, NE, Suite 400<br>Washington, DC 20002<br>*Pro Hac Vice Admission Pending* | |
| **AFFIDAVIT OF JONATHAN LOWY** | |

1. My name is Jonathan Lowy.  I am an attorney with the The Brady Center to Prevent Gun Violence, 840 First Street, NE, Suite 400, Washington, DC  20002, 202-370-8104, and counsel to Plaintiffs Sandy Phillips, Lonnie Phillips in the action referenced above.

2. I received a JD degree from the University of Virginia School of Law.  I was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each:

| Court/Bar | Date Admitted |
| --- | --- |
| Supreme Court of Virginia | 1988 |
| District of Columbia Court of Appeals | 1989 |
| United States Supreme Court | 2008 |
| Supreme Court of the State of New York, Erie County (pro hac vice) | 2005 |
| Circuit Court of Milwaukee County (WI) (pro hac vice) | 2010 |
| United States District Court for the Northern District of Illinois | 2012 |
| Supreme Court of Alaska (pro hac vice) | 2012 |
| United States District Court for the Northern District of Mississippi | 2013 |
| Supreme Court of Kansas (pro hac vice) | 2013 |

3. I am in good standing in all Bars wherever admitted and no disciplinary or grievance proceedings have been filed or are pending against me.

4. I have not established domicile in the State of Colorado.

5. I have not established a place in Colorado from which I hold myself out to the public as practicing Colorado law nor am I soliciting or accepting Colorado clients.

6. I have not previously sought *pro hac vice* admission in Colorado.

7.    I acknowledge that I am subject to all applicable provisions of the Colorado Rules of Professional Conduct and the Colorado Rules of Civil Procedure; that such rules have been read and will be followed throughout the *pro hac vice* admission; and that the Verified Motion complies with those rules.

8.    The Colorado licensed attorney who will associated with me is: Thomas W. Stoever, Jr., Attorney No. 25434; 370 Seventeenth Street, Suite 4400, Denver, Colorado 80202, (303) 863-1000.

Signed this ___ day of October, 2014.

Jonathan Lowy
Brady Center to Prevent Gun Violence
840 First Street, NE, Suite 400
Washington, DC 20002
Phone Number: (202) 370-8104
Fax Number: (202) 370-8102
E-mail: jlowy@bradymail.org

*Applicant Attorney*

DISTRICT OF COLUMBIA          )
                              )
                              )

Subscribed and sworn to (or affirmed) before me on this ___ day of October, 2014, by Jonathan Lowy, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Notary Public

My Commission expires: 8/14/19

3



| | |
|---|---|
| DISTRICT COURT, ARAPAHOE COUNTY, STATE OF COLORADO<br>7325 South Potomac Street<br>Centennial, Colorado 80112 | DATE FILED: October 8, 2014 12:05 PM<br>FILING ID: 63003B8D3DB57<br>CASE NUMBER: 2014CV31946 |

Plaintiff:

SANDY PHILLIPS, individually and as surviving parent of Jessica Ghawi, decedent; LONNIE PHILLIPS, individually and as surviving parent of Jessica Ghawi, decedent; and on behalf of All Others Similarly Situated.

v.

Defendants:

LUCKY GUNNER, d/b/a/ BULKAMMO.COM, a Georgia Corporation;
THE SPORTSMAN'S GUIDE, a Minnesota Corporation;
Brian Platt, d/b/a/ BTP ARMS,
Gold Strike E Commerce LLC d/b/a/
BULLETPROOFBODYARMORHQ.COM, an Arizona Corporation;
JAMES HOLMES, an individual;
and JOHN DOES 1 through 10, unknown individuals.

▲ **COURT USE ONLY** ▲

Case No.:     2014CV31946
Division:  15
Courtroom:

**Attorneys for Plaintiffs:**

Thomas W. Stoever, Jr., Attorney No. 25434
Paul W. Rodney, Attorney No. 41951
ARNOLD & PORTER LLP
370 Seventeenth Street, Suite 4400
Denver, CO 80202
Phone Number: (303) 863-1000
E-mail: Thomas.Stoever@aporter.com
E-mail: Paul.Rodney@aporter.com

Jonathan Lowy
Elizabeth Burke
Kelly Sampson
The Brady Center to Prevent Gun Violence
840 First Street, NE, Suite 400
Washington, DC 20002
*Pro Hac Vice Admission Pending*

**VERIFIED MOTION REQUESTING *PRO HAC VICE* ADMISSION OF KELLY SAMPSON**

Pursuant to C.R.C.P. 121 § 1-2, and Rule 221, Attorney Kelly Sampson with The Brady Center to Prevent Gun Violence of Washington, DC, moves for *pro hac vice* admission to practice before this Court in the above-captioned matter.

