# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-2822

SANDY PHILLIPS, individually and as surviving parent
of Jessica Ghawi, decedent; LONNIE PHILLIPS,
individually and as surviving parent of Jessica Ghawi,
decedent.

Plaintiffs,

v.

LUCKY GUNNER, d/b/a/ BULKAMMO.COM,
THE SPORTSMAN'S GUIDE,
Brian Platt, d/b/a/ BTP ARMS,
Gold Strike E Commerce LLC d/b/a/
BULLETPROOFBODYARMORHQ.COM,
and JOHN DOES 1 through 10, unknown individuals.

Defendants.

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant, LUCKYGUNNER, LLC, d/b/a BulkAmmo.com (hereinafter "LG"), through its undersigned counsel in the above-captioned action, certifies the following:

LG is not a publicly held corporation and has no parent corporation(s).  LG is a limited liability company and its sole member is not a publicly held corporation.  Thus, no publicly held corporation owns 10% or more of the stock of LG.

**DATED:  October 16, 2014**

Respectfully submitted,

**LUCKYGUNNER, LLC**

By: /s/ *Andrew A. Lothson*

1

                 One of Defendant LuckyGunner, LLC's Attorneys

Marc Colin
Bruno, Colin & Lowe, P.C.
1999 Broadway, Suite 3100
Denver, Colorado 80202
(303) 831-1099
(303) 831-1088 FAX
MColin@brunolawyers.com

Andrew A. Lothson
Swanson, Martin & Bell, LLP
330 North Wabash, Suite 3300
Chicago, IL 60611
(312) 321-9100
(312) 321-0990 FAX
alothson@smbtrials.com

**Attorneys for Defendant, LuckyGunner, LLC**

# **CERTIFICATE OF SERVICE**

I hereby certify that on the 16th day of October, 2014, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

None

and hereby certify that I have mailed or served the document or paper to the following non-CM/ECF participants in the manner (U.S. mail, hand delivery, etc.) indicated by the non-participant's name:

1. Jonathan E. Lowy **(via U.S. Mail)**
   Elizabeth Burke **(via U.S. Mail)**
   Kelly Sampson **(via U.S. Mail)**
   Brady Center to Prevent Gun Violence
   840 First Street, NE, Suite 400
   Washington, DC 20005

2. Thomas W. Stoever, Jr. **(via U.S. Mail)**
   Paul W. Rodney **(via U.S. Mail)**
   Arnold & Porter LLP
   370 Seventeenth Street, Suite 4400
   Denver, CO 80202

*/s/  Andrew A. Lothson*
Andrew A. Lothson