IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Richard P. Matsch, Senior District Judge

Civil Action No. 14-cv-02822-RPM

SANDY PHILLIPS, individually and as surviving parent
of Jessica Ghawi, decedent; and
LONNIE PHILLIPS, individually and as surviving parent
of Jessica Ghawi, decedent.

      Plaintiffs,

v.

LUCKY GUNNER, LLC, d/b/a/ BULKAMMO.COM,
THE SPORTSMAN'S GUIDE,
BRIAN PLATT, d/b/a/ BTP ARMS,
GOLD STRIKE E COMMERCE, LLC,
d/b/a/ BULLETPROOFBODYARMORHQ.COM, and
JOHN DOES 1 through 10, unknown individuals.

      Defendants.

_____

## ORDER PERMITTING FILINGS WITHOUT PAGE LIMITATIONS
_____

      On October 16, 2014, defendant Lucky Gunner, LLC removed this civil action to this court and filed a Motion to Dismiss and Memorandum in Support [3] together with a Motion to Permit Brief of Twenty Four Pages [5].  Acknowledging that some judges of this court apparently have limitation on the number of pages that may be filed on motions and, perhaps, other pleadings, this judge has no such limitations.  Accordingly, it is

      ORDERED that the parties in this civil action may file pleadings without page limitations and that the defendants' motion [5] is granted.

      DATED: October 17th, 2014

                                          BY THE COURT:

                                          s/Richard P. Matsch
                                          _____
                                          Richard P. Matsch, Senior District Judge