**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-2822-RPM

SANDY PHILLIPS, individually and as surviving parent
of Jessica Ghawi, decedent; LONNIE PHILLIPS,
individually and as surviving parent of Jessica Ghawi,
decedent.

Plaintiffs,

v.

LUCKY GUNNER, d/b/a/ BULKAMMO.COM,
THE SPORTSMAN'S GUIDE,
Brian Platt, d/b/a/ BTP ARMS,
Gold Strike E Commerce LLC d/b/a/
BULLETPROOFBODYARMORHQ.COM,
and JOHN DOES 1 through 10, unknown individuals.

Defendants.

## NOTICE OF RELATED CASES

Defendant, LuckyGunner, LLC ("LG"), by its undersigned attorneys, notifies the Court, pursuant to District of Colorado, Local Rule 3.2, of the following related case:

- Arapahoe County District Court for the State of Colorado, *Phillips et al. v. Century Theaters, Inc. et al.*, Case No. 2013CV000810, which has been consolidated with *Soudani et al. v. Century Theaters, Inc. et al.*, Case No. 2012CV1926, and is currently assigned to Judge Justin Mark Hannen, Division 22.

LG believes that Plaintiff Sandy Phillips is a party to the state court action listed above. At this juncture, LG is unaware of any other parties in the instant action that are also a named party in any other lawsuit stemming from the July 20, 2012 Aurora Century 16 movie theater shooting incident.

**DATED: October 17, 2014**

                Respectfully submitted,

                **LUCKYGUNNER, LLC**

              By: /s/ *Andrew A. Lothson*
                   One of Defendant LuckyGunner, LLC's Attorneys

Marc Colin
Bruno, Colin & Lowe, P.C.
1999 Broadway, Suite 3100
Denver, Colorado 80202
(303) 831-1099
(303) 831-1088 FAX
MColin@brunolawyers.com

Andrew A. Lothson
Swanson, Martin & Bell, LLP
330 North Wabash, Suite 3300
Chicago, IL 60611
(312) 321-9100
(312) 321-0990 FAX
alothson@smbtrials.com

**Attorneys for Defendant, LuckyGunner, LLC**

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 17th day of October, 2014, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

>Thomas W. Stoever, Jr.
>Paul W. Rodney
>Arnold & Porter LLP
>370 Seventeenth Street, Suite 4400
>Denver, CO 80202

and hereby certify that I have mailed or served the document to the following non-CM/ECF participants in the manner (U.S. mail, hand delivery, etc.) indicated by the non-participants' names:

>Jonathan E. Lowy **(via U.S. Mail)**
>Elizabeth Burke **(via U.S. Mail)**
>Kelly Sampson **(via U.S. Mail)**
>Brady Center to Prevent Gun Violence
>840 First Street, NE, Suite 400
>Washington, DC 20005

>*/s/ Andrew A. Lothson*
>    Andrew A. Lothson