## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| SANDY PHILLIPS, individually and as surviving parent of Jessica Ghawi, decedent; LONNIE PHILLIPS, individually and as surviving parent of Jessica Ghawi, decedent | : : : : : |
| Plaintiffs | : Civil Action No. 1:14-cv-02822-RPM |
| v. | : : : |
| BRIAN PLATT, d/b/a BTP Arms, *et al.* | : : |
| Defendants | : |

---

## ORDER

Upon consideration of the Motion to Dismiss and Memorandum of Law filed by the Defendant, Brian Platt, d/b/a BTP Arms, and any Opposition filed thereto, it is this

\_\_\_\_ day of _____, 2014,

**ORDERED,** that the Motion be, and hereby is **GRANTED**, and that all claims against the Defendant Brian Platt, d/b/a BTP Arms are hereby **DISMISSED WITH PREJUDICE.**

_____
The Honorable _____
United States District Court for the District of Colorado

cc:  Phillip R. Zuber, Esq.
Sasscer, Clagett & Bucher
5407 Water St., Suite 101
Upper Marlboro, MD 20772
*Counsel for Brian Platt, d/b/a BTP Arms*

*Phillips v. Platt, et al.*
Order
Page 2

      Bruce A. Montoya, Esq.
      Messner Reeves, LLP
      1430 Wynkoop St., Suite 300
      Denver, CO 80202
      *Counsel for Brian Platt, d/b/a BTP Arms*

      Thomas W. Stoever, Jr., Esq.
      Paul W. Rodney, Esq.
      Arnold & Porter, LLP
      370 Seventeenth St., Suite 4400
      Denver, CO 80202

      Jonathan E. Lowy, Esq.
      Elizabeth Burke, Esq.
      Kelly Sampson, Esq.
      Brady Center to Prevent Gun
         Violence
      840 First St., N.E., Suite 400
      Washington, D.C. 20005
      *Counsel for Plaintiffs*

      Andrew A. Lothson, Esq.
      Swanson, Martin & Bell, LLP
      330 North Wabash, Suite 3300
      Chicago, IL 60611

      Marc F. Colin, Esq.
      Bruno, Colin & Lowe, P.C.
      1999 Broadway, Suite 3100
      Denver, CO 80202
      *Counsel for Lucky Gunner*

      Patrick J. Rooney, Esq.
      Donald Chance Mark, Jr., Esq.
      Peter A.T. Carlson, Esq.
      Fafinski, Mark & Johnson
      775 Prairie Center Dr., Suite 400
      Eden Prairie, MN 55344
      *Counsel for The Sportsman's Guide, Inc.*