IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  1:14-cv-02822 - RPM

SANDY PHILLIPS, individually and as surviving parent, of Jessica Ghawi, decedent;

LONNIE PHILLIPS, individually and as surviving parent of Jessica Ghawi, decedent,

Plaintiffs,

v.

LUCKY GUNNER d/b/a/ BULKAMMO.COM,
THE SPORTSMAN'S GUIDE,
BRIAN PLATT d/b/a/ BTP ARMS,
GOLD STRIKE E COMMERCE LLC d/b/a/
BULLETPROOFBODYARMORHQ.COM, and
JOHN DOES 1 through 10, unknown individuals,

Defendants.

## THE SPORTSMAN'S GUIDE, INC.'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT

The undersigned, counsel of record for Defendant The Sportsman's Guide, Inc., furnishes the following information in compliance with Rule 7.1 of the Federal Rules of Civil Procedure:

1. The Sportsman's Guide, Inc. is a privately held corporation.  Its parent corporation is Northern Tool and Equipment Catalog Company Inc., which is not publicly held.  No publicly held corporation owns 10% or more of its stock.

|  | **FAFINSKI MARK & JOHNSON, P.A.** |
|---|---|
| Dated:  October 24, 2014 | s/ Patrick J. Rooney<br>Donald Chance Mark, Jr. (MN #67659) (Admitted in Dist. of Colorado)<br>Patrick J. Rooney (MN #198274) (Admitted in Dist. of Colorado)<br>Peter A. T. Carlson (MN #0350448) (Admitted in Dist. of Colorado)<br>Flagship Corporate Center<br>775 Prairie Center Drive, Suite 400<br>Eden Prairie, MN  55344<br>(952) 995-9500<br>*donald.mark@fmjlaw.com*<br>*patrick.rooney@fmjlaw.com*<br>*peter.carlson@fmjlaw.com*<br><br>and<br><br>Ronald L. Wilcox<br>**PETERS MAIR WILCOX**<br>1755 Blake Street, Suite 240<br>Denver, CO  80202<br>(303) 393-1704<br>*rwilcox@peterslaw.net*<br><br>***Attorneys for The Sportsman's Guide, Inc.*** |