**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.  1:14-cv-02822 – RPM

SANDY PHILLIPS, individually and as surviving
parent, of Jessica Ghawi, decedent;
LONNIE PHILLIPS, individually and as surviving
parent of Jessica Ghawi, decedent,

Plaintiffs,

v.

LUCKY GUNNER d/b/a/ BULKAMMO.COM,
THE SPORTSMAN'S GUIDE,
BRIAN PLATT d/b/a/ BTP ARMS,
GOLD STRIKE E COMMERCE LLC d/b/a/
BULLETPROOFBODYARMORHQ.COM, and
JOHN DOES 1 through 10, unknown individuals,

Defendants.

**CERTIFICATE OF SERVICE**

I hereby certify that on October 27, 2014, I caused the following documents:

1.  Notice of Entry of Appearance by Patrick J. Rooney filed 10-20-14 [ECF 16];

2.  Notice of Entry of Appearance by Donald Chance Mark, Jr., filed 10-20-14 [ECF 17];

3.  Notice of Entry of Appearance by Peter A. T. Carlson filed on 10-21-14 [ECF 18];

4.  Defendant Sportsman's Guide's Rule 12(b)(6) Motion to Dismiss and Memorandum in Support Thereof filed on 10-23-14 [ECF 22]; and

5.  The Sportsman's Guide, Inc.'s Rule 7.1 Corporate Disclosure Statement filed on 10-24-14 [ECF 23].

and the notice of electronic filings thereof to be mailed by first class mail, postage paid, to the following non-ECF participant:

Gold Strike E Commerce LLC
c/o Christopher E. Russell
511 E. Colgate Drive
Tempe, AZ  85283

Dated:  October 27, 2014                         s/Peter A. T. Carlson
                                                 Peter A. T. Carlson