IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-2822-RPM

SANDY PHILLIPS, individually and as surviving parent
of Jessica Ghawi, decedent; LONNIE PHILLIPS,
individually and as surviving parent of Jessica Ghawi,
decedent,

    Plaintiffs,

v.

LUCKYGUNNER, d/b/a/ BULKAMMO.COM,
THE SPORTSMAN'S GUIDE,
Brian Platt, d/b/a/ BTP ARMS,
Gold Strike E Commerce LLC d/b/a/
BULLETPROOFBODYARMORHQ.COM,
and JOHN DOES 1 through 10, unknown individuals,

    Defendants.

---

**ORDER GRANTING UNOPPOSED MOTION FOR
MODIFIED BRIEFING SCHEDULE**

---

Upon review of the plaintiffs' Unopposed Motion for Modified Briefing Schedule Regarding Motions to Dismiss filed by Defendants Lucky Gunner (filed on October 16, 2014, Dkt. No. 3), Brian T. Platt (filed on October 24, 2014, Dkt. No. 21), and The Sportsman's Guide (filed on October 23, 2014, Dkt. No. 22) [Doc. 25], it is

ORDERED that the motion is granted. The deadline for Plaintiffs' consolidated response to the motions to dismiss is December 3, 2014, and defendants shall file their replies on or before January 9, 2015.

Dated this 6th day of November, 2014.

                      BY THE COURT:

                      s/Richard P. Matsch
                      _____
                      Richard P. Matsch, Senior District Judge