# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02822-RPM

SANDY PHILLIPS, individually and
as surviving parent of Jessica Ghawi, decedent;
LONNIE PHILLIPS, individually and as
surviving parent of Jessica Ghawi, decedent.

Plaintiffs,

v.

LUCKY GUNNER, d/b/a/ BULKAMMO.COM,
a Tennessee Corporation; THE SPORTSMAN'S
GUIDE, a Minnesota Corporation; Brian Platt,
d/b/a/ BTP ARMS, Gold Strike E Commerce LLC
d/b/a/ BULLETPROOFBODYARMORHQ.COM,
an Arizona Corporation; and JOHN DOES
1 through 10, unknown individuals.

Defendants.

## PLAINTIFFS' NOTICE OF CONSTITUTIONAL CHALLENGE

TO THE COURT, TO THE ATTORNEY GENERAL OF THE STATE OF COLORADO, TO THE ATTORNEY GENERAL OF THE UNITED STATES, AND TO ALL PARTIES AND ATTORNEYS OF RECORD:

Pursuant to Federal Rule of Civil Procedure 5.1, Plaintiffs Sandy Phillips and Lonnie Phillips ("Plaintiffs") hereby give notice that their Opposition to Defendants' Motions to Dismiss calls into question the constitutionality of the Protection of Lawful Commerce in Arms Act, 15 U.S.C. § 7901 *et seq*. (the "PLCAA") and C.R.S. § 13-21-504.5 (collectively, the "Statutes").

Specifically, Plaintiffs question whether the PLCAA infringes Colorado's sovereign right to allocate its lawmaking function and impermissibly compels Colorado to take specified actions.

Plaintiffs also question whether the Statutes violate the Due Process and Equal Protection clauses of the U.S. Constitution and impermissibly deprive plaintiffs of their right to seek redress in the courts.

Copies of this notice, as well as Plaintiffs' Opposition to Defendants' Motions to Dismiss, have been served via United States Certified First Class Mail on the Attorney General of Colorado and the Attorney General of the United States at the following addresses:

>John W. Suthers, Attorney General
>Colorado Department of Law
>Ralph L. Carr Colorado Judicial Center
>1300 Broadway, 10th Floor
>Denver, Colorado 80203
>
>Eric Holder, U.S. Attorney General
>U.S. Department of Justice
>950 Pennsylvania Avenue NW
>Washington D.C. 20530-0001

Dated:   December 3, 2014.

Respectfully submitted,

**ARNOLD & PORTER LLP**

By   /s/ Thomas W. Stoever, Jr.
Thomas W. Stoever, Jr.
Paul W. Rodney
Arnold & Porter LLP
370 Seventeenth Street, Suite 4400
Denver, CO 80202
Telephone: +1 303.863.1000
Thomas.stoever@aporter.com

Jonathan Lowy
Kelly Sampson
The Brady Center to Prevent Gun Violence
840 First Street, NE, Suite 400
Washington, DC 20002

*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that on this 3rd day of December, 2014, the foregoing **PLAINTIFFS' NOTICE OF CONSTITUTIONAL CHALLENGE** was filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

Marc Colin
Bruno, Colin & Lowe, P.C.
1999 Broadway, Suite 3100
Denver, Colorado 80202
(303) 831-1099
(303) 831-1088 FAX
MColin@brunolawyers.com

Andrew A. Lothson
Swanson, Martin & Bell, LLP
330 North Wabash, Suite 3300
Chicago, IL 60611
(312) 321-9100
(312) 321-0990 FAX
alothson@smbtrials.com

*Attorneys for Defendant LuckyGunner, LLC*

Phillip R. Zuber, Esquire
5407 Water Street, Suite 101
Upper Marlboro, MD 20772
(301) 627-5500
(301) 627-4156 Fax
pzuber@scblawyers.com

Bruce A. Montoya, Esq., Bar No. 14233
Messner Reeves LLP
1430 Wynkoop Street, Suite 300
Denver, Colorado 80202
303-623-1800
bmontoya@messner.com

*Attorney for Defendant Brian Platt, d/b/a BTP Arms*

Peter A. T. Carlson*
Donald Chance Mark, Jr.*
Patrick J. Rooney*
Flagship Corporate Center
775 Prairie Center Drive, Suite 400
Eden Prairie, MN 55344
(952) 995-9500
peter.carlson@fmjlaw.com
donald.mark@fmjlaw.com
patrick.rooney@fmjlaw.com
*Admitted in Dist. of Colorado

*Attorneys for The Sportsman's Guide, Inc.*

In addition, I served copies of same by deposit with the United States Postal Service this day in the ordinary course of business on the following:.

    John W. Suthers, Attorney General
    Colorado Department of Law
    Ralph L. Carr Colorado Judicial Center
    1300 Broadway, 10th Floor
    Denver, Colorado 80203


    Eric Holder, U.S. Attorney General
    U.S. Department of Justice
    950 Pennsylvania Avenue NW
    Washington D.C. 20530-0001


    /s/ Rebecca A. Golz