**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-2822-RPM

SANDY PHILLIPS, individually and as surviving parent of Jessica Ghawi, decedent; LONNIE PHILLIPS, individually and as surviving parent of Jessica Ghawi, decedent.

Plaintiffs,

v.

LUCKY GUNNER, d/b/a/ BULKAMMO.COM,
THE SPORTSMAN'S GUIDE,
Brian Platt, d/b/a/ BTP ARMS,
Gold Strike E Commerce LLC d/b/a/
BULLETPROOFBODYARMORHQ.COM,
and JOHN DOES 1 through 10, unknown individuals.

Defendants.

---

## NOTICE OF ENTRY OF APPEARANCE

---

James B. Vogts, of the law firm of SWANSON, MARTIN & BELL, LLP, a duly licensed attorney in the State of Illinois and admitted to the Bar of this Court by Application, and upon being authorized by Defendant LuckyGunner, LLC, hereby enters his appearance as counsel for, and on behalf of, LuckyGunner, LLC.

Dated this 4th day of February, 2015.

Respectfully submitted,

By: /s/ *James B. Vogts*
One of Defendant LuckyGunner, LLC's Attorneys

James B. Vogts
Swanson, Martin & Bell, LLP

330 North Wabash, Suite 3300
Chicago, IL 60611
(312) 321-9100
(312) 321-0990 FAX
jvogts@smbtrials.com

**Attorney for Defendant, LuckyGunner, LLC**

**CERTIFICATE OF SERVICE**

I hereby certify that on the 4th day of February, 2015, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

1. Thomas W. Stoever, Jr.
Paul W. Rodney
Arnold & Porter LLP
370 Seventeenth Street, Suite 4400
Denver, CO 80202

**Counsel for Plaintiffs**

2. Patrick J. Rooney, Esq.
Donald Chance Mark, Jr., Esq.
Peter A.T. Carlson, Esq.
Fafinski, Mark & Johnson
775 Prairie Center Dr., Suite 400
Eden Prairie, MN 55344

**Counsel for The Sportsman's Guide, Inc.**

3. Phillip R. Zuber, Esquire
Sasscer, Clagett & Bucher
5407 Water Street, Suite 101
Upper Marlboro, MD 20772

4. Bruce A. Montoya, Esq.
Messner Reeves, LLP
1430 Wynkoop St., Suite 300
Denver, CO 80202

**Counsel for Defendant Brian Platt, d/b/a BTP Arms**

I hereby further certify that I have mailed the foregoing via U.S. mail, postage prepaid, to the following non-CM/ECF participants:

5. Jonathan E. Lowy
Elizabeth Burke
Kelly Sampson
Brady Center to Prevent Gun Violence
840 First Street, NE, Suite 400
Washington, DC 20005

**Counsel for Plaintiffs**

6. Gold Strike E Commerce, LLC
d/b/a bulletproofbodyarmorhq.com
Christopher E. Russell, Agent for Service
1546 West Vine Ave.
Mesa, AZ 85202

*/s/ James B. Vogts*
James B. Vogts