**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-2822-RPM

SANDY PHILLIPS, individually and as surviving parent
of Jessica Ghawi, decedent; LONNIE PHILLIPS,
individually and as surviving parent of Jessica Ghawi,
decedent,

Plaintiffs,

v.

LUCKYGUNNER, d/b/a/ BULKAMMO.COM,
THE SPORTSMAN'S GUIDE,
Brian Platt, d/b/a/ BTP ARMS,
Gold Strike E Commerce LLC d/b/a/
BULLETPROOFBODYARMORHQ.COM,
and JOHN DOES 1 through 10, unknown individuals,

Defendants.

---

**UNITED STATES OF AMERICA'S
NOTICE OF SUBSTITUTION OF COUNSEL**

---

TO THE CLERK OF THE COURT, UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO, AND TO ALL PARTIES HEREIN:

PLEASE TAKE NOTICE THAT THE CLERK is hereby asked to enter the appearance of Mr. M. Andrew Zee, Attorney with the United States Department of Justice, Civil Division, Federal Programs Branch, as lead counsel for Intervenor, the United States of America. Mr. Zee is replacing Ms. Lesley Farby as lead counsel for the United States. The Clerk is requested to change the docket sheet and other Court records so as to reflect that all Orders and communications from the Court will in the future be directed to Mr. Zee at the below mailing address, telephone number, facsimile number, and e-mail address.

Please also take notice that, from the date of this request, service on the United States should be made on Mr. Zee. Please amend your service lists accordingly.

Dated:  February 25, 2015	Respectfully submitted,

JOYCE R. BRANDA
Acting Assistant Attorney General

JOHN R. TYLER
Assistant Branch Director

 /s/ M. Andrew Zee
M. ANDREW ZEE (CA # 272510)
Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
450 Golden Gate Avenue, Room 7-5395
San Francisco, CA 94102
Telephone:  (415) 436-6646
Fax:  (415) 436-6632
E-mail: m.andrew.zee@usdoj.gov

*Attorneys for the United States*

## CERTIFICATE OF SERVICE

I hereby certify that on February 25, 2015, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will electronically send notice to the following:

| | |
|---|---|
| Thomas W. Stoever, Jr.<br>Paul W. Rodney<br>Arnold & Porter, LLP<br>370 Seventeenth Street, Suite 4400<br>Denver, CO 80202<br>(303) 863-1000<br>Thomas.Stover@aporter.com<br>Paul.Rodney@aporter.com<br><br>*Counsel for Plaintiffs* | Phillip R. Zuber<br>Sasscer Glagett & Bucher<br>5407 Water Street, Suite 101<br>Upper Marlboro, MD 20772<br>(301) 627-5500<br>pzuber@scblawyers.com<br><br>Bruce A. Montoya<br> Messner & Reeves LLP<br>1430 Wynkoop Street, Suite 300<br>Denver, Colorado 80202<br>303-623-1800<br>bmontoya@messner.com<br><br>*Counsel for Defendant Brian Platt, d/b/a BTP Arms* |
| Marc Colin<br>Bruno, Colin & Lowe, P.C.<br>1999 Broadway, Suite 3100<br>Denver, Colorado 80202<br>(303) 831-1099<br>MColin@brunolawyers.com<br><br>James Brian Vogts<br>Andrew A. Lothson<br>Swanson, Martin & Bell, LLP<br>330 North Wabash, Suite 3300<br>Chicago, IL 60611<br>(312) 321-9100<br>alothson@smbtrials.com<br><br>*Counsel for Defendant LuckyGunner, LLC* | Peter A. T. Carlson<br>Donald Mark Chance, Jr.<br>Patrick J. Rooney<br>Fafinski Mark & Johnson, P.A.<br>775 Prairie Center Drive, Suite 400<br>Eden Prairie, MN 55344<br>(952) 995-9500<br>peter.carlson@fmjlaw.com<br>donald.mark@fmjlaw.com<br>patrick.rooney@fmjlaw.com<br><br>*Counsel for Defendant The Sportsman's Guide* |

In addition, I served copies of same by deposit with the United States Postal Service on the following non-CM/ECF participants:

4

| | |
|---|---|
| John W. Suthers<br>Attorney General<br>Colorado Department of Law<br>Ralph L. Carr Colorado Judicial Center<br>1300 Broadway, 10th Floor<br>Denver, CO 80203 | Jonathan E. Lowy<br>Kelly Sampson<br>Brady Center to Prevent Gun Violence<br>840 First Street, N.E., Suite 400<br>Washington, D.C. 20002<br><br>*Counsel for Plaintiffs* |

  /s/ M. Andrew Zee
M. Andrew Zee