IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-2822-RPM

SANDY PHILLIPS, individually and as surviving parent
of Jessica Ghawi, decedent; LONNIE PHILLIPS,
individually and as surviving parent of Jessica Ghawi,
decedent,

Plaintiffs,

v.

LUCKYGUNNER, d/b/a/ BULKAMMO.COM,
THE SPORTSMAN'S GUIDE,
Brian Platt, d/b/a/ BTP ARMS,
Gold Strike E Commerce LLC d/b/a/
BULLETPROOFBODYARMORHQ.COM,
and JOHN DOES 1 through 10, unknown individuals,

Defendants.

## NOTICE OF FILING

As discussed at the March 16, 2015 hearing on Defendants' Motions to Dismiss, Plaintiffs Sandy Phillips and Lonnie Phillips ("Plaintiffs") respectfully submit this Notice of Filing. Attached as **Exhibit 1** is Aurora, Colorado Code of Ordinances Chapter 62, Article II, Division 1, pertaining to nuisance. The Aurora Code is available online at the following URL: https://www.municode.com/library/#!/co/aurora/codes/code_of_ordinances.

Dated: March 16, 2015

        Respectfully submitted,

        ARNOLD & PORTER LLP

By: s/ Thomas W. Stoever, Jr.

    Thomas W. Stoever, Jr.
    Paul W. Rodney
    370 Seventeenth Street, Suite 4400
    Denver, CO 80202-1370
    Telephone: 303.863.1000
    Email: Thomas.Stoever@aporter.com
    Email: Paul.Rodney@aporter.com

    THE BRADY CENTER TO PREVENT GUN VIOLENCE

    Jonathan Lowy
    Kelly Sampson
    840 First Street, NE, Suite 400
    Washington, DC 20002
    Email: jlowy@bradymail.org
    Email: ksampson@bradymail.org

    *Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on March 16, 2015 a copy of the foregoing **NOTICE OF FILING** was filed and served via CM-ECF on:

| | |
|---|---|
| Marc Colin<br>Bruno, Colin & Lowe, P.C.<br>1999 Broadway, Suite 3100<br>Denver, Colorado 80202<br>(303) 831-1099<br>(303) 831-1088 FAX<br>MColin@brunolawyers.com<br><br>Andrew A. Lothson<br>James B. Vogts Swanson<br>Swanson, Martin & Bell, LLP<br>330 North Wabash, Suite 3300<br>Chicago, IL 60611<br>(312) 321-9100<br>(312) 321-0990 FAX<br>alothson@smbtrials.com<br>jvogts@smbtrials.com<br><br>***Attorneys for Defendant LuckyGunner, LLC*** | Peter A. T. Carlson*<br>Donald Chance Mark, Jr.*<br>Patrick J. Rooney*<br>Flagship Corporate Center<br>775 Prairie Center Drive, Suite 400<br>Eden Prairie, MN 55344<br>(952) 995-9500<br>peter.carlson@fmjlaw.com<br>donald.mark@fmjlaw.com<br>patrick.rooney@fmjlaw.com<br>*Admitted in Dist. of Colorado<br><br>Ronald L. Wilcox, #13526<br>Peters Mair Wilcox<br>1755 Blake Street, Suite 240<br>Denver, CO 80202<br>Phone: (303) 393-1704<br>Fax: (303) 399-8333<br>E-mail: rwilcox@peterslaw.net<br><br>***Attorneys for The Sportsman's Guide, Inc.*** |
| Phillip R. Zuber, Esquire<br>5407 Water Street, Suite 101<br>Upper Marlboro, MD 20772<br>(301) 627-5500<br>(301) 627-4156 Fax<br>pzuber@scblawyers.com<br><br>Bruce A. Montoya, Esq., Bar No. 14233<br>Messner Reeves LLP<br>1430 Wynkoop Street, Suite 300<br>Denver, Colorado 80202<br>303-623-1800<br>bmontoya@messner.com<br><br>***Attorney for Defendant Brian Platt, d/b/a BTP Arms*** | M. Andrew Zee (CA # 272510)<br>United States Department of Justice<br>Civil Division, Federal Programs Branch<br>450 Golden Gate Avenue, Room 7-5395<br>San Francisco, CA 94102<br>Telephone: (415) 436-6646<br>Fax: (415) 436-6632<br>E-mail: m.andrew.zee@usdoj.gov<br><br>***Attorney for Intervenor United States of America*** |

And a courtesy copy by U.S. Mail upon:

Defendant Gold Strike E Commerce LLC
d/b/a/ BULLETPROOFBODYARMORHQ.COM
Christopher E. Russell, Agent for Service
1546 West Vine Ave.
Mesa, AZ  85202

    s/  Rebecca A. Golz

And a courtesy copy by U.S. Mail upon:

Defendant Gold Strike E Commerce LLC
d/b/a/ BULLETPROOFBODYARMORHQ.COM
Christopher E. Russell, Agent for Service
1546 West Vine Ave.
Mesa, AZ  85202

    s/  Rebecca A. Golz