**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch**

Date:                  March 16, 2015
Courtroom Deputy:   Robert R. Keech
FTR Technician:      Kathy Terasaki

---

| | |
|---|---|
| Civil Action No. **14-cv-02822-RPM** | Counsel: |
| **SANDY PHILLIPS, individually and as surviving parent of Jessica Ghawi, decedent; and** | Thomas W. Stoever, Jr. |
| | Paul W. Rodney |
| | Jonathon E. Lowy |
| **LONNIE PHILLIPS, individually and as surviving parent of Jessica Ghawi, decedent**, | Kelly Sampson |
| Plaintiffs, | |
| v. | |
| **LUCKY GUNNER, LLC, d/b/a/ BULKAMMO.COM,** | Marc F. Colin |
| | Patrick J. Rooney |
| **THE SPORTSMAN'S GUIDE,** | James B. Vogts |
| **BRIAN PLATT, d/b/a/ BTP ARMS,** | Andrew A. Lothson |
| **GOLD STRIKE E COMMERCE, LLC, d/b/a/ BULLETPROOFBODYARMORHQ.COM**, | Patrick J. Rooney |
| | Ronald L. Wilcox |
| | Phillip R. Zuber |
| | Bruce A. Montoya |
| Defendants. | |
| **UNITED STATES OF AMERICA**, | Michael A. Zee |
| Intervener. | |

---

**COURTROOM MINUTES**

**MOTION HEARING:  Defendant Lucky Gunner's Rule 12(b)(6) Motion to Dismiss and Memorandum in Support [ECF Doc. No. 3], filed October 16, 2014; Defendant Platt's Motion to Dismiss and Memorandum of Law [ECF Doc. No. 21], filed October 22, 2014; and Defendant the Sportsman's Guide's Rule 12(b)(6) Motion to Dismiss and Memorandum in Support Thereof [ECF Doc. No. 22], filed October 23, 2014**

| | |
|---|---|
| **1:58 p.m.** | **Court in session.** |
| | Court calls case. |
| | Appearances of counsel. |
| | Defendant Lucky Gunner's Rule 12(b)(6) Motion to Dismiss and Memorandum in Support [ECF Doc. No. 3], filed October 16, 2014; Defendant Platt's Motion to Dismiss and Memorandum of Law [ECF Doc. No. 21], filed October 22, 2014; and Defendant the Sportsman's Guide's Rule 12(b)(6) Motion to Dismiss and Memorandum in Support Thereof [ECF Doc. No. 22], filed October 23, 2014, are raised for argument. |
| 2:03 p.m. | Argument by Plaintiffs by Mr. Stoever. |
| 2:18 p.m. | Argument by Defendants by Mr. Vogts. |
| 2:23 p.m. | Argument by Defendants by Mr. Zuber. |
| 2:25 p.m. | Argument by Defendants by Mr. Rooney. |
| 2:28 p.m. | Argument by Plaintiffs by Mr. Stoever. |
| **ORDERED:** | Defendant Lucky Gunner's Rule 12(b)(6) Motion to Dismiss and Memorandum in Support [ECF Doc. No. 3], filed October 16, 2014, is **TAKEN UNDER ADVISEMENT.** |
| **ORDERED:** | Defendant Platt's Motion to Dismiss and Memorandum of Law [ECF Doc. No. 21], filed October 22, 2014, is **TAKEN UNDER ADVISEMENT.** |
| **ORDERED:** | Defendant the Sportsman's Guide's Rule 12(b)(6) Motion to Dismiss and Memorandum in Support Thereof [ECF Doc. No. 22], filed October 23, 2014, is **TAKEN UNDER ADVISEMENT.** |
| | Court indicates that a written order shall follow. |
| **2:35 p.m.** | **Court in recess.  Hearing concluded.** |

**Total time: 37 minutes.**