**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch**

Date:                  March 16, 2015
Courtroom Deputy:  Robert R. Keech
FTR Technician:     Kathy Terasaki

---

| | |
|---|---|
| Civil Action No. **14-cv-02822-RPM** | Counsel: |
| **SANDY PHILLIPS, individually and as surviving parent of Jessica Ghawi, decedent; and** <br> **LONNIE PHILLIPS, individually and as surviving parent of Jessica Ghawi, decedent**, <br><br>     Plaintiffs, <br><br> v. <br><br> **LUCKY GUNNER, LLC, d/b/a/ BULKAMMO.COM,** <br> **THE SPORTSMAN'S GUIDE,** <br> **BRIAN PLATT, d/b/a/ BTP ARMS,** <br> **GOLD STRIKE E COMMERCE, LLC, d/b/a/ BULLETPROOFBODYARMORHQ.COM**, <br><br>     Defendants. | Thomas W. Stoever, Jr. <br> Paul W. Rodney <br> Jonathon E. Lowy <br> Kelly Sampson <br><br><br><br><br><br><br><br> Marc F. Colin <br> Patrick J. Rooney <br> James B. Vogts <br> Andrew A. Lothson <br> Patrick J. Rooney <br> Ronald L. Wilcox <br> Phillip R. Zuber <br> Bruce A. Montoya |
| **UNITED STATES OF AMERICA**, <br><br>     Intervener. | Michael A. Zee |

---

**COURTROOM MINUTES**

**MOTION HEARING:** Defendant Lucky Gunner's Rule 12(b)(6) Motion to Dismiss and Memorandum in Support [ECF Doc. No. 3], filed October 16, 2014; Defendant Platt's Motion to Dismiss and Memorandum of Law [ECF Doc. No. 21], filed October 22, 2014; and Defendant the Sportsman's Guide's Rule 12(b)(6) Motion to Dismiss and Memorandum in Support Thereof [ECF Doc. No. 22], filed October **23, 2014**

2

| | |
|---|---|
| **1:58 p.m.** | **Court in session.** |

Court calls case.

Appearances of counsel.

Defendant Lucky Gunner's Rule 12(b)(6) Motion to Dismiss and Memorandum in Support [ECF Doc. No. 3], filed October 16, 2014; Defendant Platt's Motion to Dismiss and Memorandum of Law [ECF Doc. No. 21], filed October 22, 2014; and Defendant the Sportsman's Guide's Rule 12(b)(6) Motion to Dismiss and Memorandum in Support Thereof [ECF Doc. No. 22], filed October 23, 2014, are raised for argument.

| | |
|---|---|
| 2:03 p.m. | Argument by Plaintiffs by Mr. Stoever. |
| 2:18 p.m. | Argument by Defendants by Mr. Vogts. |
| 2:23 p.m. | Argument by Defendants by Mr. Zuber. |
| 2:25 p.m. | Argument by Defendants by Mr. Rooney. |
| 2:28 p.m. | Argument by Plaintiffs by Mr. Stoever. |
| **ORDERED:** | Defendant Lucky Gunner's Rule 12(b)(6) Motion to Dismiss and Memorandum in Support [ECF Doc. No. 3], filed October 16, 2014, is **TAKEN UNDER ADVISEMENT.** |
| **ORDERED:** | Defendant Platt's Motion to Dismiss and Memorandum of Law [ECF Doc. No. 21], filed October 22, 2014, is **TAKEN UNDER ADVISEMENT.** |
| **ORDERED:** | Defendant the Sportsman's Guide's Rule 12(b)(6) Motion to Dismiss and Memorandum in Support Thereof [ECF Doc. No. 22], filed October 23, 2014, is **TAKEN UNDER ADVISEMENT.** |

Court indicates that a written order shall follow.

| | |
|---|---|
| **2:35 p.m.** | **Court in recess.  Hearing concluded.** |

**Total time: 37 minutes.**