**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

```
SANDY PHILLIPS, individually and as            :
surviving parent of Jessica Ghawi, decedent;   :
LONNIE PHILLIPS, individually and as           :
surviving parent of Jessica Ghawi, decedent    :
                                               :
        Plaintiffs                             :   Civil Action No. 1:14-cv-02822-RPM
                                               :
    v.                                         :
                                               :
BRIAN PLATT, d/b/a BTP Arms, et al.            :
                                               :
        Defendants                             :
-------------------------------------------------
```

## ORDER

Upon consideration of Defendant Platt's Motion For Attorneys' Fees under Rule 54(d) and D.C.Colo.L Civ. R 54.3 and any Opposition filed thereto, it is this _____ day of

_____, 2015,

**ORDERED,** that the Motion is **GRANTED,** and judgment is hereby entered in favor of Brian Platt, d/b/a BTP Arms, against the Plaintiffs, in the amount of $33,569.89.

						_____
						The Honorable _____
						United States District Court for the District of Colorado

cc:   Phillip R. Zuber, Esq.
        Sasscer, Clagett & Bucher
        5407 Water St., Suite 101
        Upper Marlboro, MD 20772
        *Counsel for Brian Platt, d/b/a BTP Arms*

*Phillips v. Platt, et al.*
Order
Page 2

        Bruce A. Montoya, Esq.
        Messner Reeves, LLP
        1430 Wynkoop St., Suite 300
        Denver, CO 80202
        *Counsel for Brian Platt, d/b/a BTP Arms*

        Thomas W. Stoever, Jr., Esq.
        Paul W. Rodney, Esq.
        Arnold & Porter, LLP
        370 Seventeenth St., Suite 4400
        Denver, CO 80202
        *Counsel for Plaintiffs*

        Andrew A. Lothson, Esq.
        James B. Vogts, Esq.
        Swanson, Martin & Bell, LLP
        330 North Wabash, Suite 3300
        Chicago, IL 60611
        *Counsel for Lucky Gunner*

        Marc F. Colin, Esq.
        Bruno, Colin & Lowe, P.C.
        1999 Broadway, Suite 3100
        Denver, CO 80202
        *Counsel for Lucky Gunner*

        Patrick J. Rooney, Esq.
        Donald Chance Mark, Jr., Esq.
        Peter A.T. Carlson, Esq.
        Fafinski, Mark & Johnson
        775 Prairie Center Dr., Suite 400
        Eden Prairie, MN 55344
        *Counsel for The Sportsman's Guide, Inc.*

        Ronald L. Wilcox, Esq.
        Peters / Mair / Wilcox
        1755 Blake St., Suite 240
        Denver, CO 80202
        rwilcox@peterslaw.net
        *Counsel for the Sportman's Guide, Inc.*

*Phillips v. Platt, et al.*
Order
Page 3

M. Andrew Zee, Esquire
United States Department of Justice
Civil Division, Federal Programs Branch
450 Golden Gate Ave., Room 7-5395
San Francisco, CA 94102
m.andrew.zee@usdoj.gov
*Counsel for United States*

Jonathan E. Lowy, Esq.
Elizabeth Burke, Esq.
Kelly Sampson, Esq.
Brady Center to Prevent Gun
   Violence
840 First St., N.E., Suite 400
Washington, D.C. 20005
*Counsel for Plaintiffs*

Gold Strike E Commerce, LLC
c/o Christopher E. Russell
511 E. Colgate Dr.
Tempe, AZ 85283