**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-2822-RPM

SANDY PHILLIPS, individually and as surviving parent
of Jessica Ghawi, decedent; LONNIE PHILLIPS,
individually and as surviving parent of Jessica Ghawi,
decedent.

Plaintiffs,

v.

LUCKY GUNNER, d/b/a/ BULKAMMO.COM,
THE SPORTSMAN'S GUIDE,
Brian Platt, d/b/a/ BTP ARMS,
Gold Strike E Commerce LLC d/b/a/
BULLETPROOFBODYARMORHQ.COM,
and JOHN DOES 1 through 10, unknown individuals.

Defendants.

---

## DEFENDANT LUCKYGUNNER'S ITEMIZATION OF BILL OF COSTS

---

Defendant, LuckyGunner, LLC ("LG"), pursuant to Fed. R. Civ. P. 54(d), D.C. Colo. L.Civ.R. 54.3, 28 U.S.C. §§ 1920 *et seq.*, and the Court's Order of March 27, 2015 (DE 45), submits the following itemization for its Bill of Costs.

1. On March 27, 2015, the Court entered judgement against Plaintiffs (DE 46) and granted LG's Rule 12(b)(6) motion to dismiss, stating that "[p]ursuant to C.R.S. §13-21-504.5, defendants Lucky Gunner and the Sportsman's Guide are entitled to an award of reasonable attorney fees and costs to be determined after filing motions pursuant to D.C.Colo.L.Civ.R.54.3 . . . ." (DE 45 at 19.)

2. Supporting documentation for the costs incurred to defend this action are part of the Billing Invoices attached to the Affidavit of James B. Vogts ("Vogts Affidavit) and the

Affidavit of Marc Colin ("Colin Affidavit"). Those affidavits and Billing Invoices have already been filed with the Court as part of LG's Motion for Fees and Costs, and are incorporated by reference herein.

3. LG incurred costs for the federal filing cost, the filing/answering fee in state court to provide notice that the action had been removed to federal court as required by 28 U.S.C. § 1446(d), photocopies of the state court file in the instant lawsuit that was required to be filed with the removal of this action to federal court and photocopies of the voluminous state court filings in the other consolidated lawsuits arising from the same incident that forms the basis of this lawsuit (DE 15).

4. The costs incurred to defend this action are itemized as follows:

   a. $400.00 – federal court filing fee (*see* Vogts Affidavit, at Ex. 1 Invoice of Dec. 11, 2014 at p. 3 and attached invoice).
   b. $778.40 – 3,892 photocopies of state court pleadings (*see* Colin Affidavit, Ex. 1 at Billing Invoice of Oct. 31, 2014; charge dated 10/03/2014).
   c. $158.00 – Answer filing fee, state court notice of removal (*see* Colin Affidavit, Ex. 1 at Billing Invoice of Nov. 11, 2014; charge dated 10/17/2014).
   d. $81.60 – 408 photocopies of state court pleadings (*see* Colin Affidavit, Ex. 1 at Billing Invoice of Nov. 11, 2014; charge dated 10/31/2014).

5. The total costs are $1,418.00.

## **CONCLUSION**

6. Undersigned counsel certifies that the costs listed in the itemization above were necessary to the defense of the case, that the services were actually performed and the costs incurred, and that the costs are correct as listed.

> Respectfully submitted,
>
> **LUCKYGUNNER, LLC**
>
> By: /s/ *Andrew A. Lothson*
>     One of Defendant LuckyGunner, LLC's Attorneys

2

Marc Colin
Bruno, Colin & Lowe, P.C.
1999 Broadway, Suite 3100
Denver, Colorado 80202
(303) 831-1099
(303) 831-1088 FAX
MColin@brunolawyers.com

James B. Vogts
Andrew A. Lothson
Swanson, Martin & Bell, LLP
330 North Wabash, Suite 3300
Chicago, IL 60611
(312) 321-9100
(312) 321-0990 FAX
jvogts@smbtrials.com
alothson@smbtrials.com

**Attorneys for Defendant, LuckyGunner, LLC**

## CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of April, 2015, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

1. Thomas W. Stoever, Jr.
   Paul W. Rodney
   Arnold & Porter LLP
   370 Seventeenth Street, Suite 4400
   Denver, CO 80202

   **Counsel for Plaintiffs**

2. Patrick J. Rooney, Esq.
   Donald Chance Mark, Jr., Esq.
   Peter A.T. Carlson, Esq.
   Fafinski, Mark & Johnson
   775 Prairie Center Dr., Suite 400
   Eden Prairie, MN 55344

   **Counsel for The Sportsman's Guide, Inc.**

3. Phillip R. Zuber, Esquire
   Sasscer, Clagett & Bucher
   5407 Water Street, Suite 101
   Upper Marlboro, MD 20772

4. Bruce A. Montoya, Esq.
   Messner Reeves, LLP
   1430 Wynkoop St., Suite 300
   Denver, CO 80202

   **Counsel for Defendant Brian Platt, d/b/a BTP Arms**

I hereby further certify that I have mailed the foregoing via U.S. mail, postage prepaid, to the following non-CM/ECF participants:

5. Jonathan E. Lowy
   Elizabeth Burke
   Kelly Sampson
   Brady Center to Prevent Gun Violence
   840 First Street, NE, Suite 400
   Washington, DC 20005

5

**Counsel for Plaintiffs**

6.        Gold Strike E Commerce, LLC
           d/b/a bulletproofbodyarmorhq.com
           Christopher E. Russell, Agent for Service
           1546 West Vine Ave.
           Mesa, AZ 85202

*/s/ Andrew A. Lothson*
Andrew A. Lothson