# Phillips, et al v. Lucky Gunner, et al
## FMJ's Attorneys' Fees Incurred by Sportsman's Guide

| Date | Attorney ID | Hours Billed to client | Hourly Rate | Amount Billed | Description of legal services |
|---|---|---|---|---|---|
| 9/19/2014 | Donald C. Mark, Jr. | 2.1 | 325 | $682.50 | Review and evaluate plaintiff's summons and complaint; obtain research on REDACT; formulate strategy regarding REDACT. |
| 9/19/2014 | Peter A. T. Carlson | 5.1 | 235 | $1,198.50 | Review of Complaint and allegations. Prepare strategy for defense. Analyze issues involved in defense, including removal, and motion to dismiss. Calculate deadlines and timing of response. Research other cases involving Brady. Call with client. Research local counsel. Research caselaw regarding issue of removal where damages only include an injunction. |
| 9/19/2014 | Patrick J. Rooney | 4.6 | 325 | $1,495.00 | Multiple telephone calls and background work on case; preparation for and participation in telephone conference with REDACT; begin research and analysis of facts alleged in Complaint and strategy for defense of case, including removal issue. |
| 9/22/2014 | Donald C. Mark, Jr. | 0.4 | 325 | $130.00 | Formulate strategy regarding REDACT. |
| 9/22/2014 | Peter A. T. Carlson | 1.6 | 235 | $376.00 | Review of pleadings, relevant statutory provisions regarding right to sell arms, and caselaw on issue of nuisance and negligence claims. Formulate strategy for proceeding in removing case and/or motion to dismiss. |
| 9/22/2014 | Patrick J. Rooney | 4.2 | 325 | $1,365.00 | Extended telephone conference with co-defendant's counsel; follow up on information learned during discussion; review of email from local counsel regarding premises liability claim in federal district court and decision by Judge Jackson denying defendant's motion for summary judgment; telephone conference with client regarding REDACT; begin legal research on defenses to claims in Amended Complaint. |
| 9/23/2014 | Donald C. Mark, Jr. | 1.1 | 325 | $357.50 | Obtain and review information on federal bench in Colorado; obtain background information on case; participate in telephone conference with local counsel to discuss REDACT |
| 9/23/2014 | Donald C. Mark, Jr. | 1.4 | 325 | $455.00 | Obtain and evaluate background information on REDACT; conference with client and local counsel to discuss REDACT. |
| 9/23/2014 | Peter A. T. Carlson | 3.3 | 235 | $775.50 | Review of Order denying summary judgment in premises liability case involving Aurora theater. Call with local counsel and client regarding REDACT. REDACT. Review of background on Judge Pratt and federal bench. |
| 9/23/2014 | Patrick J. Rooney | 5.9 | 325 | $1,917.50 | Continued review and analysis of Amended Complaint; telephone conference with client regarding REDACT; preparation for and participation in telephone conference with client and local counsel regarding REDACT; continued legal research regarding potential motion to dismiss; telephone conference with co-defendant's counsel regarding decision of TSG to consent to removal and to move for dismissal; draft of email to client and local counsel regarding REDACT; review and analysis of email and caselaw from Mr. Wilcox regarding Colorado law on standing for injunctive relief. |
| 9/24/2014 | Peter A. T. Carlson | 1.2 | 235 | $282.00 | Review of caselaw in Colo on standing issue. Review of docket summary from Armslist district court matter. |
| 9/26/2014 | Donald C. Mark, Jr. | 0.3 | 325 | $97.50 | Formulate strategy regarding removal of case to U.S. District Court. |

