# Phillips, et al v. Lucky Gunner, et al
## Sportsman's Guide's Costs/Disbursements

| Date | Cost Incurred | Description of Cost |
|---|---|---|
| 9/30/2014 | $168.00 | 9/30/2014 Online Lexis Legal Research Charges |
| 9/30/2014 | $20.40 | Pacer Litigation Services |
| 10/31/2014 | $493.00 | 10/31/2014 Online Lexis Legal Research Charges |
| 10/31/2014 | $25.10 | Pacer Litigation Services |
| 12/31/2014 | $138.00 | 12/31/2014 Online Lexis Legal Research Charges |
| 12/31/2014 | $21.60 | Pacer Litigation Services |
| 1/31/2015 | $77.00 | 1/31/2015 Online Lexis Legal Research Charges |
| 1/31/2015 | $2.60 | Pacer Litigation Charges |
| 2/28/2015 | $55.00 | 02/28/2015 Online Lexis Legal Research Charges |
| 3/16/2015 | $804.47 | Airfare, Hotel, Taxis, Parking, and Meals - Denver - Attend Oral Argument |
| 3/30/2015 | $20.00 | Meals - Denver, CO - Attend Hearing (3/15/15) |
| 3/31/2015 | $166.00 | 03/31/2015 Online Lexis Legal Research Charges |
| 3/31/2015 | $19.70 | Pacer Litigation Services |

Total          $2,010.87

**EXHIBIT B**

| CLIENT | USER NAME | DATE | ACTIVITY DESCRIPTION | TYPE OF CHARGE | QUANTITY | CUSTOM CONTRACT NET AMOUNT |
|---|---|---|---|---|---|---|
| '61583.006 | 'CARLSON, PETER | '09/19/2014 | 'SHEPARD'S | 'SHEPARD'S REPOR | 1 | $ 1.00 |
| '61583.006 | 'CARLSON, PETER | '09/19/2014 | 'US CASES | 'DOC ACCESS | 13 | $ 39.00 |
| '61583.006 | 'CARLSON, PETER | '09/19/2014 | 'US TREATISES | 'DOC ACCESS | 1 | $ 3.00 |
| '61583.006 | 'CARLSON, PETER | '09/22/2014 | 'SHEPARD'S | 'SHEPARD'S REPOR | 2 | $ 2.00 |
| '61583.006 | 'CARLSON, PETER | '09/22/2014 | 'US CASES | 'DOC ACCESS | 4 | $ 12.00 |
| '61583.006 | 'CARLSON, PETER | '09/22/2014 | 'US STATUTORY CC | 'DOC ACCESS | 3 | $ 9.00 |
| '61583.006 | 'CARLSON, PETER | '09/29/2014 | 'SHEPARD'S | 'SHEPARD'S REPOR | 1 | $ 1.00 |
| '61583.006 | 'CARLSON, PETER | '09/29/2014 | 'US CASES | 'DOC ACCESS | 6 | $ 18.00 |
| '61583.006 | 'CARLSON, PETER | '09/29/2014 | 'US TREATISES | 'DOC ACCESS | 2 | $ 6.00 |
| '61583.006 | 'ROONEY, PATRICK | '09/21/2014 | 'SHEPARD'S | 'SHEPARD'S REPOR | 2 | $ 2.00 |
| '61583.006 | 'ROONEY, PATRICK | '09/21/2014 | 'US CASES | 'DOC ACCESS | 5 | $ 15.00 |
| '61583.006 | 'ROONEY, PATRICK | '09/22/2014 | 'SHEPARD'S | 'SHEPARD'S REPOR | 2 | $ 2.00 |
| '61583.006 | 'ROONEY, PATRICK | '09/22/2014 | 'US CASES | 'DOC ACCESS | 9 | $ 27.00 |
| '61583.006 | 'ROONEY, PATRICK | '09/23/2014 | 'SHEPARD'S | 'SHEPARD'S REPOR | 3 | $ 3.00 |
| '61583.006 | 'ROONEY, PATRICK | '09/23/2014 | 'US CASES | 'DOC ACCESS | 6 | $ 18.00 |
| '61583.006 | 'ROONEY, PATRICK | '09/24/2014 | 'SHEPARD'S | 'SHEPARD'S REPOR | 1 | $ 1.00 |
| '61583.006 | 'ROONEY, PATRICK | '09/24/2014 | 'US CASES | 'DOC ACCESS | 3 | $ 9.00 |
| 'Sub-Total: | | | | | | $ 168.00 |



