# R O N A L D   L.   W I L C O X

## SUMMARY OF QUALIFICATIONS

For the past 30 years, my practice has concentrated on complex commercial litigation, with an emphasis on antitrust litigation and class actions, in federal and state courts throughout the United States.  I also have participated in international arbitration in Hong Kong and challenges to off-shore trusts.

## PROFESSIONAL EXPERIENCE

Member, Peters | Mair | Wilcox, Denver, CO from March 2011 to Present

Shareholder and associate, Hill & Robbins, P.C., Denver, CO from October 1983 to February 2011

Admitted to practice in Colorado, United States District Court for the District of Colorado and the Tenth Circuit Court of Appeals.

Representative experience includes:
- Lead counsel in derivative action on behalf of Irish investors in Nevis oil and gas company operating in Belize.
- Lead and co-counsel in class actions in the transportation, telecommunications, insurance and health products industries, including participation in MDL proceedings.
- Participation in arbitration in Hong Kong involving the breach of a contract for the development of an electric power plant in the Philippines.
- Defense of CERCLA litigation on behalf of the Cities of Littleton and Englewood for the Lowry Landfill Superfund Site whose remediation initially was estimated to range from $536 million to $4.5 billion, including participation on a steering committee comprised of municipal and industrial potentially responsible parties such as the City and County of Denver, the Cities of Littleton and Englewood and Adolph Coors Company.
- Defense and prosecution of antitrust litigation involving the oil and gas industry in Colorado, North Dakota, Oklahoma, Texas and New Mexico.
- Defense of off-site gasoline contamination cases in Colorado.
- Defense of antitrust and Colorado Organized Crime Control litigation involving the healthcare industry in Colorado state courts.
- Prosecution of fraudulent transfer litigation challenging off-shore trusts in Nevis and the Cook Islands.
- Prosecution and defense of appeals before the Colorado Court of Appeals, the Colorado Supreme Court and the Tenth Circuit Court of Appeals.

1978 – 1980
Newspaper reporter and editor                              Rawlins/Casper, Wyoming

**EXHIBIT C**

## EDUCATION

State University of New York at Geneseo; University of Montana, B.A. in Journalism 1977

University of Denver School of Law, Juris Doctorate 1983

- Order of St. Ives
- Foundation Press Award
- Board of Editors, Denver Law Journal

## PROFESSIONAL MEMBERSHIPS

Member of American Bar Association Antitrust, Litigation and Natural Resources Sections

Member of Colorado Bar Association
Member of Denver Bar Association
Member of Colorado Trial Lawyers Association