**Peters | Mair | Wilcox**
1755 Blake St., Suite 240
Denver, Colorado 80202

Mr. Al Kotula, Sr. VP Business Development/Compliance
Northern Tool & Equipment Company, Inc.
2800 Southcross Drive West
Burnsville, MN 55306

Invoice Date: October 23, 2014
Invoice No. 01946
File No. 001

RE: The Sportsman's Guide

| | |
|---|---|
| Balance Forward | $0.00 |
| Total New Charges | $540.00 |
| Total Amount Due | $540.00 |



Fed. I.D. #71-1042192

EXHIBIT D

**Peters | Mair | Wilcox**
1755 Blake St., Suite 240
Denver, Colorado 80202

Invoice Date: October 23, 2014
Invoice No. 01946
File No. 001

Mr. Al Kotula, Sr. VP Business Development/Compliance
Northern Tool & Equipment Company, Inc.
2800 Southcross Drive West
Burnsville, MN 55306

***Professional Services***

| Date | Staff | Description | Hours | Charges |
|---|---|---|---|---|
| 9/23/2014 | RLW | Conference call with P. Rooney, D. Mark, M. Dean, et al. regarding [redacted] | 0.50 | $150.00 |
| 10/13/2014 | RLW | Review and comment on Consent to Removal. | 0.30 | $90.00 |
| 10/23/2014 | RLW | Review and provide comments on motion to dismiss | 1.00 | $300.00 |
| | | | Total Fees for Services | $540.00 |

## Professional Services Summary

***Timekeeper***

| Name | Hours | Rate | Fees |
|---|---|---|---|
| Ronald L Wilcox | 1.80 | $300.00 | $540.00 |



Fed. I.D. #71-1042192

**Peters | Mair | Wilcox**
1755 Blake St., Suite 240
Denver, Colorado 80202

Mr. Al Kotula, Sr. VP Business Development/Compliance
Northern Tool & Equipment Company, Inc.
2800 Southcross Drive West
Burnsville, MN 55306

Invoice Date: March 31, 2015
Invoice No. 02011
File No. 001

RE: The Sportsman's Guide

| | |
|---|---|
| Balance Forward | $540.00 |
| Total Payments and Credits | $-540.00 |
| Total New Charges | $600.50 |
| Total Amount Due | $600.50 |



Fed. I.D. #71-1042192

**Peters | Mair | Wilcox**
1755 Blake St., Suite 240
Denver, Colorado 80202

Invoice Date: March 31, 2015
Invoice No. 02011
File No. 001

Mr. Al Kotula, Sr. VP Business Development/Compliance
Northern Tool & Equipment Company, Inc.
2800 Southcross Drive West
Burnsville, MN 55306

***Professional Services***

| Date | Staff | Description | Hours | Charges |
|---|---|---|---|---|
| 12/05/2014 | RLW | Review Plaintiff's Opposition to Defendants' Motions to Dismiss and outline response. | 1.00 | $300.00 |
| 1/08/2015 | RLW | Review and comment on reply brief. | 1.00 | $300.00 |
| | | | Total Fees for Services | $600.00 |

***Costs***

| Start Date | Description | Charges |
|---|---|---|
| 12/31/2014 | Pacer | $0.50 |
| | Total Costs | $0.50 |

## Professional Services Summary

***Timekeeper***

| Name | Hours | Rate | Fees |
|---|---|---|---|
| Ronald L Wilcox | 2.00 | $300.00 | $600.00 |



Fed. I.D. #71-1042192