

**PACER**
PUBLIC ACCESS TO COURT ELECTRONIC RECORDS

**BILLING HISTORY**                                         Close

Summary Transaction Report by Client Code
All Courts
from 09/01/2014 to 09/30/2014

Mon Oct 20 11:49:24 CDT 2014

Back        New Search

| Client Code | Pages | Audio | Cost |
|---|---|---|---|
| 61583.6 | 204 | 0 | $20.40 |

Grand Total:
0 audio files ($2.40 ea)

Back        New Search

**EXHIBIT A**







**BILLING HISTORY**  Close

Summary Transaction Report by Client Code
All Courts
from 01/01/2015 to 01/31/2015

Mon Feb 02 10:36:44 CST 2015

Back    New Search

| Client Code | Pages | Audio | Cost |
|---|---|---|---|
| 61583.6 | | 26    0 | $2.60 |
| Grand Total: | | | |

4 audio files ($2.40 ea)

Back    New Search



**BILLING HISTORY**    Close

Summary Transaction Report by Client Code
All Courts
from 03/01/2015 to 03/31/2015

Thu Apr 02 11:41:38 CDT 2015
fm0424

Back    New Search

| Client Code | Pages | Audio | Cost |
|---|---|---|---|
| 61583.6 | 197 | 0 | $19.70 |
| Grand Total: | | | |
| | 1 audio files ($2.40 ea) | | |

Back    New Search