| CLIENT | USER NAME | DATE | ACTIVITY DESCRIPTION | TYPE OF CHARGE | QUANTITY | CUSTOM CONTRACT NET AMOUNT |
|---|---|---|---|---|---|---|
| '61583.006 | 'CARLSON, PETER | '09/19/2014 | 'SHEPARD'S | 'SHEPARD'S REPOR | 1 | $ 1.00 |
| '61583.006 | 'CARLSON, PETER | '09/19/2014 | 'US CASES | 'DOC ACCESS | 13 | $ 39.00 |
| '61583.006 | 'CARLSON, PETER | '09/19/2014 | 'US TREATISES | 'DOC ACCESS | 1 | $ 3.00 |
| '61583.006 | 'CARLSON, PETER | '09/22/2014 | 'SHEPARD'S | 'SHEPARD'S REPOR | 2 | $ 2.00 |
| '61583.006 | 'CARLSON, PETER | '09/22/2014 | 'US CASES | 'DOC ACCESS | 4 | $ 12.00 |
| '61583.006 | 'CARLSON, PETER | '09/22/2014 | 'US STATUTORY CC | 'DOC ACCESS | 3 | $ 9.00 |
| '61583.006 | 'CARLSON, PETER | '09/29/2014 | 'SHEPARD'S | 'SHEPARD'S REPOR | 1 | $ 1.00 |
| '61583.006 | 'CARLSON, PETER | '09/29/2014 | 'US CASES | 'DOC ACCESS | 6 | $ 18.00 |
| '61583.006 | 'CARLSON, PETER | '09/29/2014 | 'US TREATISES | 'DOC ACCESS | 2 | $ 6.00 |
| '61583.006 | 'ROONEY, PATRICK | '09/21/2014 | 'SHEPARD'S | 'SHEPARD'S REPOR | 2 | $ 2.00 |
| '61583.006 | 'ROONEY, PATRICK | '09/21/2014 | 'US CASES | 'DOC ACCESS | 5 | $ 15.00 |
| '61583.006 | 'ROONEY, PATRICK | '09/22/2014 | 'SHEPARD'S | 'SHEPARD'S REPOR | 2 | $ 2.00 |
| '61583.006 | 'ROONEY, PATRICK | '09/22/2014 | 'US CASES | 'DOC ACCESS | 9 | $ 27.00 |
| '61583.006 | 'ROONEY, PATRICK | '09/23/2014 | 'SHEPARD'S | 'SHEPARD'S REPOR | 3 | $ 3.00 |
| '61583.006 | 'ROONEY, PATRICK | '09/23/2014 | 'US CASES | 'DOC ACCESS | 6 | $ 18.00 |
| '61583.006 | 'ROONEY, PATRICK | '09/24/2014 | 'SHEPARD'S | 'SHEPARD'S REPOR | 1 | $ 1.00 |
| '61583.006 | 'ROONEY, PATRICK | '09/24/2014 | 'US CASES | 'DOC ACCESS | 3 | $ 9.00 |
| 'Sub-Total: | | | | | | $ 168.00 |

