

Fafinski Mark & Johnson, P.A.
Attorneys At Law
Flagship Corporate Center
775 Prairie Center Drive, Suite 400, Eden Prairie, MN 55344
Telephone: 952.995.9500  Facsimile: 952.995.9577  Website: www.fmjlaw.com

April 27, 2015

**VIA ELECTRONIC FILING**

Edward Butler
Legal Officer
U.S. District Court, District of Colorado
Alfred A. Arraj United States Courthouse
901 19th Street, Room A105
Denver, CO  80294

Re:   *Sandy Phillips, et al. v. Lucky Gunner, d/b/a bulkammo.com, et al.*
      Civil Action No.  1:14-cv-02822 - RPM

Dear Mr. Butler:

Our firm represents Defendant The Sportsman's Guide ("TSG") and I write regarding TSG's Bill of Costs (ECF 52) (the "Bill of Costs").

As a result of the parties' Local Rule 54.1 conference, the parties have agreed that the matters set forth in the Bill of Costs should be considered by the District Court in connection with TSG's Motion for Fees and Costs (ECF 50).  Consequently, TSG withdraws its Bill of Costs and respectfully requests the Clerk of Judgments remove the April 30, 2015 hearing from its docket.

Please contact me if you have any questions.  Thank you for your consideration.

Very truly yours,

s/ Peter A. T. Carlson

Peter A. T. Carlson

cc    All Counsel of Record