APPEAL,TERMED

# U.S. District Court
## District of Colorado (Denver)
### CIVIL DOCKET FOR CASE #: 1:14−cv−02822−RPM

| | |
|---|---|
| Phillips et al v. LuckyGunner, LLC et al | Date Filed: 10/16/2014 |
| Assigned to: Judge Richard P. Matsch | Date Terminated: 03/27/2015 |
| Case in other court: Arapahoe County District Court, 2014CV31946 | Jury Demand: Plaintiff |
| | Nature of Suit: 360 P.I.: Other |
| Cause: 28:1332 Diversity−Petition for Removal | Jurisdiction: Diversity |

**Plaintiff**

**Sandy Phillips**  
*individually and as surviving parrent of Jessica Ghawi, decedent*

represented by **Paul Wayne Rodney**  
Arnold &Porter LLP−Denver  
370 Seventeenth Street  
Suite 4400  
Denver, CO 80202−1370  
303−863−2319  
Fax: 303−832−0428  
Email: paul.rodney@aporter.com  
*ATTORNEY TO BE NOTICED*

**Thomas William Stoever , Jr.**  
Arnold &Porter LLP−Denver  
370 Seventeenth Street  
Suite 4400  
Denver, CO 80202−1370  
303−863−1000  
Fax: 303−832−0428  
Email: Thomas.Stoever@aporter.com  
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Lonnie Phillips**  
*individually and as surviving parent of Jessica Ghawi, decedent*

represented by **Paul Wayne Rodney**  
(See above for address)  
*ATTORNEY TO BE NOTICED*

**Thomas William Stoever , Jr.**  
(See above for address)  
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Lucky Gunner**  
*a Tennessee Corporation doing business as* BulkAmmo.com

represented by **James Brian Vogts**  
Swanson Martin &Bell, LLP  
330 North Wabash  
One IBM Plaza  
Suite 3300  
Chicago, IL 60611−3604  
312−321−9100  
Fax: 312−321−0990  
Email: jvogts@smbtrials.com  
*ATTORNEY TO BE NOTICED*

**Marc F. Colin**  
Bruno Colin &Lowe, P.C.  
1999 Broadway  
Suite 4300  
Denver, CO 80202−5731  
303−831−1099

|  |  |
|---|---|
|  | Fax: 303−831−1088<br>Email: mcolin@brunolawyers.com<br>*ATTORNEY TO BE NOTICED*<br><br>**Andrew A. Lothson**<br>Swanson Martin &Bell, LLP<br>330 North Wabash<br>One IBM Plaza<br>Suite 3300<br>Chicago, IL 60611−3604<br>312−321−9100<br>Fax: 312−321−0990<br>Email: alothson@smbtrials.com<br>*ATTORNEY TO BE NOTICED* |
| **Defendant**<br><br>**Sportsman's Guide, The**<br>*a Minnesota Corporation* | represented by **Donald Mark Chance , Jr.**<br>Fafinski Mark &Johnson, P.A.<br>775 Prairie Center Drive<br>Suite 400<br>Eden Prairie, MN 55344<br>952−995−9500<br>Fax: 952−995−9577<br>Email: donald.mark@fmjlaw.com<br>*ATTORNEY TO BE NOTICED*<br><br>**Patrick Joseph Rooney**<br>Fafinski Mark &Johnson, P.A.<br>775 Prairie Center Drive<br>Suite 400<br>Eden Prairie, MN 55344<br>952−995−9500<br>Fax: 952−995−9577<br>Email: patrick.rooney@fmjlaw.com<br>*ATTORNEY TO BE NOTICED*<br><br>**Peter A. T. Carlson**<br>Fafinski Mark &Johnson, P.A.<br>775 Prairie Center Drive<br>Suite 400<br>Eden Prairie, MN 55344<br>952−995−9500<br>Fax: 952−995−9577<br>Email: peter.carlson@fmjlaw.com<br>*ATTORNEY TO BE NOTICED*<br><br>**Ronald L. Wilcox**<br>Peters Mair Wilcox<br>1755 Blake Street<br>Suite 240<br>Denver, CO 80202<br>303−393−1704<br>Fax: 303−399−8333<br>Email: rwilcox@peterslaw.net<br>*ATTORNEY TO BE NOTICED* |
| **Defendant**<br><br>**Brian Platt**<br>*doing business as*<br>BTP Arms | represented by **Bruce A. Montoya**<br>Messner &Reeves LLP<br>1430 Wynkoop Street<br>Suite 300<br>Denver, CO 80202<br>303−623−1800<br>Fax: 303−623−0552 |