AS GROUNDS FOR THIS MOTION, Kelly Sampson states and shows the Court the following:

1. Under Rule 221, an attorney and counselor at law in good standing from any other jurisdiction in the United States may, in the discretion of a Colorado court of record, be permitted to participate before the Court in a trial, argument and other proceeding in the particular case in which the attorney is employed, provided that a member in good standing of the Bar of the State of Colorado is associated in such cause at all states of the case.

2. Kelly Sampson also is admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each:

| Court/Bar | Date Admitted |
|---|---|
| New York | February 21, 2013 |

3. Kelly Sampson is in good standing in all Bars wherever admitted and no discipline or grievance proceedings have been filed or are pending.

4. Kelly Sampson has not previously sought *pro hac vice* admission in Colorado.

5. Kelly Sampson acknowledges that she is subject to all applicable provisions of the Colorado Rules of Professional conduct and the Colorado Rules of Civil Procedure and that she has read such rules.

6. Thomas W. Stoever, Jr. is a member in good standing of the Bar of the State of Colorado.

7. Thomas W. Stoever, Jr. will be present and participate in a meaningful and substantial manner throughout the proceedings and trial of this matter.

8. The following are parties to the proceeding and will be served copies of this Verified Motion requesting *pro hac vice* admission when their counsel have entered appearances: LUCKY GUNNER, d/b/a/ BULKAMMO.COM; THE SPORTSMAN'S GUIDE; Brian Platt, d/b/a/ BTP ARMS; Gold Strike E Commerce LLC d/b/a/ BULLETPROOFBODYARMORHQ.COM.

9. Thomas W. Stoever, Jr., has filed a copy of this motion with the Clerk of the Colorado Supreme Court at the Attorney Registration Office, and paid the required fee.

10. An affidavit setting forth Kelly Sampson's qualifications and compliance is attached hereto.

WHEREFORE, counsel respectfully requests that the Court admit Kelly Sampson *pro hac vice*, to practice before the Court in this case.

Respectfully submitted on the 2nd day of October, 2014.

Kelly Sampson

*Applicant Attorney*

/s Thomas W. Stoever, Jr.
Thomas W. Stoever, Jr., Attorney No. 25434
ARNOLD & PORTER LLP
370 Seventeenth Street, Suite 4400
Denver, CO 80202-1370

*Sponsoring Attorney*

## VERIFICATION

DISTRICT OF COLUMBIA )
                                                )
                                                )

The Verified Motion Requesting *Pro Hac Vice* admission of Kelly Sampson was sworn to or affirmed and signed by Kelly Sampson this 2nd day of October, 2014.

Subscribed and sworn to (or affirmed) before me on this 2nd day of October, 2014, by Kelly Sampson, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

_____
Notary Public

My Commission expires: 8/14/19

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 8th day of October, 2014, and true and correct copy of the foregoing **VERIFIED MOTION REQUESTING *PRO HAC VICE* ADMISSION OF KELLY SAMPSON** was filed via Integrated Colorado Courts E-filing System (ICCES). Plaintiff will serve a copy of the filed **VERIFIED MOTION REQUESTING *PRO HAC VICE* ADMISSION OF KELLY SAMPSON** within 15 days following the entry of appearance of all other parties to this case. A certificate of mailing will be filed with the Court at that time.

s/ Rebecca A. Golz
Rebecca A. Golz

ATTACHMENT 1

| | |
|---|---|
| DISTRICT COURT, ARAPAHOE COUNTY, STATE OF COLORADO<br>7325 South Potomac Street<br>Centennial, Colorado 80112 | |
| **Plaintiff:**<br><br>**SANDY PHILLIPS**, individually and as surviving parent of Jessica Ghawi, decedent; **LONNIE PHILLIPS**, individually and as surviving parent of Jessica Ghawi, decedent.<br><br>v.<br><br>**Defendants:**<br><br>**LUCKY GUNNER, d/b/a/ BULKAMMO.COM**, a Tennessee Corporation;<br>**THE SPORTSMAN'S GUIDE**, a Minnesota Corporation;<br>**Brian Platt, d/b/a/ BTP ARMS**,<br>**Gold Strike E Commerce LLC d/b/a/ BULLETPROOFBODYARMORHQ.COM**, an Arizona Corporation;<br>and **JOHN DOES 1 through 10**, unknown individuals. | ▲ **COURT USE ONLY** ▲<br><br>Case No.:  2014CV31946<br><br>Division:  15 |
| **Attorneys for Plaintiffs:**<br><br>Thomas W. Stoever, Jr., Attorney No. 25434<br>Paul W. Rodney, Attorney No. 41951<br>ARNOLD & PORTER LLP<br>370 Seventeenth Street, Suite 4400<br>Denver, CO 80202<br>Phone Number: (303) 863-1000<br>E-mail: Thomas.Stoever@aporter.com<br>E-mail: Paul.Rodney@aporter.com<br><br>Jonathan Lowy<br>Elizabeth Burke<br>Kelly Sampson<br>The Brady Center to Prevent Gun Violence<br>840 First Street, NE, Suite 400<br>Washington, DC 20002<br>*Pro Hac Vice Admission Pending* | |
| **AFFIDAVIT OF KELLY SAMPSON** | |