**EXHIBIT A**

| Date | Name | Hours | Rate | Amount | Description |
|------|------|-------|------|--------|-------------|
| 9/26/2014 | Peter A. T. Carlson | 0.4 | 235 | $94.00 | Formulate strategy for motion to dismiss based on lack of harm available for preliminary injunction. |
| 9/28/2014 | Patrick J. Rooney | 2.3 | 325 | $747.50 | Legal research regarding Colorado law on public nuisance and negligent entrustment. |
| 9/29/2014 | Peter A. T. Carlson | 3.5 | 235 | $822.50 | Review of strategy for motion to dismiss.  Research caselaw on nuisance, and negligent entrustment.  Analysis of Complaint in light of statutory immunity.  Review of caselaw involving statutory preemption issues and case annotations.  Research issue of whether case filed in state court that is removed on diversity is subject to heightened pleading standard. |
| 9/30/2014 | Donald C. Mark, Jr. | 0.2 | 325 | $65.00 | Formulate strategy regarding preparation of consent form to join in removal of case to federal court. |
| 9/30/2014 | Patrick J. Rooney | 0.3 | 325 | $97.50 | Review of emails regarding filing of insurance claim with Zurich; follow up on same. |
| 10/1/2014 | Peter A. T. Carlson | 2.3 | 235 | $540.50 | Research case law on issue of removal and pleading citizenship of members of LLC.  Review caselaw regarding issue of public nuisance claim in New York.  Review of draft notice of removal REDACT.  Call with client regarding REDACT. |
| 10/1/2014 | Patrick J. Rooney | 2.5 | 325 | $812.50 | Analysis of information regarding 2013 Colorado legislation concerning background checks and law banning magazines that hold more than 15 rounds; review of proposed Notice of Removal and Consent form sent by co-defendant's counsel; legal research on effect of jurisdictional allegation based on "information and belief;" exchange of emails with co-defendant's counsel regarding same; continued work on motion to dismiss and related issues. |
| 10/2/2014 | Donald C. Mark, Jr. | 0.4 | 325 | $130.00 | Formulate strategy regarding motion to remove case to federal court. |
| 10/2/2014 | Peter A. T. Carlson | 0.8 | 235 | $188.00 | Review of issues for motion to dismiss addressing standing and injunctions.  Review of caselaw regarding nuisance claim. |
| 10/2/2014 | Patrick J. Rooney | 1.7 | 325 | $552.50 | Preparation for and participation in telephone conference with co-defendant's counsel regarding removal, motion to dismiss and related matters; follow up on same; edits to proposed Consent form for removal; multiple telephone conferences with client regarding REDACT; follow up on registering for ECF in Colorado. |
| 10/4/2014 | Peter A. T. Carlson | 2.4 | 235 | $564.00 | Research caselaw on public nuisance claims in Colorado.  Review of caselaw regarding same.  Analyze argument regarding nuisance and framing motion to dismiss. |
| 10/6/2014 | Peter A. T. Carlson | 0.9 | 235 | $211.50 | Analyze possible argument that public nuisance claim does not contain right for civil remedy.  Review of Colorado statute allowing for remedy on Rule 12 motion to dismiss involving tort claims.  Review of caselaw and statute accordingly. |
| 10/6/2014 | Peter A. T. Carlson | 1.5 | 235 | $352.50 | Begin drafting motion to dismiss based on failure to state a claim under Colorado law. |
| 10/6/2014 | Patrick J. Rooney | 1.7 | 325 | $552.50 | Continued legal research and follow up on Colorado tort defense statute and TSG's right to request an award of attorneys' fees under the statute if the court grants the motion to dismiss. |