**BILLING HISTORY**                                             Close

**Summary Transaction Report by Client Code**
**All Courts**
**from 09/01/2014 to 09/30/2014**

Mon Oct 20 11:49:24 CDT 2014

|  | Back | New Search |  |
| --- | --- | --- | --- |
| Client Code | Pages | Audio | Cost |
| 61583.6 | 204 | 0 | $20.40 |
| Grand Total: | | | |

0 audio files ($2.40 ea)

Back    New Search

| CLIENT | USER NAME | DATE | ACTIVITY DESCRIPTION | TYPE OF CHARGE | QUANTITY | CUSTOM CONTRACT NET AMOUNT |
|---|---|---|---|---|---|---|
| '61583.006 | 'CARLSON, PETER | '10/01/2014 | 'SHEPARD'S | 'SHEPARD'S REPORT | 1 | $ 1.00 |
| '61583.006 | 'CARLSON, PETER | '10/01/2014 | 'US CASES | 'DOC ACCESS | 9 | $ 27.00 |
| '61583.006 | 'CARLSON, PETER | '10/04/2014 | 'SHEPARD'S | 'SHEPARD'S REPORT | 1 | $ 1.00 |
| '61583.006 | 'CARLSON, PETER | '10/04/2014 | 'US CASES | 'DOC ACCESS | 5 | $ 15.00 |
| '61583.006 | 'CARLSON, PETER | '10/04/2014 | 'US STATUTORY CODES | 'DOC ACCESS | 1 | $ 3.00 |
| '61583.006 | 'CARLSON, PETER | '10/06/2014 | 'SHEPARD'S | 'SHEPARD'S REPORT | 2 | $ 2.00 |
| '61583.006 | 'CARLSON, PETER | '10/06/2014 | 'US CASES | 'DOC ACCESS | 6 | $ 18.00 |
| '61583.006 | 'CARLSON, PETER | '10/06/2014 | 'US STATUTORY CODES | 'DOC ACCESS | 1 | $ 3.00 |
| '61583.006 | 'CARLSON, PETER | '10/07/2014 | 'SHEPARD'S | 'SHEPARD'S REPORT | 5 | $ 5.00 |
| '61583.006 | 'CARLSON, PETER | '10/07/2014 | 'US CASES | 'DOC ACCESS | 21 | $ 63.00 |
| '61583.006 | 'CARLSON, PETER | '10/08/2014 | 'SHEPARD'S | 'SHEPARD'S REPORT | 1 | $ 1.00 |
| '61583.006 | 'CARLSON, PETER | '10/08/2014 | 'US CASES | 'DOC ACCESS | 2 | $ 6.00 |
| '61583.006 | 'CARLSON, PETER | '10/09/2014 | 'US CASES | 'DOC ACCESS | 3 | $ 9.00 |
| '61583.006 | 'CARLSON, PETER | '10/13/2014 | 'US CASES | 'DOC ACCESS | 2 | $ 6.00 |
| '61583.006 | 'CARLSON, PETER | '10/13/2014 | 'US STATUTORY CODES | 'DOC ACCESS | 1 | $ 3.00 |
| '61583.006 | 'CARLSON, PETER | '10/14/2014 | 'SHEPARD'S | 'SHEPARD'S REPORT | 11 | $ 11.00 |
| '61583.006 | 'CARLSON, PETER | '10/14/2014 | 'US CASES | 'DOC ACCESS | 31 | $ 93.00 |
| '61583.006 | 'CARLSON, PETER | '10/14/2014 | 'US STATUTORY CODES | 'DOC ACCESS | 9 | $ 27.00 |
| '61583.006 | 'CARLSON, PETER | '10/20/2014 | 'US CASES | 'DOC ACCESS | 1 | $ 3.00 |
| '61583.006 | 'ROONEY, PATRICK | '10/19/2014 | 'SHEPARD'S | 'SHEPARD'S REPORT | 6 | $ 6.00 |
| '61583.006 | 'ROONEY, PATRICK | '10/19/2014 | 'US CASES | 'DOC ACCESS | 10 | $ 30.00 |
| '61583.006 | 'ROONEY, PATRICK | '10/20/2014 | 'SHEPARD'S | 'SHEPARD'S REPORT | 6 | $ 6.00 |
| '61583.006 | 'ROONEY, PATRICK | '10/20/2014 | 'US CASES | 'DOC ACCESS | 21 | $ 63.00 |
| '61583.006 | 'ROONEY, PATRICK | '10/20/2014 | 'US STATUTORY CODES | 'DOC ACCESS | 9 | $ 27.00 |
| '61583.006 | 'ROONEY, PATRICK | '10/22/2014 | 'SHEPARD'S | 'SHEPARD'S REPORT | 4 | $ 4.00 |
| '61583.006 | 'ROONEY, PATRICK | '10/22/2014 | 'US CASES | 'DOC ACCESS | 13 | $ 39.00 |
| '61583.006 | 'ROONEY, PATRICK | '10/30/2014 | 'SHEPARD'S | 'SHEPARD'S REPORT | 3 | $ 3.00 |