**EXHIBIT B**

| CLIENT | USER NAME | DATE | ACTIVITY DESCRIPTION | TYPE OF CHARGE | QUANTITY | CUSTOM CONTRACT NET AMOUNT |
|---|---|---|---|---|---|---|
| '61583.006 | 'CARLSON, PETER | '10/01/2014 | 'SHEPARD'S | 'SHEPARD'S REPORT | 1 | $ 1.00 |
| '61583.006 | 'CARLSON, PETER | '10/01/2014 | 'US CASES | 'DOC ACCESS | 9 | $ 27.00 |
| '61583.006 | 'CARLSON, PETER | '10/04/2014 | 'SHEPARD'S | 'SHEPARD'S REPORT | 1 | $ 1.00 |
| '61583.006 | 'CARLSON, PETER | '10/04/2014 | 'US CASES | 'DOC ACCESS | 5 | $ 15.00 |
| '61583.006 | 'CARLSON, PETER | '10/04/2014 | 'US STATUTORY CODES | 'DOC ACCESS | 1 | $ 3.00 |
| '61583.006 | 'CARLSON, PETER | '10/06/2014 | 'SHEPARD'S | 'SHEPARD'S REPORT | 2 | $ 2.00 |
| '61583.006 | 'CARLSON, PETER | '10/06/2014 | 'US CASES | 'DOC ACCESS | 6 | $ 18.00 |
| '61583.006 | 'CARLSON, PETER | '10/06/2014 | 'US STATUTORY CODES | 'DOC ACCESS | 1 | $ 3.00 |
| '61583.006 | 'CARLSON, PETER | '10/07/2014 | 'SHEPARD'S | 'SHEPARD'S REPORT | 5 | $ 5.00 |
| '61583.006 | 'CARLSON, PETER | '10/07/2014 | 'US CASES | 'DOC ACCESS | 21 | $ 63.00 |
| '61583.006 | 'CARLSON, PETER | '10/08/2014 | 'SHEPARD'S | 'SHEPARD'S REPORT | 1 | $ 1.00 |
| '61583.006 | 'CARLSON, PETER | '10/08/2014 | 'US CASES | 'DOC ACCESS | 2 | $ 6.00 |
| '61583.006 | 'CARLSON, PETER | '10/09/2014 | 'US CASES | 'DOC ACCESS | 3 | $ 9.00 |
| '61583.006 | 'CARLSON, PETER | '10/13/2014 | 'US CASES | 'DOC ACCESS | 2 | $ 6.00 |
| '61583.006 | 'CARLSON, PETER | '10/13/2014 | 'US STATUTORY CODES | 'DOC ACCESS | 1 | $ 3.00 |
| '61583.006 | 'CARLSON, PETER | '10/14/2014 | 'SHEPARD'S | 'SHEPARD'S REPORT | 11 | $ 11.00 |
| '61583.006 | 'CARLSON, PETER | '10/14/2014 | 'US CASES | 'DOC ACCESS | 31 | $ 93.00 |
| '61583.006 | 'CARLSON, PETER | '10/14/2014 | 'US STATUTORY CODES | 'DOC ACCESS | 9 | $ 27.00 |
| '61583.006 | 'CARLSON, PETER | '10/20/2014 | 'US CASES | 'DOC ACCESS | 1 | $ 3.00 |
| '61583.006 | 'ROONEY, PATRICK | '10/19/2014 | 'SHEPARD'S | 'SHEPARD'S REPORT | 6 | $ 6.00 |
| '61583.006 | 'ROONEY, PATRICK | '10/19/2014 | 'US CASES | 'DOC ACCESS | 10 | $ 30.00 |
| '61583.006 | 'ROONEY, PATRICK | '10/20/2014 | 'SHEPARD'S | 'SHEPARD'S REPORT | 6 | $ 6.00 |
| '61583.006 | 'ROONEY, PATRICK | '10/20/2014 | 'US CASES | 'DOC ACCESS | 21 | $ 63.00 |
| '61583.006 | 'ROONEY, PATRICK | '10/20/2014 | 'US STATUTORY CODES | 'DOC ACCESS | 9 | $ 27.00 |
| '61583.006 | 'ROONEY, PATRICK | '10/22/2014 | 'SHEPARD'S | 'SHEPARD'S REPORT | 4 | $ 4.00 |
| '61583.006 | 'ROONEY, PATRICK | '10/22/2014 | 'US CASES | 'DOC ACCESS | 13 | $ 39.00 |
| '61583.006 | 'ROONEY, PATRICK | '10/30/2014 | 'SHEPARD'S | 'SHEPARD'S REPORT | 3 | $ 3.00 |

| CLIENT | USER NAME | DATE | ACTIVITY DESCRIPTION | TYPE OF CHARGE | QUANTITY | CUSTOM CONTRACT NET AMOUNT |
|---|---|---|---|---|---|---|
| '61583.006 | 'ROONEY, PATRICK | '10/30/2014 | 'US CASES | 'DOC ACCESS | 6 | $ 18.00 |
| 'Sub-Total: | | | | | | $ 493.00 |