|   |   | Email: bmontoya@messner.com
*ATTORNEY TO BE NOTICED*

**Phillip Robert Zuber**
Sasscer Clagett &Bucher
5407 Water Street
Suite 101
Upper Marlboro, MD 20772
301−627−5500
Fax: 301−627−4156
Email: pzuber@scblawyers.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Gold Strike E Commerce LLC**
*an Arizona Corporation, and John Does 1−10, unknown individuals doing business as*
BulletProofArmorHQ.com

**Intervenor**

**United States of America**   represented by   **Lesley Rebecca Farby**
U.S. Department of Justice−DC−#883
Federal Programs Branch
P.O. Box 883
20 Massachusetts Avenue, N.W.
Washington, DC 20044
202−514−3481
Fax: 202−616−8470
Email: lesley.farby@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael Andrew Zee**
U.S. Department of Justice−San Francisco
Civil Division, Federal Programs Branch
450 Golden Gate Avenue
San Francisco, CA 94102
415−436−6646
Fax: 415−436−6632
Email: m.andrew.zee@usdoj.gov
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/16/2014 | 1 | NOTICE OF REMOVAL by LuckyGunner, LLC *(with consent of all Defendants)* from Arapahoe County District Court, Case Number 2014CV31946. (Filing fee $ 400, Receipt Number 1082−4095329), filed by LuckyGunner, LLC. (Attachments: #1 Exhibit A −− Original Complaint, #2 Exhibit B −− Amended Complaint, #3 Exhibit C −− Summons, #4 Exhibit D −− Consents to Removal, #5 Exhibit E −− Declaration, #6 Exhibit F −− State Ct. File (part 1 of 4), #7 Exhibit F −− State Ct. File (part 2 of 4), #8 Exhibit F −− State Ct. File (part 3 of 4), #9 Exhibit F −− State Ct. File (part 4 of 4))(Lothson, Andrew) (Entered: 10/16/2014) |
| 10/16/2014 | 2 | NOTICE of Entry of Appearance by Andrew A. Lothson on behalf of LuckyGunner, LLC (Lothson, Andrew) (Entered: 10/16/2014) |
| 10/16/2014 | 3 | MOTION to Dismiss *Purusant to Fed. R. Civ. P. 12(b)(6) and Memorandum In Support* by Defendant LuckyGunner, LLC. (Lothson, Andrew) (Entered: 10/16/2014) |
| 10/16/2014 | 4 | CORPORATE DISCLOSURE STATEMENT. (Lothson, Andrew) (Entered: 10/16/2014) |