1.    My name is Kelly Sampson.  I am an attorney with the The Brady Center to Prevent Gun Violence, 840 First Street, NE, Suite 400, Washington, DC  20002, 202-370-8108, and counsel to Plaintiffs Sandy Phillips, Lonnie Phillips in the action referenced above.

2.    I received a JD degree from Columbia Law School.  I was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each:

|  **Court/Bar**  |  **Date Admitted**  |
| --- | --- |
| New York | February 21, 2013 |

3.    I am in good standing in all Bars wherever admitted and no disciplinary or grievance proceedings have been filed or are pending against me.

4.    I have not established domicile in the State of Colorado.

5.    I have not established a place in Colorado from which I hold myself out to the public as practicing Colorado law nor am I soliciting or accepting Colorado clients.

6.    I have not previously sought *pro hac vice* admission in Colorado.

8.    I acknowledge that I am subject to all applicable provisions of the Colorado Rules of Professional Conduct and the Colorado Rules of Civil Procedure; that such rules have been read and will be followed throughout the *pro hac vice* admission; and that the Verified Motion complies with those rules.

9.    The Colorado licensed attorney who will associated with me is:  Thomas W. Stoever, Jr., Attorney No. 25434; 370 Seventeenth Street, Suite 4400, Denver, Colorado  80202, (303) 863-1000.

Signed this 2 day of October, 2014.

_____

Kelly Sampson
Brady Center to Prevent Gun Violence
840 First Street, NE, Suite 400
Washington, DC 20002
Phone Number: (202) 370-8108
Fax Number: (202) 370-8102
E-mail: ksampson@bradymail.org

*Applicant Attorney*

DISTRICT OF COLUMBIA

)
)
)

Subscribed and sworn to (or affirmed) before me on this ___2nd___ day of October, 2014, by
Kelly Sampson, proved to me on the basis of satisfactory evidence to be the person who
appeared before me.

_____

Notary Public

My Commission expires: 8/14/19

3



| DISTRICT COURT, ARAPAHOE COUNTY, COLORADO<br>7325 South Potomac Street<br>Centennial, Colorado 80112 | |
|---|---|
| | DATE FILED: September 23, 2014 10:29 AM<br>FILING ID: 8911EA43917D0<br>CASE NUMBER: 2014CV31946 |
| **Plaintiff:**<br><br>**SANDY PHILLIPS**, individually and as surviving parent of Jessica Ghawi, decedent; **LONNIE PHILLIPS**, individually and as surviving parent of Jessica Ghawi, decedent.<br><br>v.<br><br>**Defendants:**<br><br>**LUCKY GUNNER, d/b/a/ BULKAMMO.COM**, a Georgia Corporation; **THE SPORTSMAN'S GUIDE**, a Minnesota Corporation; **Brian Platt, d/b/a/ BTP ARMS, Gold Strike E Commerce LLC d/b/a/ BULLETPROOFBODYARMORHQ.COM**, an Arizona Corporation; and **JOHN DOES 1 through 10**, unknown individuals. | |
| | ▲ COURT USE ONLY ▲ |
| **Attorneys for Plaintiffs:** | |
| Thomas W. Stoever, Jr., Attorney No. 25434<br>Paul W. Rodney, Attorney No. 41951<br>ARNOLD & PORTER LLP<br>370 Seventeenth Street, Suite 4400<br>Denver, CO 80202<br>Phone Number: (303) 863-1000<br>E-mail: Thomas.Stoever@aporter.com<br>E-mail: Paul.Rodney@aporter.com<br><br>Jonathan Lowy<br>Elizabeth Burke<br>Kelly Sampson<br>The Brady Center to Prevent Gun Violence<br>840 First Street, NE, Suite 400<br>Washington, DC 20002<br>*Pro Hac Vice Admission Pending* | Case No.: 2014CV31946<br><br><br>Division: 15 |
| **DISTRICT COURT CIVIL SUMMONS** | |