| Date | Attorney | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|
| 10/7/2014 | Peter A. T. Carlson | 6.6 | 235 | $1,551.00 | Review of Complaint and relevant caselaw in connection with allegations in complaint. Draft memorandum of law in support of motion to dismiss. Address issues of preemption under federal and state law. |
| 10/7/2014 | Patrick J. Rooney | 1.7 | 325 | $552.50 | Draft of email to client regarding REDACT; telephone conference with co-defendant's counsel regarding motion to dismiss and issues relating to obtaining consent to remove forms from the other defendants; follow up regarding same. |
| 10/8/2014 | Donald C. Mark, Jr. | 0.4 | 325 | $130.00 | Evaluate Colorado law regarding potential recovery of attorneys' fees; review status of consent to remove case to federal court and formulate strategy for further handling. |
| 10/9/2014 | Peter A. T. Carlson | 2.6 | 235 | $611.00 | Continued drafting memorandum in support of motion to dismiss, including section regarding dismissal pursuant to statute regarding sale of ammunition. Review of draft memorandum prepared by co-defendant. |
| 10/9/2014 | Patrick J. Rooney | 1.6 | 325 | $520.00 | Review and analysis of co-defendant's memorandum in support of motion to dismiss ; draft of email to co-defendant's counsel regarding same; telephone message to Mr. Wilcox on case. |
| 10/10/2014 | Peter A. T. Carlson | 0.6 | 235 | $141.00 | Continued drafting and revising memo in support of motion to dismiss. |
| 10/10/2014 | Patrick J. Rooney | 0.3 | 325 | $97.50 | Telephone conference with Mr. Wilcox regarding update on strategy and consent to remove. |
| 10/12/2014 | Peter A. T. Carlson | 0.8 | 235 | $188.00 | Continued drafting of memo in support of dismissal. |
| 10/13/2014 | Peter A. T. Carlson | 5.3 | 235 | $1,245.50 | Continued drafting extensive and lengthy memo in support of motion to dismiss. Review of caselaw on issue of preclusive effect under PLCAA with respect to public nuisance claims, and incorporate same into briefing. |
| 10/13/2014 | Patrick J. Rooney | 0.9 | 325 | $292.50 | Draft of email to Mr. Wilcox regarding update on status and strategy and draft of Consent to Removal; revise Consent to Removal based on suggestions by Mr. Wilcox. |
| 10/14/2014 | Peter A. T. Carlson | 7.3 | 235 | $1,715.50 | Complete final draft of memo in support of motion to dismiss. Review of US District Court judges in Colorado and requirement for page length of motions to dismiss. Consider additional arguments made by co-defendant and incorporate the same. |
| 10/14/2014 | Patrick J. Rooney | 1.9 | 325 | $617.50 | Exchange of emails with co-defendant's counsel regarding Consent to Removal; email to co-defendant's counsel providing him with executed consent; begin draft of Memorandum in Support of Motion to Dismiss. |
| 10/15/2014 | Patrick J. Rooney | 1.9 | 325 | $617.50 | Telephone conference with co-defendant's counsel regarding issues and strategy with respect to filing Notice of Removal, Motion to Dismiss, Motion for Stay of Discovery and related matters; begin edits to draft of Motion to Dismiss; telephone conference with client regarding REDACT. |
| 10/16/2014 | Peter A. T. Carlson | 0.3 | 235 | $70.50 | Consider issues raised in removal and motion to dismiss, including local rules. |

| Date | Name | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|
| 10/16/2014 | Patrick J. Rooney | 5.8 | 325 | $1,885.00 | Review of removal papers filed by Lucky Gunner; review and analysis of Memorandum in Support of Motion to Dismiss filed by Lucky Gunner; continued draft of Sportsman's Guide's Memorandum in Support of Motion to Dismiss; exchange of emails with Mr. Wilcox regarding assignment of case to Judge Matsch; background research on same; email to client regarding REDACT; review of email from client regarding REDACT; telephone conference with client regarding REDACT |
| 10/17/2014 | Donald C. Mark, Jr. | 0.3 | 325 | $97.50 | Receipt and review of judicial officer assignment in U.S. District Court; evaluate the same; strategy for further handling. |
| 10/19/2014 | Patrick J. Rooney | 2.3 | 325 | $747.50 | Continued research for and draft of Memorandum in Support of Motion to Dismiss. |
| 10/20/2014 | Peter A. T. Carlson | 0.7 | 235 | $164.50 | Review of draft memo on motion to dismiss and incorporate changes to same, including to citations and Complaint. |
| 10/20/2014 | Patrick J. Rooney | 8.7 | 325 | $2,827.50 | Continued draft of Memorandum in Support of Motion to Dismiss; legal research for same; filing of notice of appearance. |
| 10/21/2014 | Peter A. T. Carlson | 2.3 | 235 | $540.50 | Analyze of issues related to motion to dismiss.  Review and revise draft memo in support of motion to dismiss.  Incorporate additional citations to statute and caselaw. |
| 10/21/2014 | Patrick J. Rooney | 4.8 | 325 | $1,560.00 | Continued draft of Memorandum in Support of Motion to Dismiss; legal research for same. |
| 10/22/2014 | Peter A. T. Carlson | 0.4 | 235 | $94.00 | Review of caselaw on issue of standing and possible remand. |
| 10/22/2014 | Patrick J. Rooney | 2.3 | 325 | $747.50 | Continued draft of Memorandum in Support of Motion to Dismiss; emails to client and Mr. Wilcox regarding REDACT; telephone conference with client regarding REDACT; review of suggested changes from Mr. Wilcox; review and analysis of memorandum in support of motion to dismiss from Brian Platt; further legal research on duty to investigate and draft of insert for memorandum on this issue. |
| 10/23/2014 | Peter A. T. Carlson | 0.8 | 235 | $188.00 | Review of final draft of motion and memo to dismiss Plaintiffs' amended Complaint.  Review of comments from client. |
| 10/23/2014 | Patrick J. Rooney | 3.9 | 325 | $1,267.50 | Exchange of emails with Mr. Wilcox regarding changes in the brief; telephone conference with client regarding REDACT;  further legal research on issues raised by client; edits to brief to incorporate issues raised by Mr. Wilcox and client; follow up and filing of same. |
| 10/24/2014 | Donald C. Mark, Jr. | 0.3 | 325 | $97.50 | Review status of case regarding removal to federal court and briefing of motion to dismiss; strategy for further handling. |
| 10/24/2014 | Peter A. T. Carlson | 0.9 | 235 | $211.50 | Review and revise draft corporate disclosure statement.  Review of Rule 7.1 and corporate disclosure requirements. Send same to client.  Review response and file same with the Court. |
| 10/24/2014 | Patrick J. Rooney | 1.7 | 325 | $552.50 | Draft of Corporate Disclosure Statement and follow up on same; telephone conference with co-defendant's counsel regarding matter and motion to stay discovery; |