| CLIENT | USER NAME | DATE | ACTIVITY DESCRIPTION | TYPE OF CHARGE | QUANTITY | CUSTOM CONTRACT NET AMOUNT |
|---|---|---|---|---|---|---|
| '61583.006 | 'ROONEY, PATRICK | '10/30/2014 | 'US CASES | 'DOC ACCESS | 6 | $ 18.00 |
| 'Sub-Total: | | | | | | $ 493.00 |



**BILLING HISTORY**  Close

Summary Transaction Report by Client Code
All Courts
from 10/01/2014 to 10/31/2014

Fri Dec 19 15:08:39 CST 2014

Back    New Search

| Client Code | Pages | Audio | Cost |
|---|---|---|---|
| 61583-6 | 3 | 0 | $0.30 |
| 61583.6 | 248 | 0 | $24.80 |

Grand Total: 6339 pages
0 audio files ($2.40 ea)

Back    New Search

| CLIENT | USER NAME | DATE | ACTIVITY DESCRIPTION | TYPE OF CHARGE | QUANTITY | CUSTOM CONTRACT NET AMOUNT |
|---|---|---|---|---|---|---|
| '61583.006 | 'CARLSON, PETER | '12/17/2014 | 'SHEPARD'S | 'SHEPARD'S REPORT | 1 | $ 1.00 |
| '61583.006 | 'CARLSON, PETER | '12/17/2014 | 'US BRIEFS | 'DOC ACCESS | 6 | $ 18.00 |
| '61583.006 | 'CARLSON, PETER | '12/17/2014 | 'US CASES | 'DOC ACCESS | 1 | $ 3.00 |
| '61583.006 | 'ROONEY, PATRICK | '12/09/2014 | 'US CASES | 'DOC ACCESS | 1 | $ 3.00 |
| '61583.006 | 'ROONEY, PATRICK | '12/10/2014 | 'SHEPARD'S | 'SHEPARD'S REPORT | 1 | $ 1.00 |
| '61583.006 | 'ROONEY, PATRICK | '12/10/2014 | 'US CASES | 'DOC ACCESS | 2 | $ 6.00 |
| '61583.006 | 'ROONEY, PATRICK | '12/17/2014 | 'US CASES | 'DOC ACCESS | 7 | $ 21.00 |
| '61583.006 | 'ROONEY, PATRICK | '12/26/2014 | 'SHEPARD'S | 'SHEPARD'S REPORT | 1 | $ 1.00 |
| '61583.006 | 'ROONEY, PATRICK | '12/26/2014 | 'US CASES | 'DOC ACCESS | 5 | $ 15.00 |
| '61583.006 | 'ROONEY, PATRICK | '12/27/2014 | 'SHEPARD'S | 'SHEPARD'S REPORT | 1 | $ 1.00 |
| '61583.006 | 'ROONEY, PATRICK | '12/27/2014 | 'US CASES | 'DOC ACCESS | 7 | $ 21.00 |
| '61583.006 | 'ROONEY, PATRICK | '12/28/2014 | 'SHEPARD'S | 'SHEPARD'S REPORT | 1 | $ 1.00 |
| '61583.006 | 'ROONEY, PATRICK | '12/28/2014 | 'US CASES | 'DOC ACCESS | 7 | $ 21.00 |
| '61583.006 | 'ROONEY, PATRICK | '12/29/2014 | 'SHEPARD'S | 'SHEPARD'S REPORT | 1 | $ 1.00 |
| '61583.006 | 'ROONEY, PATRICK | '12/29/2014 | 'US CASES | 'DOC ACCESS | 5 | $ 15.00 |
| '61583.006 | 'ROONEY, PATRICK | '12/31/2014 | 'US CASES | 'DOC ACCESS | 3 | $ 9.00 |
| | | | | | | $ 138.00 |