| CLIENT | USER NAME | DATE | ACTIVITY DESCRIPTION | TYPE OF CHARGE | QUANTITY | CUSTOM CONTRACT NET AMOUNT |
|---|---|---|---|---|---|---|
| '61583.006 | 'CARLSON, PETER | '12/17/2014 | 'SHEPARD'S | 'SHEPARD'S REPORT | 1 | $ 1.00 |
| '61583.006 | 'CARLSON, PETER | '12/17/2014 | 'US BRIEFS | 'DOC ACCESS | 6 | $ 18.00 |
| '61583.006 | 'CARLSON, PETER | '12/17/2014 | 'US CASES | 'DOC ACCESS | 1 | $ 3.00 |
| '61583.006 | 'ROONEY, PATRICK | '12/09/2014 | 'US CASES | 'DOC ACCESS | 1 | $ 3.00 |
| '61583.006 | 'ROONEY, PATRICK | '12/10/2014 | 'SHEPARD'S | 'SHEPARD'S REPORT | 1 | $ 1.00 |
| '61583.006 | 'ROONEY, PATRICK | '12/10/2014 | 'US CASES | 'DOC ACCESS | 2 | $ 6.00 |
| '61583.006 | 'ROONEY, PATRICK | '12/17/2014 | 'US CASES | 'DOC ACCESS | 7 | $ 21.00 |
| '61583.006 | 'ROONEY, PATRICK | '12/26/2014 | 'SHEPARD'S | 'SHEPARD'S REPORT | 1 | $ 1.00 |
| '61583.006 | 'ROONEY, PATRICK | '12/26/2014 | 'US CASES | 'DOC ACCESS | 5 | $ 15.00 |
| '61583.006 | 'ROONEY, PATRICK | '12/27/2014 | 'SHEPARD'S | 'SHEPARD'S REPORT | 1 | $ 1.00 |
| '61583.006 | 'ROONEY, PATRICK | '12/27/2014 | 'US CASES | 'DOC ACCESS | 7 | $ 21.00 |
| '61583.006 | 'ROONEY, PATRICK | '12/28/2014 | 'SHEPARD'S | 'SHEPARD'S REPORT | 1 | $ 1.00 |
| '61583.006 | 'ROONEY, PATRICK | '12/28/2014 | 'US CASES | 'DOC ACCESS | 7 | $ 21.00 |
| '61583.006 | 'ROONEY, PATRICK | '12/29/2014 | 'SHEPARD'S | 'SHEPARD'S REPORT | 1 | $ 1.00 |
| '61583.006 | 'ROONEY, PATRICK | '12/29/2014 | 'US CASES | 'DOC ACCESS | 5 | $ 15.00 |
| '61583.006 | 'ROONEY, PATRICK | '12/31/2014 | 'US CASES | 'DOC ACCESS | 3 | $ 9.00 |
| | | | | | | $ 138.00 |

| '61583.006 | 'ROONEY, PATRICK | '01/02/2015 | 'SHEPARD'S | 'SHEPARD'S REPORT | 4 | $ | 4.00 |
|---|---|---|---|---|---|---|---|
| '61583.006 | 'ROONEY, PATRICK | '01/02/2015 | 'US CASES | 'DOC ACCESS | 6 | $ | 18.00 |
| '61583.006 | 'ROONEY, PATRICK | '01/04/2015 | 'US CASES | 'DOC ACCESS | 3 | $ | 9.00 |
| '61583.006 | 'ROONEY, PATRICK | '01/05/2015 | 'SHEPARD'S | 'SHEPARD'S REPORT | 1 | $ | 1.00 |
| '61583.006 | 'ROONEY, PATRICK | '01/05/2015 | 'US CASES | 'DOC ACCESS | 2 | $ | 6.00 |
| '61583.006 | 'ROONEY, PATRICK | '01/06/2015 | 'SHEPARD'S | 'SHEPARD'S REPORT | 5 | $ | 5.00 |
| '61583.006 | 'ROONEY, PATRICK | '01/06/2015 | 'US CASES | 'DOC ACCESS | 8 | $ | 24.00 |
| '61583.006 | 'ROONEY, PATRICK | '01/07/2015 | 'SHEPARD'S | 'SHEPARD'S REPORT | 1 | $ | 1.00 |
| '61583.006 | 'ROONEY, PATRICK | '01/07/2015 | 'US CASES | 'DOC ACCESS | 1 | $ | 3.00 |
| '61583.006 | 'ROONEY, PATRICK | '01/08/2015 | 'US CASES | 'DOC ACCESS | 1 | $ | 3.00 |
| '61583.006 | 'ROONEY, PATRICK | '01/09/2015 | 'US CASES | 'DOC ACCESS | 1 | $ | 3.00 |
|  |  |  |  |  |  | $ | 77.00 |