| 10/16/2014 | 5 | MOTION for Leave to File Excess Pages by Defendant LuckyGunner, LLC. (Lothson, Andrew) (Entered: 10/16/2014) |
|---|---|---|
| 10/16/2014 | 6 | Case assigned to Judge Richard P. Matsch and drawn to Magistrate Judge Craig B. Shaffer. Text Only Entry (dbera, ) (Entered: 10/16/2014) |
| 10/16/2014 | 7 | COMPLAINT against Gold Strike E Commerce LLC, Lucky Gunner, Brian Platt, Sportsman's Guide, The, filed by Lonnie Phillips, Sandy Phillips.(dbera, ) (Entered: 10/16/2014) |
| 10/16/2014 | 8 | AMENDED COMPLAINT against Gold Strike E Commerce LLC, Lucky Gunner, Brian Platt, Sportsman's Guide, The, filed by Lonnie Phillips, Sandy Phillips.(dbera, ) (Entered: 10/16/2014) |
| 10/16/2014 | 9 | Magistrate Judge Consent Form issued pursuant to Local Rule (dbera, ) (Entered: 10/16/2014) |
| 10/16/2014 | 10 | FIRST AND FINAL NOTICE TO ATTORNEY(S) IN REMOVED, TRANSFERRED OR OTHER CASES: Pursuant to D.C.COLO.LCivR 11.1(a), an attorney must be a member of the U.S. District Court's bar to make an appearance and receive notice in any case before the court. The attorney records of the court reflect that the following counsel is a member of the U.S. District Courts Bar, but has not entered an appearance in this case: Thomas W. Stoever, Jr. In order to make an appearance in this case and receive any further notice regarding this case, counsel must file an entry of appearance in this case. Absent any Notice of Entry of Appearance filed, no further direct notices to counsel will be sent. Text only entry. (dbera, ) (Entered: 10/16/2014) |
| 10/17/2014 | 11 | ORDER Granting 5 Motion for Leave to File Excess Pages: the parties in this civil action may file pleadings without page limitations, by Judge Richard P. Matsch on 10/17/2014.(jsmit) (Entered: 10/17/2014) |
| 10/17/2014 | 12 | NOTICE of Entry of Appearance by Marc F. Colin on behalf of Lucky GunnerAttorney Marc F. Colin added to party Lucky Gunner(pty:dft) (Colin, Marc) (Entered: 10/17/2014) |
| 10/17/2014 | 13 | NOTICE of Entry of Appearance by Paul Wayne Rodney on behalf of All Plaintiffs Attorney Paul Wayne Rodney added to party Lonnie Phillips(pty:pla), Attorney Paul Wayne Rodney added to party Sandy Phillips(pty:pla) (Rodney, Paul) (Entered: 10/17/2014) |
| 10/17/2014 | 14 | NOTICE of Entry of Appearance by Thomas William Stoever, Jr on behalf of All Plaintiffs Attorney Thomas William Stoever, Jr added to party Lonnie Phillips(pty:pla), Attorney Thomas William Stoever, Jr added to party Sandy Phillips(pty:pla) (Stoever, Thomas) (Entered: 10/17/2014) |
| 10/17/2014 | 15 | NOTICE OF CASE ASSOCIATION *Pursuant to Local Rule 3.2* by Defendant Lucky Gunner (Lothson, Andrew) (Entered: 10/17/2014) |
| 10/20/2014 | 16 | NOTICE of Entry of Appearance by Patrick Joseph Rooney on behalf of Sportsman's Guide, TheAttorney Patrick Joseph Rooney added to party Sportsman's Guide, The(pty:dft) (Rooney, Patrick) (Entered: 10/20/2014) |
| 10/20/2014 | 17 | NOTICE of Entry of Appearance by Donald Mark Chance, Jr on behalf of Sportsman's Guide, TheAttorney Donald Mark Chance, Jr added to party Sportsman's Guide, The(pty:dft) (Chance, Donald) (Entered: 10/20/2014) |
| 10/21/2014 | 18 | NOTICE of Entry of Appearance by Peter A. T. Carlson on behalf of Sportsman's Guide, TheAttorney Peter A. T. Carlson added to party Sportsman's Guide, The(pty:dft) (Carlson, Peter) (Entered: 10/21/2014) |
| 10/21/2014 | 19 | NOTICE of Entry of Appearance by Phillip Robert Zuber on behalf of Brian PlattAttorney Phillip Robert Zuber added to party Brian Platt(pty:dft) (Zuber, Phillip) (Entered: 10/21/2014) |
| 10/21/2014 | 20 | NOTICE of Entry of Appearance by Bruce A. Montoya on behalf of Brian PlattAttorney Bruce A. Montoya added to party Brian Platt(pty:dft) (Montoya, Bruce) (Entered: 10/21/2014) |