**TO THE ABOVE NAMED DEFENDANT: THE SPORTSMAN'S GUIDE**

c/o Registered Agent for The Sportsman's Guide:

Agent Name:        C T Corporation System Inc.
Agent Address:     100 S. 5th Street, #1075
                   Minneapolis, MN 55402

The Sportsman's Guide Headquarters:
Jay Berlin, CEO
411 Farwell Avenue
South St. Paul, MN 55075

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court an answer or other response to the attached Complaint. If service of the Summons and Complaint was made upon you within the State of Colorado, you are required to file your answer or other response within 21 days after such service upon you. If service of the Summons and Complaint was made upon you outside of the State of Colorado, you are required to file your answer or other response within 35 days after such service upon you. Your answer or counterclaim must be accompanied with the applicable filing fee.

If you fail to file your answer or other response to the Complaint in writing within the applicable time period, the Court may enter judgment by default against you for the relief demanded in the Complaint without further notice.

Dated: September 15, 2014

By: _____
Thomas W. Stoever, Jr.
Paul W. Rodney
ARNOLD & PORTER LLP

Jonathan Lowy
Elizabeth Burke
Kelly Sampson
THE BRADY CENTER TO PREVENT
GUN VIOLENCE

*Counsel for Plaintiffs*

**This Summons is issued pursuant to Rule 4, C.R.C.P., as amended. A copy of the Complaint must be served with this Summons. This form should not be used where service by publication is desired.**

WARNING: A valid summons may be issued by a lawyer and it need not contain a court case number, the signature of a court officer, or a court seal. The plaintiff has 14 days from the date this summons was served on you to file the case with the court. You are responsible for contacting the court to find out whether the case has been filed and obtain the case number. If the plaintiff files the case within this time, then you must respond as explained in this summons.

If the plaintiff files more than 14 days after the date the summons was served on you, the case may be dismissed upon motion and you may be entitled to seek attorney's fees from the plaintiff.

TO THE CLERK: If the summons is issued by the clerk of the court, the signature block for the clerk or deputy should be provided by stamp, or typewriter, in the space to the left of the attorney's name.

# Affidavit of Process Server

DISTRICT COURT, ARAPAHOE COUNTY, COLORADO

SANDY PHILLIPS etc. et al. vs LUCKY GUNNER etc. et al.    Case Number: 2014CV31946

I JEREMY FUCHS, being first duly sworn, depose and say: that I am over the age of 18 years and not a part to this action, and that within the boundries of the state where service was effected, I was authorized by law to perform said service.

Party Served: THE SPORTSMAN'S GUIDE, a Minnesota Corporation
BY SERVING: Jenny Schurhamer - Authorized Agent

Documents Served: DISTRICT COURT CIVIL SUMMONS; AMENDED COMPLAINT

Served at Place of Business: 100 S. 5TH STREET, #1075, MINNEAPOLIS, MN 55402
Date Served: 9/17/2014  Time of Service: 10:30 AM

**Manner of Service:**

P PERSONAL SERVICE: By personally delivering copies to the person being served.

SUBSTITUTED SERVICE AT RESIDENCE: By personally delivering copies to the dwelling house orusual place of abode of the person (or authorized person on behalf of an entity) being served. Person receiving documents must be at least 18 years of age and should be informed of the general nature of the papers.

SUBSTITUTED SERVICE AT BUSINESS: By leaving, during normal business hours, copies at the office of the person/entity being served with the person apparently in charge thereof.

POSTING: By posting copies in a conspicuous manner to the front door of the person/entity being served.

Non-Service: After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):

Unknown at Address    Moved, Left no Forwarding    Service Cancelled by Litigant    Unable to serve in a Timely Fashion
Address Does Not Exist    Other:

▶ _____
SIGNATURE OF PROCESS SERVER

State of ~~California~~ Minnesota

County of Hennepin

Subscribed and sworn to (or affirmed) before me on this 17th day of September, 2014 by
Jeremy Fuch, proved to me on the basis of satisfactory evidence to be the person(s) before me.