| | | | | | |
|---|---|---|---|---|---|
| 10/27/2014 | Peter A. T. Carlson | 0.4 | 235 | $94.00 | Serve pleadings on Gold Strike; prepare letter serving same. Calculate deadlines for Plaintiffs' response and TSG's reply. Review of Colorado Local Rules to confirm timing. |
| 10/27/2014 | Patrick J. Rooney | 0.3 | 325 | $97.50 | Follow up on Corporate Disclosure. |
| 10/30/2014 | Peter A. T. Carlson | 0.2 | 235 | $47.00 | Review of timing for response to Memo in support of dismissal and reply in support of motion. |
| 10/31/2014 | Donald C. Mark, Jr. | 0.2 | 325 | $65.00 | Review and evaluate status of request by plaintiff for extension of time to respond to motion to dismiss; strategy for further handling. |
| 11/3/2014 | Patrick J. Rooney | 0.4 | 325 | $130.00 | Telephone conference with co-defendant's counsel regarding proposal from plaintiff for an extension to respond to motion to dismiss; telephone conference with Mr. Stoever regarding same. |
| 11/5/2014 | Peter A. T. Carlson | 0.3 | 235 | $70.50 | Review of motion and correspondence regarding timing of response and reply. |
| 11/5/2014 | Patrick J. Rooney | 0.4 | 325 | $130.00 | Exchange of emails with Plaintiffs' counsel regarding motion for modification of briefing schedule; telephone conference with co-defendant's counsel regarding same. |
| 11/12/2014 | Patrick J. Rooney | 0.4 | 325 | $130.00 | Begin work on Reply in anticipation of opposition brief from plaintiffs. |
| 11/13/2014 | Donald C. Mark, Jr. | 0.2 | 325 | $65.00 | Review status of file and evaluate REDACT. |
| 11/26/2014 | Donald C. Mark, Jr. | 0.3 | 325 | $97.50 | Review status of case; strategy for further handling. |
| 12/4/2014 | Peter A. T. Carlson | 0.4 | 235 | $94.00 | Review of memo filed in opposition to motion to dismiss filed by Plaintiffs. |
| 12/8/2014 | Peter A. T. Carlson | 0.3 | 235 | $70.50 | Review of issue regarding timing for reply and US DOJ time to respond. |
| 12/9/2014 | Peter A. T. Carlson | 0.5 | 235 | $117.50 | Review of arguments raised by Plaintiff in opposition and consider response to same. |
| 12/9/2014 | Patrick J. Rooney | 1.9 | 325 | $617.50 | Continued review and analysis of Memorandum in Opposition to Motion to Dismiss; legal research regarding issues raised in Plaintiffs' brief; begin draft of outline of Reply Brief. |
| 12/10/2014 | Peter A. T. Carlson | 0.3 | 235 | $70.50 | Review of service of constitutional challenge. Review Notice and examine issues related to substantive challenge and timing of response. |
| 12/10/2014 | Patrick J. Rooney | 1.7 | 325 | $552.50 | Continued review and analysis of Plaintiff's Brief in Opposition to Motion to Dismiss. |
| 12/16/2014 | Peter A. T. Carlson | 0.4 | 235 | $94.00 | Review of strategy for responding to Plaintiffs' response to motion to dismiss. |