**BILLING HISTORY**

Close

Summary Transaction Report by Client Code
All Courts
from 12/01/2014 to 12/31/2014

Fri Jan 02 09:50:35 CST 2015

Back        New Search

Client Code        Pages    Audio    Cost

61583.6                     216    0    $21.60

                 0 audio files ($2.40    $0.00
                         ea)

        Back    New Search

| '61583.006 | 'ROONEY, PATRICK | '01/02/2015 | 'SHEPARD'S | 'SHEPARD'S REPORT | 4 | $ | 4.00 |
|---|---|---|---|---|---|---|---|
| '61583.006 | 'ROONEY, PATRICK | '01/02/2015 | 'US CASES | 'DOC ACCESS | 6 | $ | 18.00 |
| '61583.006 | 'ROONEY, PATRICK | '01/04/2015 | 'US CASES | 'DOC ACCESS | 3 | $ | 9.00 |
| '61583.006 | 'ROONEY, PATRICK | '01/05/2015 | 'SHEPARD'S | 'SHEPARD'S REPORT | 1 | $ | 1.00 |
| '61583.006 | 'ROONEY, PATRICK | '01/05/2015 | 'US CASES | 'DOC ACCESS | 2 | $ | 6.00 |
| '61583.006 | 'ROONEY, PATRICK | '01/06/2015 | 'SHEPARD'S | 'SHEPARD'S REPORT | 5 | $ | 5.00 |
| '61583.006 | 'ROONEY, PATRICK | '01/06/2015 | 'US CASES | 'DOC ACCESS | 8 | $ | 24.00 |
| '61583.006 | 'ROONEY, PATRICK | '01/07/2015 | 'SHEPARD'S | 'SHEPARD'S REPORT | 1 | $ | 1.00 |
| '61583.006 | 'ROONEY, PATRICK | '01/07/2015 | 'US CASES | 'DOC ACCESS | 1 | $ | 3.00 |
| '61583.006 | 'ROONEY, PATRICK | '01/08/2015 | 'US CASES | 'DOC ACCESS | 1 | $ | 3.00 |
| '61583.006 | 'ROONEY, PATRICK | '01/09/2015 | 'US CASES | 'DOC ACCESS | 1 | $ | 3.00 |
|  |  |  |  |  |  | $ | 77.00 |



**BILLING HISTORY**  Close

Summary Transaction Report by Client Code
All Courts
from 01/01/2015 to 01/31/2015

Mon Feb 02 10:36:44 CST 2015

Back    New Search

| Client Code | Pages | Audio | Cost |
| --- | --- | --- | --- |
| 61583.6 | 26 | 0 | $2.60 |

Grand Total:

4 audio files ($2.40 ea)