| CLIENT | USER NAME | DATE | ACTIVITY DESCRIPTION | TYPE OF CHARGE | QUANTITY | TRANSACTIONAL GROSS AMOUNT | CUSTOM CONTRACT NET AMOUNT |
|---|---|---|---|---|---|---|---|
| '61583.006 | 'CARLSON, PETER | 'FEB-25-2015 | 'US CASES | 'DOC ACCESS | 11 | $ - | $ 33.00 |
| '61583.006 | 'ROONEY, PATRICK | 'FEB-24-2015 | 'SHEPARD'S | 'SHEPARD'S REPORT | 1 | $ - | $ 1.00 |
| '61583.006 | 'ROONEY, PATRICK | 'FEB-24-2015 | 'US CASES | 'DOC ACCESS | 7 | $ - | $ 21.00 |
| | | | | | | $ - | $ 55.00 |

| CLIENT | USER NAME | DATE | ACTIVITY DESCRIPTION | TYPE OF CHARGE | QUANTITY | TRANSACTIONAL GROSS AMOUNT | CUSTOM CONTRACT NET AMOUNT |
|---|---|---|---|---|---|---|---|
| '61583.006 | 'ROONEY, PATRICK | 'MAR-12-2015 | 'SHEPARD'S | 'SHEPARD'S REPORT | 3 | $ - | $ 3.00 |
| '61583.006 | 'ROONEY, PATRICK | 'MAR-12-2015 | 'US CASES | 'DOC ACCESS | 18 | $ - | $ 54.00 |
| '61583.006 | 'ROONEY, PATRICK | 'MAR-14-2015 | 'SHEPARD'S | 'SHEPARD'S REPORT | 1 | $ - | $ 1.00 |
| '61583.006 | 'ROONEY, PATRICK | 'MAR-14-2015 | 'US CASES | 'DOC ACCESS | 7 | $ - | $ 21.00 |
| '61583.006 | 'ROONEY, PATRICK | 'MAR-14-2015 | 'US RESTATEMENTS | 'DOC ACCESS | 2 | $ - | $ 6.00 |
| '61583.006 | 'ROONEY, PATRICK | 'MAR-15-2015 | 'SHEPARD'S | 'SHEPARD'S REPORT | 2 | $ - | $ 2.00 |
| '61583.006 | 'ROONEY, PATRICK | 'MAR-15-2015 | 'US CASES | 'DOC ACCESS | 16 | $ - | $ 48.00 |
| '61583.006 | 'ROONEY, PATRICK | 'MAR-15-2015 | 'US COURT RULES | 'DOC ACCESS | 3 | $ - | $ 9.00 |
| '61583.006 | 'ROONEY, PATRICK | 'MAR-15-2015 | 'US STATUTORY CODES | 'DOC ACCESS | 1 | $ - | $ 3.00 |
| '61583.006 | 'ROONEY, PATRICK | 'MAR-30-2015 | 'SHEPARD'S | 'SHEPARD'S REPORT | 1 | $ - | $ 1.00 |
| '61583.006 | 'ROONEY, PATRICK | 'MAR-30-2015 | 'US CASES | 'DOC ACCESS | 6 | $ - | $ 18.00 |
| | | | | | | $ - | $ 166.00 |