| | | |
|---|---|---|
| 10/22/2014 | 21 | MOTION to Dismiss for Failure to State a Claim by Defendant Brian Platt. (Attachments: # 1 Proposed Order (PDF Only))(Zuber, Phillip) (Entered: 10/22/2014) |
| 10/23/2014 | 22 | MOTION to Dismiss *Pursuant to Rule 12(b)(6)* by Defendant Sportsman's Guide, The. (Rooney, Patrick) (Entered: 10/23/2014) |
| 10/24/2014 | 23 | CORPORATE DISCLOSURE STATEMENT. (Carlson, Peter) (Entered: 10/24/2014) |
| 10/27/2014 | 24 | CERTIFICATE of Mailing/Service re 23 Corporate Disclosure Statement, 16 Notice of Entry of Appearance, 17 Notice of Entry of Appearance, 18 Notice of Entry of Appearance, 22 MOTION to Dismiss *Pursuant to Rule 12(b)(6)* by Defendant Sportsman's Guide, The. (Carlson, Peter) (Entered: 10/27/2014) |
| 11/05/2014 | 25 | Unopposed MOTION for Extension of Time to File Response/Reply as to 3 MOTION to Dismiss *Purusant to Fed. R. Civ. P. 12(b)(6) and Memorandum In Support*, 22 MOTION to Dismiss *Pursuant to Rule 12(b)(6)*, 21 MOTION to Dismiss for Failure to State a Claim by Plaintiffs Lonnie Phillips, Sandy Phillips. (Attachments: # 1 Proposed Order (PDF Only))(Stoever, Thomas) (Entered: 11/05/2014) |
| 11/06/2014 | 26 | ORDER Granting 25 Motion for Extension of Time re 3 , 21 , and 22 : deadline for Plaintiffs' consolidated response to the motions to dismiss is December 3, 2014, and defendants shall file their replies on or before January 9, 2015, by Judge Richard P. Matsch on 11/6/2014.(jsmit) (Entered: 11/06/2014) |
| 12/03/2014 | 27 | RESPONSE to 3 MOTION to Dismiss *Purusant to Fed. R. Civ. P. 12(b)(6) and Memorandum In Support*, 22 MOTION to Dismiss *Pursuant to Rule 12(b)(6)*, 21 MOTION to Dismiss for Failure to State a Claim filed by Plaintiffs Lonnie Phillips, Sandy Phillips. (Stoever, Thomas) (Entered: 12/03/2014) |
| 12/03/2014 | 28 | NOTICE re 27 Response to Motion, *Plaintiffs' Constitutional Challenge Pursuant to F.R.C.P. 5.1* by Plaintiffs Lonnie Phillips, Sandy Phillips (Stoever, Thomas) (Entered: 12/03/2014) |
| 12/10/2014 | 29 | CERTIFICATE of Mailing/Service re 28 Notice of Plaintiffs' Constitutional Challenge Pursuant to F.R.C.P. 5.1. (Attachments: # 1 Notice of Claim of Unconstitutionality) (evana, ) (Entered: 12/10/2014) |
| 12/12/2014 | 30 | NOTICE *of Receipt of Constitutional Challenge* by Interested Party United States of America (Farby, Lesley) (Entered: 12/12/2014) |
| 01/09/2015 | 31 | REPLY to Response to 21 MOTION to Dismiss for Failure to State a Claim filed by Defendant Brian Platt. (Zuber, Phillip) (Entered: 01/09/2015) |
| 01/09/2015 | 32 | REPLY to Response to 3 MOTION to Dismiss *Purusant to Fed. R. Civ. P. 12(b)(6) and Memorandum In Support* filed by Defendant Lucky Gunner. (Lothson, Andrew) (Entered: 01/09/2015) |
| 01/09/2015 | 33 | REPLY to Response to 22 MOTION to Dismiss *Pursuant to Rule 12(b)(6)* filed by Defendant Sportsman's Guide, The. (Rooney, Patrick) (Entered: 01/09/2015) |
| 02/02/2015 | 34 | NOTICE re 27 Response to Motion, *Intervention* by Interested Party United States of America (Attachments: # 1 Proposed Document Memorandum in Support of the Constitutionality of the Protection of Lawful Commerce in Arms Act)(Farby, Lesley) (Entered: 02/02/2015) |
| 02/04/2015 | 35 | MINUTE ORDER Setting Hearing on Motions 22 , 21 , and 3 for 3/16/2015 02:00 PM in Courtroom A, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado, by Judge Richard P. Matsch on 2/4/2015. (evana, ) (Entered: 02/04/2015) |
| 02/04/2015 | 36 | NOTICE of Entry of Appearance by James Brian Vogts on behalf of Lucky GunnerAttorney James Brian Vogts added to party Lucky Gunner(pty:dft) (Vogts, James) (Entered: 02/04/2015) |
| 02/23/2015 | 37 | RESPONSE to 34 Notice (Other), *by The United States Of Intervention And Memorandum* by Plaintiffs Lonnie Phillips, Sandy Phillips. (Stoever, Thomas) |