Signature

DAVID HALLDORSON
NOTARY PUBLIC - MINNESOTA
My Commission Expires
January 31, 2015

| | |
|---|---|
| **DISTRICT COURT, ARAPAHOE COUNTY, COLORADO**<br>7325 South Potomac Street<br>Centennial, Colorado 80112 | |
| **Plaintiff:**<br><br>**SANDY PHILLIPS**, individually and as surviving parent of Jessica Ghawi, decedent; **LONNIE PHILLIPS**, individually and as surviving parent of Jessica Ghawi, decedent.<br><br>v.<br><br>**Defendants:**<br><br>**LUCKY GUNNER, d/b/a/ BULKAMMO.COM**, a Georgia Corporation; **THE SPORTSMAN'S GUIDE**, a Minnesota Corporation; **Brian Platt, d/b/a/ BTP ARMS, Gold Strike E Commerce LLC d/b/a/ BULLETPROOFBODYARMORHQ.COM**, an Arizona Corporation; and **JOHN DOES 1 through 10**, unknown individuals. | ▲ COURT USE ONLY ▲ |
| **Attorneys for Plaintiffs:** | |
| Thomas W. Stoever, Jr., Attorney No. 25434<br>Paul W. Rodney, Attorney No. 41951<br>ARNOLD & PORTER LLP<br>370 Seventeenth Street, Suite 4400<br>Denver, CO 80202<br>Phone Number: (303) 863-1000<br>E-mail: Thomas.Stoever@aporter.com<br>E-mail: Paul.Rodney@aporter.com<br><br>Jonathan Lowy<br>Elizabeth Burke<br>Kelly Sampson<br>The Brady Center to Prevent Gun Violence<br>840 First Street, NE, Suite 400<br>Washington, DC 20002<br>*Pro Hac Vice Admission Pending* | Case No.: 2014CV31946<br><br><br>Division: 15 |
| **DISTRICT COURT CIVIL SUMMONS** | |

**TO THE ABOVE NAMED DEFENDANT: GOLD STRIKE E COMMERCE LLC, D/B/A/ BULLETPROOFBODYARMORHQ.COM**

c/o Registered Agent for Gold Strike E Commerce LLC:

    **Agent Name:**                     Christopher E Russell
    **Agent Mailing/Physical Address:**   511 E Colgate Drive
                                            Tempe, AZ 85283


Principal Place Of Business for Gold Strike E Commerce LLC:
11 E. Colgate Drive
Tempe, AZ 85283

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court an answer or other response to the attached Complaint. If service of the Summons and Complaint was made upon you within the State of Colorado, you are required to file your answer or other response within 21 days after such service upon you. If service of the Summons and Complaint was made upon you outside of the State of Colorado, you are required to file your answer or other response within 35 days after such service upon you. Your answer or counterclaim must be accompanied with the applicable filing fee.

If you fail to file your answer or other response to the Complaint in writing within the applicable time period, the Court may enter judgment by default against you for the relief demanded in the Complaint without further notice.

Dated: September 15, 2014

                                    By:_____
                                    Thomas W. Stoever, Jr
                                    Paul W. Rodney
                                    ARNOLD & PORTER LLP

                                    Jonathan Lowy
                                    Elizabeth Burke
                                    Kelly Sampson
                                    THE BRADY CENTER TO PREVENT
                                    GUN VIOLENCE

                                    *Counsel for Plaintiffs*

**This Summons is issued pursuant to Rule 4, C.R.C.P., as amended. A copy of the Complaint must be served with this Summons. This form should not be used where service by publication is desired.**

**WARNING:** A valid summons may be issued by a lawyer and it need not contain a court case number, the signature of a court officer, or a court seal. The plaintiff has 14 days from the date this summons was served on you to file the case with the court. You are responsible for

2

contacting the court to find out whether the case has been filed and obtain the case number. If the plaintiff files the case within this time, then you must respond as explained in this summons. If the plaintiff files more than 14 days after the date the summons was served on you, the case may be dismissed upon motion and you may be entitled to seek attorney's fees from the plaintiff.

TO THE CLERK: If the summons is issued by the clerk of the court, the signature block for the clerk or deputy should be provided by stamp, or typewriter, in the space to the left of the attorney's name.

JDF 600   R10-13   DISTRICT COURT CIVIL SUMMONS
©2013 Colorado Judicial Department for use in the Courts of Colorado

# Affidavit of Process Server

SANDY PHILLIPS etc. et al. vs LUCKY GUNNER etc. et al.  Case Number: 2014CV31946

I W. E. SWAIM, being first duly sworn, depose and say: that I am over the age of 18 years and not a part to this action, and that within the boundries of the state where service was effected, I was authorized by law to perform said service.