5

| 12/16/2014 | Patrick J. Rooney | 1.4 | 325 | $455.00 | Research on constitutionality issues and begin work on draft of Reply brief. |
|---|---|---|---|---|---|
| 12/17/2014 | Peter A. T. Carlson | 0.2 | 235 | $47.00 | Review of issue concerning constitutionality of PLCAA. |
| 12/17/2014 | Patrick J. Rooney | 2.7 | 325 | $877.50 | Continued draft of outline for Reply Brief; legal research regarding constitutional issues raised by plaintiffs in their Opposition brief. |
| 12/18/2014 | Patrick J. Rooney | 1 | 325 | $325.00 | Continued research regarding constitutional issues raised by plaintiffs in their Opposition brief; preparation for and participation in telephone conference with co-defendant's counsel regarding coordinating timing of Reply brief and related issues. |
| 12/20/2014 | Peter A. T. Carlson | 0.3 | 235 | $70.50 | Review of argument raised by Plaintiffs regarding public safety and consider as to whether issue is properly the subject of a request for injunctive relief. |
| 12/22/2014 | Patrick J. Rooney | 2.5 | 325 | $812.50 | Draft of Reply Brief and research on same. |
| 12/27/2014 | Patrick J. Rooney | 2.7 | 325 | $877.50 | Legal research for and draft of Reply Brief on Motion to Dismiss. |
| 12/28/2014 | Patrick J. Rooney | 0 | 0 | $0.00 | Legal research for and draft of Reply Brief on Motion to Dismiss. |
| 12/29/2014 | Patrick J. Rooney | 3.6 | 325 | $1,170.00 | Legal research for and draft of Reply Brief on Motion to Dismiss. |
| 12/30/2014 | Patrick J. Rooney | 3.3 | 325 | $1,072.50 | Legal research for and draft of Reply Brief on Motion to Dismiss. |
| 12/31/2014 | Patrick J. Rooney | 3.2 | 325 | $1,040.00 | Continued research for and draft of Reply Brief. |
| 1/1/2015 | Patrick J. Rooney | 1.2 | 325 | $390.00 | Continued legal research for and draft of Reply Brief. |
| 1/2/2015 | Patrick J. Rooney | 3.3 | 325 | $1,072.50 | Continued legal research for and draft of Reply Brief. |
| 1/4/2015 | Peter A. T. Carlson | 3.5 | 235 | $822.50 | Review and revise draft reply memo in support of motion to dismiss. Incorporate additional sections and arguments addressing statutory construction, lack of factual allegations supporting the Amended Complaint and addressing preemption. |
| 1/4/2015 | Patrick J. Rooney | 1.5 | 325 | $487.50 | Continued legal research for and draft of Reply Brief. |
| 1/5/2015 | Peter A. T. Carlson | 1.1 | 235 | $258.50 | Review of additional arguments and issues related to nuisance claim and argument based on collateral estoppell. |
| 1/5/2015 | Patrick J. Rooney | 3.7 | 325 | $1,202.50 | Continued legal research for and draft of Reply Brief; telephone conference with co-defendant's counsel regarding same; follow up edits on brief in light of comments and issues raised by co-defendant's counsel. |
| 1/6/2015 | Patrick J. Rooney | 4.3 | 325 | $1,397.50 | Review of co-defendant's counsel Reply brief and analysis of cases cited therein; further edits to Sportsman's Guide's Reply brief. |
| 1/7/2015 | Patrick J. Rooney | 2.9 | 325 | $942.50 | Continued edits to Reply Brief; email to clients REDACT; continued review of Lucky Gunner's brief. |