Back    New Search

| CLIENT | USER NAME | DATE | ACTIVITY DESCRIPTION | TYPE OF CHARGE | QUANTITY | TRANSACTIONAL GROSS AMOUNT | CUSTOM CONTRACT NET AMOUNT |
|---|---|---|---|---|---|---|---|
| '61583.006 | 'CARLSON, PETER | 'FEB-25-2015 | 'US CASES | 'DOC ACCESS | 11 | $   - | $   33.00 |
| '61583.006 | 'ROONEY, PATRICK | 'FEB-24-2015 | 'SHEPARD'S | 'SHEPARD'S REPORT | 1 | $   - | $   1.00 |
| '61583.006 | 'ROONEY, PATRICK | 'FEB-24-2015 | 'US CASES | 'DOC ACCESS | 7 | $   - | $   21.00 |
|  |  |  |  |  |  | $   - | **$   55.00** |



**Taxes, Fees and Charges**

| | |
|---|---|
| United States - September 11th Security Fee(Passenger Civil Aviation Security Service Fee) (AY) | $11.20 USD |
| United States - Passenger Facility Charge (XF) | $9.00 USD |
| United States - Flight Segment Tax (ZP) | $8.00 USD |
| United States - Transportation Tax (US) | $18.84 USD |
| **TICKET AMOUNT** | **$298.20 USD** |

This ticket is non-refundable unless the original ticket was issued at a fully refundable fare. Some fares may not allow changes. If allowed, any change to your itinerary may require payment of a change fee and increased fare. Failure to appear for any flight without notice to Delta will result in cancellation of your remaining reservation.

Note: When using certain vouchers to purchase tickets, remaining credits may not be refunded. Additional charges and/or credits may apply.

**Extras**

Document #: 0060145045207
Date of issue: 13FEB15
This document expires: 13FEB16

| | |
|---|---|
| PRIORITY BOARDING | 10.00 USD |
| Tax | 0.00 |
| **TOTAL** | **10.00 USD** |

NON REFUNDABLE/NO CHANGES/NON TRANSFERABLE/NOT VALID FOR TRAVEL

Document #: 0060145045208
Date of issue: 13FEB15
This document expires: 13FEB16

| | |
|---|---|
| PRIORITY BOARDING | 10.00 USD |
| Tax | 0.00 |
| **TOTAL** | **10.00 USD** |

NON REFUNDABLE/NO CHANGES/NON TRANSFERABLE/NOT VALID FOR TRAVEL

Important Note: Retain this receipt for your records. If travel or check-in commences on a carrier other than Delta, this receipt must be presented at the time of service or a fee will be assessed. If purchasing Delta Sky Club® memberships, all Delta SkyMiles® and Delta Sky Club® rules apply.

**Checked Bag Allowance**

The fees below are based on your original ticket purchase. If you qualify for free or discounted checked baggage, this will be taken into account when you check in.

| Sun 15 Mar 2015 | DELTA: MSP ▸ DEN | | |
|---|---|---|---|
| CARRY ON | FIRST | SECOND | |
| FREE | $25 USD | $35 USD | |

Visit delta.com for details on baggage embargos that may apply to your itinerary.

| Mon 16 Mar 2015 | DELTA: DEN ▸ MSP | | |
|---|---|---|---|
| CARRY ON | FIRST | SECOND | |
| FREE | $25 USD | $35 USD | |

```
         3100 Pena Blvd.
         Main Concourse
          303-342-6670

         ORDER #738

Host: Cashier 1            03/16/2015
ORDER #738                    3:22 PM
                               10060

Bagel                            1.29
   Cream Cheese                  1.70

Subtotal                         2.99
Tax                              0.24

ToGo Total                       3.23

CASH                          $ 10.00

Change                        $  6.77

         Thank You !!!

       --- Check Closed ---
```

```
               HMSHOST
        IKE'S FOOD & COCKTAILS MAIN
          MSP INTERNATIONAL AIRPORT
CHECK:         1326
TABLE:         23/1
SERVER:        31639 Regan
DATE:          MAR15'15   1:28PM
CARD TYPE:     MASTERCARD
ACCT #:        XXXXXXXXXXXX1063
AUTH CODE:     04105Z
         PATRICK ROONEY

TOTAL:            20.32

TIP:_____

                      25 92
TOTAL:_____

X _____
I AGREE TO PAY THE ABOVE AMOUNT
  IN ACCORDANCE WITH THE CARD
       ISSUER'S AGREEMENT.
```

```
              Corner Bakery Cafe # 1592

                 1717 California St.
                  Denver, CO 80202
                   (303)292-5100

                    To Go # 85

3/16/2015                       7:35:31 AM
Order  215276           Cashier: Zoraida R

1 Anaheim Scrambler                   7.39
  Side Fruit Medley
  Moms Harvest

              SubTotal                7.39
              Tax                     0.59
------------------------------------------
               * WIN $2000 *
            Tell us how we're doing.
          Visit www.cafefeedback.com
             or call 866-306-6162
          within 72 hours and you could
           win our monthly drawing.
              Code: 15925276022
------------------------------------------

              Total              7.98

              Cash              10.00

              Change             2.02

------------------------------------------
          Corner Bakery Corporate Office
                1 (800) 309-4642
      Visit us at : www.CornerBakeryCafe.com
```