| | | |
|---|---|---|
| | | (Entered: 02/23/2015) |
| 02/23/2015 | 38 | MOTION for Entry of Default as to *Defendant Gold Strike E Commerce LLC d/b/a BULLETPROOFBODYARMORHQ.COM* by Plaintiffs Lonnie Phillips, Sandy Phillips. (Attachments: # 1 Exhibit 1)(Stoever, Thomas) (Entered: 02/23/2015) |
| 02/25/2015 | 39 | NOTICE *OF SUBSTITUTION OF COUNSEL* by Intervenor United States of America (Zee, Michael) (Entered: 02/25/2015) |
| 02/25/2015 | 40 | Clerk's ENTRY OF DEFAULT as to Gold Strike E Commerce LLC re 38 MOTION for Entry of Default as to Defendant Gold Strike E Commerce LLC d/b/a BULLETPROOFBODYARMORHQ.COM, by Clerk. Text Only Entry (evana, ) (Entered: 02/25/2015) |
| 03/13/2015 | 41 | NOTICE of Entry of Appearance by Michael Andrew Zee on behalf of United States of AmericaAttorney Michael Andrew Zee added to party United States of America(pty:intv) (Zee, Michael) (Entered: 03/13/2015) |
| 03/13/2015 | 42 | NOTICE of Entry of Appearance by Ronald L. Wilcox on behalf of Sportsman's Guide, TheAttorney Ronald L. Wilcox added to party Sportsman's Guide, The(pty:dft) (Wilcox, Ronald) (Entered: 03/13/2015) |
| 03/16/2015 | 43 | NOTICE *of Filing* by Plaintiffs Lonnie Phillips, Sandy Phillips (Attachments: # 1 Exhibit 1 − Aurora Code)(Stoever, Thomas) (Entered: 03/16/2015) |
| 03/16/2015 | 44 | MINUTE ENTRY for proceedings held before Judge Richard P. Matsch: Motion Hearing held on 3/16/2015. Taking under advisement 3 Motion to Dismiss. Taking under advisement 21 Motion to Dismiss for Failure to State a Claim. Taking under advisement 22 Motion to Dismiss. Court indicates that a written order shall follow. FTR: K. Terasaki. (rkeec) (Entered: 03/16/2015) |
| 03/27/2015 | 45 | OPINION ORDERED that plaintiffs claims as to all defendants and this civil action are dismissed. Pursuant to C.R.S. §13−21−504.5, defendants Lucky Gunner and the Sportsmans Guide are entitled to an award of reasonable attorney fees and costs to be determined after filing motions pursuant to D.C.Colo.L.Civ.R.54.3 within 14 days after entry of judgment pursuant to this order, by Judge Richard P. Matsch on 3/27/15.(ktera) (Entered: 03/27/2015) |