Party Served: GOLD STRIKE E COMMERCE LLC d/b/a BULLETPROOFBODYARMORHQ.COM, an Arizona Corporation BY SERVING: CHRISTOPHER E. RUSSELL - AGENT FOR SERVICE

Documents Served: DISTRICT COURT CIVIL SUMMONS; AMENDED COMPLAINT; DISTRICT COURT CIVIL (CV) CASE COVER SHEET FOR INITIAL PLEADING OF COMPLAINT, COUNTERCLIAM, CROSS-CLAIM OR THIRD PARTY COMPLAINT

Served at Residence: 1546 WEST VINE AVENUE, MESA, AZ 85202

Date Served: 9/18/2014  Time of Service: 10:42 AM

## Manner of Service:

(P) PERSONAL SERVICE: By personally delivering copies to the person being served.

SUBSTITUTED SERVICE AT RESIDENCE: By personally delivering copies to the dwelling house or usual place of abode of the person (or authorized person on behalf of an entity) being served. Person receiving documents must be at least 18 years of age and should be informed of the general nature of the papers.

SUBSTITUTED SERVICE AT BUSINESS: By leaving, during normal business hours, copies at the office of the person/entity being served with the person apparently in charge thereof.

POSTING: By posting copies in a conspicuous manner to the front door of the person/entity being served.

Non-Service: After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):

Unknown at Address   Moved, Left no Forwarding   Service Cancelled by Litigant   Unable to serve in a Timely Fashion
Address Does Not Exist   Other:

▶ _W. E. Swaim_
SIGNATURE OF PROCESS SERVER

State of ~~California~~ Arizona

County of _Maricopa_

Subscribed and sworn to (or affirmed) before me on this 18th day of September, 2014 by

_Justin William Liddy_, proved to me on the basis of satisfactory evidence to be the person(s) before me.

_____ (Notary Seal)
Signature

> NOTARY PUBLIC
> STATE OF ARIZONA
> Maricopa County
> JUSTIN WILLIAM LIDDY
> My Commission Expires January 5, 2017

**DISTRICT COURT, ARAPAHOE COUNTY, COLORADO**

7325 South Potomac Street
Centennial, Colorado 80112

---

**Plaintiff:**

**SANDY PHILLIPS**, individually and as surviving parent of Jessica Ghawi, decedent; **LONNIE PHILLIPS**, individually and as surviving parent of Jessica Ghawi, decedent.

v.

**Defendants:**

**LUCKY GUNNER, d/b/a/ BULKAMMO.COM**, a Georgia Corporation; **THE SPORTSMAN'S GUIDE**, a Minnesota Corporation; **Brian Platt, d/b/a/ BTP ARMS, Gold Strike E Commerce LLC d/b/a/ BULLETPROOFBODYARMORHQ.COM**, an Arizona Corporation; and **JOHN DOES 1 through 10**, unknown individuals.

---

**Attorneys for Plaintiffs:**

Thomas W. Stoever, Jr., Attorney No. 25434
Paul W. Rodney, Attorney No. 41951
ARNOLD & PORTER LLP
370 Seventeenth Street, Suite 4400
Denver, CO 80202
Phone Number: (303) 863-1000
E-mail: Thomas.Stoever@aporter.com
E-mail: Paul.Rodney@aporter.com

Jonathan Lowy
Elizabeth Burke
Kelly Sampson
The Brady Center to Prevent Gun Violence
840 First Street, NE, Suite 400
Washington, DC 20002
*Pro Hac Vice Admission Pending*

---

▲ COURT USE ONLY ▲

Case No.: 2014CV31946

Division: 15

---

## DISTRICT COURT CIVIL SUMMONS

**TO THE ABOVE NAMED DEFENDANT:  LUCKY GUNNER, LLC d/b/a/ BULKAMMO.COM**

c/o Registered Agent for Lucky Gunner, LLC:

Agent Name:      INCORP SERVICES, INC.
Agent Address:      216 Centerview Dr, Suite 317
Brentwood, TN 37027-3226

Principal Place Of Business for Lucky Gunner, LLC:
448 N Cedar Bluff Rd # 201
Knoxville, TN 37923-3612

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court an answer or other response to the attached Complaint. If service of the Summons and Complaint was made upon you within the State of Colorado, you are required to file your answer or other response within 21 days after such service upon you. If service of the Summons and Complaint was made upon you outside of the State of Colorado, you are required to file your answer or other response within 35 days after such service upon you. Your answer or counterclaim must be accompanied with the applicable filing fee.

If you fail to file your answer or other response to the Complaint in writing within the applicable time period, the Court may enter judgment by default against you for the relief demanded in the Complaint without further notice.