| Date | Name | Hours | Rate | Amount | Description |
|------|------|-------|------|--------|-------------|
| 1/8/2015 | Peter A. T. Carlson | 0.6 | 235 | $141.00 | Review of changes from local counsel regarding draft reply in support of motion to dismiss. Consider argument based on implied pre-emption. Review of communication from co-defendant. |
| 1/8/2015 | Patrick J. Rooney | 3.9 | 325 | $1,267.50 | Telephone conference with co-defendant's counsel regarding Reply brief and issues for argument; review of comments on draft brief from Mr. Wilcox and client; incorporation of those comments into the brief. |
| 1/9/2015 | Donald C. Mark, Jr. | 1.1 | 325 | $357.50 | Review and revise reply brief in support of motion to dismiss. |
| 1/9/2015 | Patrick J. Rooney | 3.2 | 325 | $1,040.00 | Review of Reply briefs filed by Lucky Gunner and Brian Platt; draft of final changes to Sportsman's Guide's Reply Brief and filing of same. |
| 1/13/2015 | Donald C. Mark, Jr. | 0.3 | 325 | $97.50 | Review status of case regarding filing of reply brief; strategy regarding further handling. |
| 1/28/2015 | Donald C. Mark, Jr. | 0.2 | 325 | $65.00 | Receipt and review of correspondence regarding U.S. government requesting to intervene in case to support Colorado statute regarding immunity. Evaluate and approve same. |
| 1/28/2015 | Patrick J. Rooney | 1.1 | 325 | $357.50 | Review and analysis of email from Ms. Farby of the Justice Department regarding the decision of the United States to intervene in this action for the limited purpose of defending the constitutionality of the Protection of Lawful Commerce in Arms Act; review of emails from counsel for Lucky Gunner, Brian Platt and the plaintiffs on same; email to client REDACT; draft of email to Ms. Farby advising her that Sportsman's Guide does not object to the United States' intervention for this limited purpose stated. |
| 2/2/2015 | Patrick J. Rooney | 1.8 | 325 | $585.00 | Review and analysis of brief filed by the Justice Department on the constitutionality of the PLCAA; draft of email to client regarding REDACT. |
| 2/3/2015 | Donald C. Mark, Jr. | 0.3 | 325 | $97.50 | Formulate strategy regarding oral argument for motion to dismiss and further handling. |
| 2/3/2015 | Peter A. T. Carlson | 0.2 | 235 | $47.00 | Review of emails regarding hearing date on motion to dismiss argument and information on Judicial assignment. |
| 2/3/2015 | Patrick J. Rooney | 0.3 | 325 | $97.50 | Review of email from Mr. Wilcox regarding scheduling of hearing on motion; review of email from client regarding REDACT; telephone message from client regarding REDACT. |
| 2/4/2015 | Patrick J. Rooney | 1 | 325 | $325.00 | Review of emails from Mr. Wilcox and ECF notice from the Court regarding the hearing date for the motion to dismiss; telephone conference with co-defendant's counsel regarding the hearing. |
| 2/5/2015 | Donald C. Mark, Jr. | 0.4 | 325 | $130.00 | Receipt and review of notice of motion to dismiss case; formulate strategy regarding arguments in favor of the same. |
| 2/5/2015 | Patrick J. Rooney | 1.3 | 325 | $422.50 | Exchange of emails with client and Mr. Wilcox, and telephone conference with client, regarding REDACT. |
| 2/6/2015 | Donald C. Mark, Jr. | 0.3 | 325 | $97.50 | Receipt and review of formal notice of hearing by Judge Matsch in U.S. District Court; evaluate the same and formulate strategy regarding oral argument to be presented. |
| 2/6/2015 | Patrick J. Rooney | 0.3 | 325 | $97.50 | Follow up on background of Judge Matsch. |
| 2/9/2015 | Donald C. Mark, Jr. | 0.3 | 325 | $97.50 | Receipt and review of information regarding background on Judge Matsch in preparation for oral argument in support of summary judgment motion. |