**PARKmspx**

TERMINAL 1
GENERAL PARKING
THANK YOU
parking@mspmac.org
(612) 725-4670

ePark

| | |
|---|---|
| Transaction Id: | 290913-2931 |
| Ticket-Nr.: | 10259695 |
| Entry Date/Time: | 3/15/2015 12:13 PM |
| Exit Date/time: | 3/16/2015 8:53 PM |
| Duration dd hh:mm: | 1 08:40 |
| Lane: | 27 |
| Plate #: | |
| Cashier: | ePark |
| Parking Fees | $ 41.02 |
| Adjustments: | $ 0.00 |
| MN Sales Tax %7.275 | $ 2.98 |
| Total Due: | $ 44.00 |
| CREDIT CARD | $ 44.00 |
| Change: | $ 0.00 |
| Total Paid: | $ 44.00 |
| MASTERCARD | XXXXXXXXXXXX1063 |
| AUTH: | 00476Z |

Cardholder agrees to pay the above total amount
according to the card issuer agreement

Customer Copy

---

THANK YOU!
UNION TAXI CO-OP

303-922-2222
WWW.UNIONTAXIDEN
VER.NET

VEH #532
DRIVER #2532
DATE :03/16/15
START :15:21
END :15:21

CNF# :00196841

FARE :$60.00
EXTRAS:$0.0
TIP $:0.0

TOTAL $:60.00

000-000-0000

X_____
MERCHANT COPY

**RECEIPT**

DATE  3/15/15
FROM  Airport
TO    Marriott Downtown Denver
FARE  65.00
CAB#

YELLOW CAB
7500 E. 41ST AVE., DENVER, CO 80216
777-7777

GUEST FOLIO

GUEST FOLIO     DENVER CITY CENTER MARRIOTT     

```
 718   ROONEY/PATRICK/MR    259.00  03/16/15  11:19    16970
ROOM   NAME                  RATE    DEPART    TIME    ACCT#
CRKG   FAFINSKI MARK & JOHN          03/15/15  16:13
TYPE                                 ARRIVE    TIME
 163   775 PRAIRIE CENTER D   PASSPORT:
ROOM                          MCXXXXXXXXXXXX1063
CLERK  EDEN PRAIRIE MN 55344   PAYMENT          MRW#: XXXXX2620
       ADDRESS                 Payment

DATE    REFERENCE         CHARGES    CREDITS    BALANCE DUE
03/15  ROOM TR      718, 1   259.00
03/15  ROOM TAX     718, 1    10.36
03/15  LOCAL TX     718, 1    27.84
03/16  CCARD-MC                        297.20
  PAYMENT RECEIVED BY: MASTERCARD    XXXXXXXXXXXX1063
                                                      .00
```

AS REQUESTED, A FINAL COPY OF YOUR BILL WILL BE EMAILED TO:
PATRICK.ROONEY@FMJLAW.COM
SEE "INTERNET PRIVACY STATEMENT" ON MARRIOTT.COM

Your Rewards points/miles earned on your eligible earnings
will be credited to your account. Check your
Rewards Account Statement for updated activity.
Marriott & A Woman's Nation appreciate housekeepers