| 03/27/2015 | 46 | JUDGMENT in favor of Gold Strike E Commerce LLC, Lucky Gunner, The Sportsman's Guide, Brian Platt against Sandy Phillips and Lonnie Phillips re: 45 Opinion. Pursuant to C.R.S. §13−21−504.5, defendants Lucky Gunner and the Sportsman's Guide are entitled to an award of reasonable attorney fees and costs to be determined after filing motions pursuant to D.C.Colo.L.Civ.R.54.3 within 14 days after entry of judgment, by Judge Richard P. Matsch on 3/27/15. (ktera) Modified on 3/27/2015 (Entered: 03/27/2015) |
| 04/10/2015 | 47 | MOTION for Attorney Fees *Under Rule 54(d) and D.C. Colo.LCivR 54.3* by Defendant Brian Platt. (Attachments: # 1 Affidavit, # 2 Affidavit, # 3 Affidavit)(Montoya, Bruce) (Entered: 04/10/2015) |
| 04/10/2015 | 48 | MOTION for Attorney Fees by Defendant Lucky Gunner. (Attachments: # 1 Exhibit A −− Affidavit of Marc Colin, # 2 Exhibit B −− Affidavit of James Vogts)(Lothson, Andrew) (Entered: 04/10/2015) |
| 04/10/2015 | 49 | Proposed Bill of Costs *and Itemization* by Defendant Lucky Gunner. (Attachments: # 1 Exhibit Itemization of Bill of Costs)(Lothson, Andrew) (Entered: 04/10/2015) |
| 04/10/2015 | 50 | MOTION for Attorney Fees *and Costs* by Defendant Sportsman's Guide, The. (Carlson, Peter) (Entered: 04/10/2015) |
| 04/10/2015 | 51 | AFFIDAVIT re 50 MOTION for Attorney Fees *and Costs* by Defendant Sportsman's Guide, The. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)(Carlson, Peter) (Entered: 04/10/2015) |
| 04/10/2015 | 52 | Proposed Bill of Costs by Defendant Sportsman's Guide, The. (Carlson, Peter) (Entered: 04/10/2015) |
| 04/10/2015 | 53 | AFFIDAVIT re 52 Proposed Bill of Costs by Defendant Sportsman's Guide, The. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Carlson, Peter) (Entered: 04/10/2015) |

| | | |
|---|---|---|
| 04/10/2015 | 54 | Proposed Bill of Costs *(Supplemental)* by Defendant Sportsman's Guide, The. (Carlson, Peter) (Entered: 04/10/2015) |
| 04/10/2015 | 55 | Amended MOTION for Attorney Fees by Defendant Brian Platt. (Attachments: # 1 Affidavit Affidavit of Bruce A. Montoya, # 2 Affidavit Affidavit of Phillip R. Zuber)(Montoya, Bruce) (Entered: 04/10/2015) |
| 04/27/2015 | 56 | NOTICE OF APPEAL as to 45 Order on Motion to Dismiss,, Order on Motion to Dismiss for Failure to State a Claim,,, 46 Judgment,, by Plaintiffs Lonnie Phillips, Sandy Phillips (Filing fee $ 505, Receipt Number 1082−4385058) (Stoever, Thomas) (Entered: 04/27/2015) |
| 04/27/2015 | 57 | LETTER *to Edward Butler, Legal Officer,* by Defendant Sportsman's Guide, The. (Carlson, Peter) (Entered: 04/27/2015) |