Dated: September 15, 2014

By: _____
Thomas W. Stoever, Jr.
Paul W. Rodney
ARNOLD & PORTER LLP

Jonathan Lowy
Elizabeth Burke
Kelly Sampson
THE BRADY CENTER TO PREVENT
GUN VIOLENCE

*Counsel for Plaintiffs*

**This Summons is issued pursuant to Rule 4, C.R.C.P., as amended. A copy of the Complaint must be served with this Summons. This form should not be used where service by publication is desired.**

**WARNING:** A valid summons may be issued by a lawyer and it need not contain a court case number, the signature of a court officer, or a court seal. The plaintiff has 14 days from the date this summons was served on you to file the case with the court. You are responsible for contacting the court to find out whether the case has been filed and obtain the case number. If the plaintiff files the case within this time, then you must respond as explained in this summons.

2

If the plaintiff files more than 14 days after the date the summons was served on you, the case may be dismissed upon motion and you may be entitled to seek attorney's fees from the plaintiff.

TO THE CLERK: If the summons is issued by the clerk of the court, the signature block for the clerk or deputy should be provided by stamp, or typewriter, in the space to the left of the attorney's name.

3

# Affidavit of Process Server

SANDY PHILLIPS etc. et al. vs LUCKY GUNNER etc. et al.    Case Number: 2014CV31946

I PAUL IVEY, being first duly sworn, depose and say: that I am over the age of 18 years and not a part to this action, and that within the boundries of the state where service was effected, I was authorized by law to perform said service.

Party Served: LUCKY GUNNER, LLC d/b/a BULKAMMO.COM, a Tennessee Corporation
BY SERVING: Ashley Lawson - Authorized Agent

Documents Served: DISTRICT COURT CIVIL SUMMONS; AMENDED COMPLAINT

Served at Place of Business: 216 CENTERVIEW DRIVE, SUITE 317, BRENTWOOD, TN 37027
Date Served: 9/17/2014   Time of Service: 10:10 AM

## Manner of Service:

P PERSONAL SERVICE: By personally delivering copies to the person being served.

SUBSTITUTED SERVICE AT RESIDENCE: By personally delivering copies to the dwelling house orusual place of abode of the person (or authorized person on behalf of an entity) being served. Person receiving documents must be at least 18 years of age and should be informed of the general nature of the papers.

SUBSTITUTED SERVICE AT BUSINESS: By leaving, during normal business hours, copies at the office of the person/entity being served with the person apparently in charge thereof.

POSTING: By posting copies in a conspicuous manner to the front door of the person/entity being served.

Non-Service: After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):

Unknown at Address    Moved, Left no Forwarding    Service Cancelled by Litigant    Unable to serve in a Timely Fashion
Address Does Not Exist   Other:

SIGNATURE OF PROCESS SERVER

State of ALABAMA
County of Lauderdale

Subscribed and sworn to (or affirmed) before me on this 18th day of September, 2014 by

_____, proved to me on the basis of satisfactory evidence to be the person(s) before me.

(Notary Seal)

Signature

**DISTRICT COURT, ARAPAHOE COUNTY, COLORADO**

7325 South Potomac Street
Centennial, Colorado 80112

---

**Plaintiff:**

**SANDY PHILLIPS**, individually and as surviving parent of Jessica Ghawi, decedent; **LONNIE PHILLIPS**, individually and as surviving parent of Jessica Ghawi, decedent.

v.

**Defendants:**

**LUCKY GUNNER, d/b/a/ BULKAMMO.COM**, a Georgia Corporation; **THE SPORTSMAN'S GUIDE**, a Minnesota Corporation; **Brian Platt, d/b/a/ BTP ARMS, Gold Strike E Commerce LLC d/b/a/ BULLETPROOFBODYARMORHQ.COM**, an Arizona Corporation; and **JOHN DOES 1 through 10**, unknown individuals.

---

**Attorneys for Plaintiffs:**

Thomas W. Stoever, Jr., Attorney No. 25434
Paul W. Rodney, Attorney No. 41951
ARNOLD & PORTER LLP
370 Seventeenth Street, Suite 4400
Denver, CO 80202
Phone Number: (303) 863-1000
E-mail: Thomas.Stoever@aporter.com
E-mail: Paul.Rodney@aporter.com

Jonathan Lowy
Elizabeth Burke
Kelly Sampson
The Brady Center to Prevent Gun Violence
840 First Street, NE, Suite 400
Washington, DC 20002
*Pro Hac Vice Admission Pending*

▲ COURT USE ONLY ▲

Case No.: 2014CV31946

Division: 15

---

## DISTRICT COURT CIVIL SUMMONS

**TO THE ABOVE NAMED DEFENDANT: BRIAN THOMAS PLATT, D/B/A/ BTP ARMS**

Principal Place Of Business for BTP Arms:

214 West Golden Lane
New Oxford PA 17350

Mailing Address for Brian Thomas Platt, Executive:
7 Jay Gould Ct, Unit 15
Waldorf, MD 20602

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court an answer or other response to the attached Complaint. If service of the Summons and Complaint was made upon you within the State of Colorado, you are required to file your answer or other response within 21 days after such service upon you. If service of the Summons and Complaint was made upon you outside of the State of Colorado, you are required to file your answer or other response within 35 days after such service upon you. Your answer or counterclaim must be accompanied with the applicable filing fee.