| Date | Attorney ID | Hours billed to client | Rate | Amount | Narrative |
|------|-------------|-------|------|--------|-----------|
| 2/13/2015 | Peter A. T. Carlson | 0.2 | 235 | $47.00 | Consider issues related to REDACT. |
| 2/13/2015 | Patrick J. Rooney | 1 | 325 | $325.00 | Begin preparation for oral argument in Colorado. |
| 2/16/2015 | Patrick J. Rooney | 1.9 | 325 | $617.50 | Preparation of outline for oral argument on motion to dismiss. |
| 2/17/2015 | Peter A. T. Carlson | 0.2 | 235 | $47.00 | Review of information concerning REDACT. |
| 2/23/2015 | Patrick J. Rooney | 0.9 | 325 | $292.50 | Review of Plaintiffs' Motion for Entry of Default and Response to Notice of Intervention. |
| 2/24/2015 | Peter A. T. Carlson | 0.3 | 235 | $70.50 | Review of motion for default filed by plaintiff and consider issues related to same. |
| 2/24/2015 | Patrick J. Rooney | 2.4 | 325 | $780.00 | Review and analysis of Motion for Entry of Default filed by Plaintiffs against Gold Strike; legal research on impact of default against Gold Strike and standing of other defendants to object to default judgment; review and analysis of Plaintiffs' Response to U.S. Government's Notice of Intervention and Memorandum; continued preparation for hearing on motion to dismiss. |
| 2/25/2015 | Donald C. Mark, Jr. | 0.2 | 325 | $65.00 | Review status of case and intervention of U.S. Attorney's office; strategy regarding oral argument in support of motion to dismiss. |
| 2/25/2015 | Peter A. T. Carlson | 1.3 | 235 | $305.50 | Research caselaw in Colorado regarding procedure for obtaining entry of default judgment and issues related to injunctive relief. Analyze caselaw accordingly. Review of correspondence from REDACT. |
| 2/25/2015 | Patrick J. Rooney | 1.8 | 325 | $585.00 | Preparation for and participation in telephone conference with co-defendant's counsel regarding Plaintiffs' Response to the United States' Notice of Intervention and Memorandum and Plaintiffs' Motion for Entry of Default against Gold Strike; draft of email to client regarding REDACT; begin legal research on same. |
| 2/27/2015 | Patrick J. Rooney | 0.4 | 325 | $130.00 | Continued preparation for oral arguments. |
| | | 197.7 | Subtotal | $58,645.50 | |

| Date | Attorney ID | Hours billed to client | Rate | Amount | Narrative |
|------|-------------|-------|------|--------|-----------|
| 3/1/2015 | Patrick J. Rooney | 1.9 | 325 | $617.50 | Begin draft of outline for continued preparation for oral argument. |
| 3/2/2015 | Patrick J. Rooney | 3.5 | 325 | $1,137.50 | Continued draft of outline for oral argument on motion to dismiss. |
| 3/2/2015 | Peter A. T. Carlson | 0.4 | 235 | $94.00 | Review of issues related to predicate exception and the Aurora nuisance code. |

| 3/7/2015 | Patrick J. Rooney | 2.3 | 325 | $747.50 | Continued draft of outline for oral argument on motion to dismiss. |
|---|---|---|---|---|---|
| 3/12/2015 | Patrick J. Rooney | 4.6 | 325 | $1,495.00 | Preparation for and participation in telephone conference with counsel regarding planning for oral argument; follow up research on standing issue; exchange of emails and further phone conference with co-defendant's counsel regarding same; continued preparation for oral argument. |
| 3/13/2015 | Patrick J. Rooney | 3.9 | 325 | $1,267.50 | Continued preparation for oral argument; telephone conference with client regarding REDACT; continued legal research on standing issue and implications of same. |
| 3/15/2015 | Patrick J. Rooney | 6 | 325 | $1,950.00 | Continued preparation for oral argument and research on standing issue; travel to Denver for hearing. |
| 3/16/2015 | Patrick J. Rooney | 8.9 | 325 | $2,892.50 | Continued preparation for hearing; meeting with Mr. Wilcox prior to hearing; meeting with co-defendant's counsel prior to the hearing; attendance at hearing; email to client following the hearing; travel from Denver following the hearing. |
| 3/16/2015 | Donald C. Mark, Jr. | 0.2 | 325 | $65.00 | Formulate strategy regarding oral argument to dismiss case. |
| 3/16/2015 | Donald C. Mark, Jr. | 0.3 | 325 | $97.50 | Receipt of post-motion briefing regarding oral argument and issues of interest to Judge Match; evaluate the same; formulate strategy for further handling. |
| 3/17/2015 | Patrick J. Rooney | 0.4 | 325 | $130.00 | Telephone conference with client regarding REDACT. |
| 3/27/2015 | Patrick J. Rooney | 1.9 | 325 | $617.50 | Review and analysis of Ruling from Judge Matsch granting motion to dismiss; draft of email to client regarding REDACT; begin work on affidavit and motion to obtain attorneys' fees; exchange of emails with co-defendant's counsel and Mr. Wilcox regarding same. |
| 3/29/2015 | Patrick J. Rooney | 0.4 | 325 | $130.00 | Begin work on motion papers and affidavit for attorneys fees. |
| | | 34.7 | Subtotal | $11,241.50 | |

**$69,887.00**

9