DENVER CITY CENTER MARRIOTT
1701 CALIFORNIA
DENVER :, CO  80202

This statement is your only receipt. You have agreed to pay in cash or by approved personal check or to authorize us to charge your credit card for all amounts charged to you. The amount shown in the credits column opposite any credit card entry in the reference column above will be charged to the credit card number set forth above. If Mastercard, Discover or American Express receipt is the basis for payment of any above referenced personal check, the authorized person that signs the receipt indicates this amount to be paid to you. If payment above by credit card is dishonored by the credit card company for any reason or if any amounts above are not otherwise paid promptly, (The credit card company will bill in the usual manner and any amount not paid in full by the company will be subject to payment by the cardholder), you will owe us such amount. If you are direct billed, in the event payment is not made within 25 days after check-out, you will owe us interest from the check-out date on any unpaid amount at the rate of 1.5% per month (ANNUAL RATE 18%), or the maximum allowed by law, plus the reasonable cost of collection, including attorney fees.

To secure your next stay, go to marriott.com

Signature X _____

```
            Venice Ristorante
               1700 Wynkoop
             Denver, CO  80202
               303.534.2222

                PURCHASE

Card Type:   MasterCard
Card #:      xxxxxxxxxxxx1063
Expiration:  xxx.xxxx
Approval:    03285Z
TranID:      15183423.0100
Terminal:    1
Employee:    J Longoria
Table:       26
Time:        [Sun] Mar.15.2015 05:51 PM

Amount:                     34.57

Tip:                        _____
                             42 57
Total:                      _____
                                  20
                 CUSTOMER COPY
```

| CLIENT | USER NAME | DATE | ACTIVITY DESCRIPTION | TYPE OF CHARGE | QUANTITY | TRANSACTIONAL GROSS AMOUNT | CUSTOM CONTRACT NET AMOUNT |
|---|---|---|---|---|---|---|---|
| '61583.006 | 'ROONEY, PATRICK | 'MAR-12-2015 | 'SHEPARD'S | 'SHEPARD'S REPORT | 3 | $ - | $ 3.00 |
| '61583.006 | 'ROONEY, PATRICK | 'MAR-12-2015 | 'US CASES | 'DOC ACCESS | 18 | $ - | $ 54.00 |
| '61583.006 | 'ROONEY, PATRICK | 'MAR-14-2015 | 'SHEPARD'S | 'SHEPARD'S REPORT | 1 | $ - | $ 1.00 |
| '61583.006 | 'ROONEY, PATRICK | 'MAR-14-2015 | 'US CASES | 'DOC ACCESS | 7 | $ - | $ 21.00 |
| '61583.006 | 'ROONEY, PATRICK | 'MAR-14-2015 | 'US RESTATEMENTS | 'DOC ACCESS | 2 | $ - | $ 6.00 |
| '61583.006 | 'ROONEY, PATRICK | 'MAR-15-2015 | 'SHEPARD'S | 'SHEPARD'S REPORT | 2 | $ - | $ 2.00 |
| '61583.006 | 'ROONEY, PATRICK | 'MAR-15-2015 | 'US CASES | 'DOC ACCESS | 16 | $ - | $ 48.00 |
| '61583.006 | 'ROONEY, PATRICK | 'MAR-15-2015 | 'US COURT RULES | 'DOC ACCESS | 3 | $ - | $ 9.00 |
| '61583.006 | 'ROONEY, PATRICK | 'MAR-15-2015 | 'US STATUTORY CODES | 'DOC ACCESS | 1 | $ - | $ 3.00 |
| '61583.006 | 'ROONEY, PATRICK | 'MAR-30-2015 | 'SHEPARD'S | 'SHEPARD'S REPORT | 1 | $ - | $ 1.00 |
| '61583.006 | 'ROONEY, PATRICK | 'MAR-30-2015 | 'US CASES | 'DOC ACCESS | 6 | $ - | $ 18.00 |
| | | | | | | $ - | $ 166.00 |



**BILLING HISTORY**                                                              Close

**Summary Transaction Report by Client Code**
**All Courts**
**from 03/01/2015 to 03/31/2015**

Thu Apr 02 11:41:38 CDT 2015
fm0424

            Back        New Search

Client Code         Pages         Audio      Cost

61583.6                           197    0    $19.70

Grand Total:
                    1 audio files ($2.40 ea)

            Back        New Search