If you fail to file your answer or other response to the Complaint in writing within the applicable time period, the Court may enter judgment by default against you for the relief demanded in the Complaint without further notice.

Dated: September 15, 2014

By: _____
Thomas W. Stoever, Jr.
Paul W. Rodney
ARNOLD & PORTER LLP

Jonathan Lowy
Elizabeth Burke
Kelly Sampson
THE BRADY CENTER TO PREVENT
GUN VIOLENCE

*Counsel for Plaintiffs*

**This Summons is issued pursuant to Rule 4, C.R.C.P., as amended. A copy of the Complaint must be served with this Summons. This form should not be used where service by publication is desired.**

**WARNING:** A valid summons may be issued by a lawyer and it need not contain a court case number, the signature of a court officer, or a court seal. The plaintiff has 14 days from the date this summons was served on you to file the case with the court. You are responsible for contacting the court to find out whether the case has been filed and obtain the case number. If the plaintiff files the case within this time, then you must respond as explained in this summons.

2

If the plaintiff files more than 14 days after the date the summons was served on you, the case may be dismissed upon motion and you may be entitled to seek attorney's fees from the plaintiff.

TO THE CLERK: If the summons is issued by the clerk of the court, the signature block for the clerk or deputy should be provided by stamp, or typewriter, in the space to the left of the attorney's name.

3

# Affidavit of Process Server

## DISTRICT COURT, ARAPAHOE COUNTY, COLORADO

SANDY PHILLIPS etc. et al. vs LUCKY GUNNER etc. et al.   Case Number: 2014CV31946

I GVON BROWN, being first duly sworn, depose and say: that I am over the age of 18 years and not a part to this action, and that within the boundries of the state where service was effected, I was authorized by law to perform said service.

Party Served: BRIAN PLATT, d/b/a BTP ARMS
BY SERVING: Patty Connelly - Resident Agent

Documents Served: DISTRICT COURT CIVIL SUMMONS; AMENDED COMPLAINT; DISTRICT COURT CIVIL (CV) CASE COVER SHEET FOR INITIAL PLEADING OF COMPLAINT, COUNTERCLIAM, CROSS-CLAIM OR THIRD PARTY COMPLAINT

Served at Place of Business: 7 JAY GOULD CT, UNIT 15, WALDORF, MD 20602

Date Served: 9/19/2014  Time of Service: 3:40 PM

**Manner of Service:**

PERSONAL SERVICE: By personally delivering copies to the person being served.

SUBSTITUTED SERVICE AT RESIDENCE: By personally delivering copies to the dwelling house orusual place of abode of the person (or authorized person on behalf of an entity) being served. Person receiving documents must be at least 18 years of age and should be informed of the general nature of the papers.

P  SUBSTITUTED SERVICE AT BUSINESS: By leaving, during normal business hours, copies at the office of the person/entity being served with the person apparently in charge thereof.

POSTING: By posting copies in a conspicuous manner to the front door of the person/entity being served.

Non-Service: After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):

Unknown at Address    Moved, Left no Forwarding    Service Cancelled by Litigant    Unable to serve in a Timely Fashion
Address Does Not Exist   Other:

▶ _____
SIGNATURE OF PROCESS SERVER
G. Von Bpown
434 Dunstee Dr
Bowie 20 7215
301 266-1438

State of California

County of _____

Subscribed and sworn to (or affirmed) before me on this 20th day of September, 2014 by

Robin Moses _____, proved to me on the basis of satisfactory evidence to be the person(s) before me.

Robin Moses _____     (Notary Seal)
Signature
ROBIN MOSES
NOTARY PUBLIC STATE OF MARYLAND
My Commission Expires December 9, 2017

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **RETURNS OF SERVICE AFFIDAVITS** was filed via ICCES this 23rd day of September, 2014. Plaintiff will serve a copy of the filed **RETURNS OF SERVICE AFFIDAVITS** within 15 days following the entry of appearance of all other parties to this case. A certificate of mailing will be filed with the Court at that time.

/s/ Rebecca A. Golz
Rebecca A. Golz

