# Exhibit 1

## SASSCER, CLAGETT & BUCHER

5407 WATER STREET, SUITE 101
UPPER MARLBORO, MD 20772
(301) 627-5500   (301) 627-4156 FAX
TAX IDENTIFICATION NO. 52-0609117

January 21, 2015

Brian Platt
BTP Arms
214 West Golden Lane
New Oxford, PA 17350

Invoice #   42097

**Re: Phillips, et al. v. BTP Arms, et al.**
   **Our File No. 6470/39516**

| | |
|---|---:|
| Date of Last Bill:  01/01/1900 | $0.00 |
| Payments received since last bill (last payment   01/01/1900 ) | $0.00 |
| Net balance forward | $0.00 |

PROFESSIONAL SERVICES                                                                 Hours

| Date | Atty | Description | Hours |
|---|---|---|---|
| 09/24/2014 | PRZ | Review of Complaint; meeting with client [redacted] | 1.50 |
| 09/25/2014 | JVW | Search for docket entries. | 0.20 |
| 09/29/2014 | PRZ | Review of research on potential local counsel and Arapahoe County; draft lengthy e-mail to [redacted] regarding possible retention as local counsel | 0.90 |
| 09/29/2014 | PRZ | Receipt of memorandum from [redacted] re: Conflict. | 0.10 |
| 09/29/2014 | PRZ | Draft memorandum to [redacted] re: Amended Complaint. | 0.10 |
| 09/29/2014 | PRZ | Draft memorandum to [redacted] re: Amended Complaint. | 0.10 |
| 09/30/2014 | PRZ | Draft memorandum to [redacted] regarding [redacted] | 0.10 |

## SASSCER, CLAGETT & BUCHER

5407 WATER STREET, SUITE 101
UPPER MARLBORO, MD 20772
(301) 627-5500   (301) 627-4156 FAX
TAX IDENTIFICATION NO. 52-0609117

January 21, 2015

Brian Platt
BTP Arms
214 West Golden Lane
New Oxford, PA 17350

Invoice #   42097

**Re: Phillips, et al. v. BTP Arms, et al.**
   **Our File No. 6470/39516**

| | |
|---|---:|
| Date of Last Bill:  01/01/1900 | $0.00 |
| Payments received since last bill (last payment   01/01/1900 ) | $0.00 |
| Net balance forward | $0.00 |

PROFESSIONAL SERVICES                                                                 Hours

| Date | Atty | Description | Hours |
|---|---|---|---:|
| 09/24/2014 | PRZ | Review of Complaint; meeting with client [redacted] | 1.50 |
| 09/25/2014 | JVW | Search for docket entries. | 0.20 |
| 09/29/2014 | PRZ | Review of research on potential local counsel and Arapahoe County; draft lengthy e-mail to [redacted] regarding possible retention as local counsel | 0.90 |
| 09/29/2014 | PRZ | Receipt of memorandum from [redacted] re: Conflict. | 0.10 |
| 09/29/2014 | PRZ | Draft memorandum to [redacted] re: Amended Complaint. | 0.10 |
| 09/29/2014 | PRZ | Draft memorandum to [redacted] re: Amended Complaint. | 0.10 |
| 09/30/2014 | PRZ | Draft memorandum to [redacted] regarding [redacted] | 0.10 |

BTP Arms                                                                                              Page     2

| Date | Atty | Description | Hours |
|---|---|---|---|
| 09/30/2014 | PRZ | Review of biographies of potential local counsel; draft memorandum to Messrs. ▮▮▮ | 0.90 |
| 09/30/2014 | PRZ | Draft memorandum to Brian Platt re: ▮▮▮ | 0.10 |
| 09/30/2014 | PRZ | Draft memorandum to ▮▮▮ | 0.10 |
| 10/01/2014 | PRZ | Receipt of memorandum from Andrew Lothson re: ▮▮▮ | 0.10 |
| 10/01/2014 | PRZ | Draft memorandum to client regarding ▮▮▮ | 0.10 |
| 10/01/2014 | PRZ | Review of Notice of Removal; review of citations in support of removal | 0.30 |
| 10/01/2014 | PRZ | Lengthy telephone conference with Mr. Lothson regarding ▮▮▮ | 0.60 |
| 10/01/2014 | PRZ | Telephone conference with ▮▮▮ | 0.30 |
| 10/01/2014 | PRZ | Research on ▮▮▮ regarding potential retention; draft memorandum to same | 0.40 |
| 10/01/2014 | PRZ | Legal research on statutory protection for gun and ammunition sellers; legal research on negligent entrustment under Colorado law | 0.80 |
| 10/01/2014 | PRZ | Draft memorandum to client regarding ▮▮▮ | 0.30 |
| 10/02/2014 | JVW | Draft memorandum to co-defendant counsel re: ▮▮▮ | 0.10 |
| 10/02/2014 | JVW | Draft and submit application to U.S. District Court for Colorado. | 1.00 |
| 10/02/2014 | JVW | Upload pleadings filed sent by defense counsel; draft index of pleadings. | 0.70 |

BTP Arms                                                                                           Page    3

| Date | Atty | Description | Hours |
|---|---|---|---|
| 10/02/2014 | PRZ | Review of application for admission to U.S. Dist. Court for Colorado; review of Local Rules | 0.60 |
| 10/02/2014 | PRZ | Draft memorandum to client regarding ▓▓▓ | 0.20 |
| 10/02/2014 | PRZ | Lengthy telephone conference with Mr. Lothson regarding ▓▓▓ | 0.40 |
| 10/03/2014 | PRZ | Comprehensive outlining of Amended Complaint to prepare for motion to dismiss | 1.20 |
| 10/03/2014 | PRZ | Legal research on duty of care/negligence issues involving the use of firearms, ammunition and tear gas | 0.90 |
| 10/03/2014 | PRZ | Receipt and review of materials from ▓▓▓ | 0.10 |
| 10/05/2014 | PRZ | Draft lengthy memorandum to client regarding ▓▓▓ | 0.40 |
| 10/06/2014 | PRZ | Review of Memorandum Opinion denying defense motions for summary judgment in Alexrod v. Century Theater case | 0.40 |
| 10/06/2014 | PRZ | Detailed review of materials provided by client ▓▓▓ | 0.90 |
| 10/06/2014 | PRZ | Legal research on all state statutes on tear gas sales, possession and use; multiple searches for any Colorado statute governing use of tear gas | 1.50 |
| 10/06/2014 | PRZ | Begin legal research on Colorado law on negligent entrustment; examine other state decisional law for negligent entrustment cases relating to tear gas | 0.50 |
| 10/06/2014 | PRZ | Begin draft memorandum of law in support of motion to dismiss; draft preliminary statement, alleged facts, nature of claims and standard of review; begin outline of arguments | 2.30 |
| 10/13/2014 | PRZ | Further work on motion to dismiss; partial revisions to portion of draft memorandum of law; review of | 1.30 |

BTP Arms Page 4

| Date | Atty | Description | Hours |
|---|---|---|---|
| | | various state statutes on teargas possession and use; review associated cases | |
| 10/13/2014 | PRZ | Review of first draft of motion to dismiss ▓▓▓▓▓▓▓ | 0.60 |
| 10/13/2014 | PRZ | Further legal research on claims of negligent entrustment under Colorado law; review and analyze multiple cases decided in Colorado | 1.30 |
| 10/13/2014 | PRZ | Further legal research on cases rejecting general negligence theories against sellers of guns and ammunition, including Maryland and New York cases | 0.80 |
| 10/13/2014 | PRZ | Lengthy telephone conference with Mr. Lothson regarding ▓▓▓▓▓▓▓ | 0.30 |
| 10/13/2014 | PRZ | Legal research on public nuisance statutes in Colorado and Aurora County; find and review public nuisance cases in Colorado and other states and elements for injunctive relief; further review of draft Motion to Dismiss by Lucky Gunner | 1.70 |
| 10/14/2014 | PRZ | Further legal research on and review and analysis of Colorado cases on negligent entrustment; draft portion of Memorandum of Law on negligent entrustment claim; review of Dobbs, The Law of Torts (2nd edition); review of Restatement sections 308 and 390 and comments | 2.20 |
| 10/14/2014 | PRZ | Further legal research on and review and analysis of Colorado cases on negligence and foreseeability; draft portion of Memorandum of Law on negligence claim | 1.30 |
| 10/14/2014 | PRZ | Further drafting of Memorandum of Law relating to preliminary statement and statement of facts | 0.50 |
| 10/15/2014 | JVW | Format and revisions to Memorandum of Law Supporting Motion to Dismiss. | 0.80 |
| 10/15/2014 | JVW | Shepardize cases cited in Memorandum of Law (Ashcraft v. Igbal, 556 US. 662, 129 S.Ct. 1937 (2009), Bell Atlantic v. Twombly, 550 US 544, 127 S.Ct. 1955(2007), Baker v. Bratrsovsky, 689 P.2d 722(Colo. App 1984), Leibelt v. Bob Penkhus Volvo-Mazda, 961 P.2d 1147 (Colo. App. 1998), | 0.40 |

|  |  |  |  |
|---|---|---|---|
|  |  | Perreira v. State, 768 P.2d 1147 (Colo. App. 1998), Perreira v. State, 768 P.2d 1198 (Colo. 1989), Univ. of Denver v. Whitlock, 744 P.2d 54 (Colo. 1987), Valentine v. On Target, 353 Md. 544, 527 A2d 947(1999), Hampton v. Beretta USA Corp., 96 NY2d 222, 750 N.E. 2d loss (2001), Sanders v. Acclaim Entertainment, 188 F. Supp 2d 1964 (Colo. 2002), Walcott v. Total Petroleum, 964 P.2d 609 (Colo. App. 1998), Reigel v. Savasenoir Care, 292 P.3d 977 (Colo. App. 20011), Smith v. State Comp., 749 P.2d 462 (Colo. App. 1987), Dpt. of Health v. The Mill, 887 P.2d 993 (Colo. 1994), Monsanto Co. v. Geertson Seed Farms, 561 U.S. 139, 130 S. Ct. 2743 (2010), Schrier v. Univ. of Co., 427 F.3d 1253 (10th Cir. 2005) and Employment Tel. Enter. v. Barocas, 100 P.3d 37 (Colo. App. 2004). |  |
| 10/15/2014 | PRZ | Further drafting and research on negligence issues, including foreseeability and causation | 1.50 |
| 10/15/2014 | PRZ | Further legal research on public nuisance and drafting of portion of Memorandum of Law on public nuisance claim | 1.10 |
| 10/15/2014 | PRZ | Further legal research on and drafting of portion of Memorandum of Law on right to injunctive relief. | 0.90 |
| 10/15/2014 | PRZ | Draft Conclusion to Memorandum of Law | 0.30 |
| 10/15/2014 | PRZ | Review and initial revisions to draft Memorandum of Law | 0.70 |
| 10/15/2014 | PRZ | Draft memorandum to Mr. Montoya regarding status of drafting and filing of memorandum of law | 0.20 |
| 10/15/2014 | WNZ | Review/analyze proposed Memorandum of Law supporting Motion to Dismiss; discuss with PRZ. | 0.40 |
| 10/16/2014 | JVW | Draft Points & Authorities (status, codes and cases) to Motion to Dismiss; re-format to comply with local rules; draft proposed Order. | 1.40 |
| 10/16/2014 | JVW | Review and revisions to Motion to Dismiss. | 0.30 |
| 10/16/2014 | PRZ | Review and revisions to new draft Motion to Dismiss and Memorandum in Support | 0.40 |
| 10/16/2014 | PRZ | Draft memorandum to client regarding ▬▬▬▬ | 0.20 |

BTP Arms                                                                                                Page    6

| Date | Atty | Description | Hours |
|---|---|---|---|
| | | ███████████ | |
| 10/16/2014 | PRZ | Draft memorandum to Mr. Montoya regarding ██████████████████ | 0.10 |
| 10/16/2014 | PRZ | Draft memorandum to counsel for Lucky Gunner regarding ██████████████ | 0.10 |
| 10/16/2014 | PRZ | Further review and drafting of Motion to Dismiss and Memorandum of Law | 0.30 |
| 10/17/2014 | JVW | Download Federal filings by counsel by L. Gunner; compare to previous drafts provided by counsel; draft memorandum to PRZ re: comparisons of LG's draft Motion to Dismiss and Memorandum of Law with filed versions. | 1.50 |
| 10/17/2014 | JVW | Retrieve docket entries in Federal case ; retrieve Notice re: Magistrate judge; retrieve entry of appearance of counsel for Lucky Gunner. | 0.30 |
| 10/17/2014 | JVW | Draft Entry of Appearance of PRZ. | 0.20 |
| 10/17/2014 | PRZ | Review of Notice of Removal and extensive attachments | 0.70 |
| 10/17/2014 | PRZ | Lengthy telephone conference with counsel for Lucky Gunner regarding ████████████████ | 0.50 |
| 10/18/2014 | PRZ | Further legal research on Colorado standards for injunctive relief and whether Eric RR v. Thompkins requires application of state or federal standards; revisions to Motion to Dismiss and Memorandum | 1.60 |
| 10/18/2014 | PRZ | Draft memorandum to Mr. Montoya regarding ██████████████████████ | 0.20 |
| 10/21/2014 | JVW | Incorporate Motion to Dismiss suggested changes/ revisions by ████████ | 0.40 |
| 10/21/2014 | JVW | Download Notices of entry of Appearances from PACER for plaintiffs' counsel, Lucky Gunner and The Sportsman Guide. | 0.30 |
| 10/21/2014 | JVW | Finalize Notice of Entry of Appearance; e-file. | 0.20 |

BTP Arms                                                                                                    Page      7

| Date | Atty | Description | Hours |
|---|---|---|---|
| 10/21/2014 | PRZ | Based on input and comments of Mr. Montoya, further revisions to draft Motion to Dismiss and Supporting Memorandum; final review of same | 1.20 |
| 10/21/2014 | PRZ | Draft memorandum to Mr. Montoya regarding ▇▇▇▇▇▇▇▇ | 0.20 |
| 10/22/2014 | JVW | Finalize Motion to Dismiss and proposed Order; e-file. | 0.40 |
| 10/22/2014 | PRZ | Draft memorandum to client regarding ▇▇▇▇ ▇▇▇▇▇▇; review of Local Rules for timing of opposition | 0.20 |
| 10/31/2014 | PRZ | Draft memorandum to Mr. Montoya regarding ▇▇▇▇▇▇▇▇ | 0.20 |
| 11/06/2014 | JVW | Draft correspondence to Brian Platt re: ▇▇▇▇ ▇▇▇▇▇▇ | 0.10 |
| 12/17/2014 | PRZ | Detailed review and analysis of Plaintiffs' Opposition to Motions to Dismiss; draft memorandum to client ▇▇▇▇▇▇▇▇ | 1.10 |
| 12/17/2014 | PRZ | Begin drafting Reply Memorandum | 2.80 |
| 12/18/2014 | PRZ | Further legal research on and drafting of Reply Memorandum (negligence and breach of duty issues and cases cited by Plaintiffs) | 1.20 |
| 12/22/2014 | PRZ | Further legal research on and drafting of Reply Memorandum | 2.30 |
| 12/22/2014 | PRZ | Review and revisions to corrected first draft of Reply Memorandum | 0.80 |
| 12/22/2014 | PRZ | Draft memorandum to client regarding ▇▇▇▇ ▇▇▇▇▇▇ draft memorandum to Mr. Montoya ▇▇▇▇▇▇▇▇ | 0.20 |
| 12/23/2014 | JVW | Final review and revisons to first draft Platt's Reply Memorandum | 0.70 |
| 12/23/2014 | PRZ | Further work on and revisions to draft Reply Memorandum | 0.50 |
| 01/05/2015 | PRZ | Lengthy telephone conference with Mr. Lothson regarding ▇▇▇▇▇▇▇▇ | 0.30 |

BTP Arms                                                                                           Page      8

| Date | Atty | Description | Hours |
|---|---|---|---|
| 01/07/2015 | PRZ | Detailed review of proposed revisions to Reply Memorandum by ▓▓▓▓▓▓; further review and revisions to Reply Memorandum | 1.90 |
| 01/07/2015 | PRZ | Review and analysis of Lucky Gunner's Reply Memorandum | 0.50 |
| 01/07/2015 | PRZ | Review of corrected new revision of Reply Memorandum; revisions to same. | 0.70 |
| 01/07/2015 | PRZ | Draft memorandum to Mr. Lothson, counsel for Lucky Gunner | 0.10 |
| 01/07/2015 | PRZ | Draft memorandum to Mr. Montoya regarding ▓▓▓▓▓▓ | 0.20 |
| 01/07/2015 | PRZ | Draft memorandum to Mr. Platt regarding ▓▓▓▓▓▓ draft memorandum to JVW regarding same | 0.20 |
| 01/08/2015 | JVW | Final review and correct check to Reply Memorandum; draft memorandum to Messrs. ▓▓▓▓▓▓ | 0.30 |
| 01/08/2015 | PRZ | Lengthy telephone conference with Mr. Lothson regarding ▓▓▓▓▓▓ | 0.40 |
| 01/08/2015 | PRZ | Review and revisions to proposed Reply Memorandum to include ▓▓▓▓▓▓ legal research and review of cases on predominant cause | 1.10 |
| 01/08/2015 | PRZ | Receipt of memorandum from Bruce Montoya re: ▓▓▓▓▓▓ | 0.10 |
| 01/09/2015 | JVW | Final review and revisions (for revisions) to Reply Memorandum; e-file. | 0.60 |
| 01/09/2015 | PRZ | Final review of Reply Memorandum | 0.30 |

|  |  | Amount |
|---|---|---|
| For professional services rendered | 61.80 | $16,807.50 |

DISBURSEMENTS

| 01/31/2015 | PO | Postage | 3.92 |

BTP Arms                                                                          Page       9

|                         | Total disbursements |          |           | $3.92      |
|-------------------------|--------------------|----------|-----------|------------|

Timekeeper Summary

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| Wilde, Joan V. | 0.00 | 0.00 | $0.00 |
| Wilde, Joan V. | 9.90 | 125.00 | $1,237.50 |
| Zuber, Phillip R. | 0.00 | 0.00 | $0.00 |
| Zuber, Phillip R. | 51.50 | 300.00 | $15,450.00 |
| Zifchak, William N. | 0.40 | 300.00 | $120.00 |

 

· BILLING SUMMARY

| Total professional services | $16,807.50 |
|---|---|
| Total disbursements | $3.92 |
| **Balance due** | **$16,811.42** |

[JP01]

## SASSCER, CLAGETT & BUCHER

5407 WATER STREET, SUITE 101
UPPER MARLBORO, MD  20772
(301) 627-5500   (301) 627-4156 FAX
TAX IDENTIFICATION NO. 52-0609117

April 20, 2015

Brian Platt
BTP Arms
214 West Golden Lane
New Oxford, PA 17350

Invoice #  42517

**Re: Phillips, et al. v. BTP Arms, et al.**
  **Our File No. 6470/39516**

| | | |
|---|---|---|
| Date of Last Bill:  01/21/2015 | | $16,811.42 |
| Payments received since last bill (last payment   02/04/2015  ) | | $16,811.42 |
| Net balance forward | | $0.00 |
| PROFESSIONAL SERVICES | Hours | |

| Date | Atty | Description | Hours |
|---|---|---|---|
| 01/28/2015 | PRZ | Draft memorandum to counsel for United States regarding consent to intervention to support constitutionality of Lawful Commerce in Arms Act | 0.10 |
| 02/04/2015 | PRZ | Draft memorandum to client ▬▬▬ | 0.10 |
| 02/04/2015 | PRZ | Review of Memorandum of the United States on the constitutionality of the Protection of Lawful Commerce in Arms Act; draft memorandum to client ▬▬▬ | 0.40 |
| 02/05/2015 | JVW | Search on line for flights to/from Denver, CO for motions hearing ; draft itinerary. | 0.30 |
| 02/06/2015 | JVW | Reserve flights and hotel for motions hearing; finalize itinerary. | 0.30 |
| 02/06/2015 | JVW | Draft memorandum to Brian Platt re: ▬▬▬ | 0.10 |
| 02/11/2015 | PRZ | Draft memorandum to  Brian Platt re: ▬▬▬ | 0.10 |

BTP Arms             Page 2

| Date | Atty | Description | Hours |
|---|---|---|---|
| 02/25/2015 | JVW | Draft correspondence to Brian Pla■■■ ■■■■■■■ | 0.10 |
| 03/02/2015 | PRZ | Receipt and review of Plaintiffs' Response to the United States' Notice of Intervention and Memorandum | 0.10 |
| 03/02/2015 | PRZ | Receipt and review of Plaintiffs' Motion for Entry of Default Against Defendant Gold Strike E Commerce, LLC d-b-a Bulletproofbody ArmorHQ.com | 0.10 |
| 03/09/2015 | PRZ | Draft memorandum to Andrew Lothson re ■■■ | 0.10 |
| 03/11/2015 | JVW | Gather documents fro Motions hearing (Platts Motion to Dismiss, plaintiffs Opposition, Platts Reply, Lucky Gunner's Motion to Dismiss, Sportsman Guides Motion to Dismiss, US Memorandum, plaintiffs' Reply to US Memorandum, and Amended Complaint; draft index. | 0.90 |
| 03/11/2015 | PRZ | Draft memorandum to JVW regarding ■■■■ ■■■ | 0.10 |
| 03/12/2015 | PRZ | Preparation for and participation in lengthy telephone conference with defense counsel ■■■■ ■■■■■■■■ | 0.80 |
| 03/12/2015 | PRZ | Draft memorandum to Mr. Montoya regarding ■■■■■■ | 0.20 |
| 03/13/2015 | JVW | Download and gather cases for use at Motions hearing; draft index of cases. | 1.00 |
| 03/16/2015 | PRZ | Preparation for hearing on Motion to Dismiss; review of Memorandum supporting Motion to Dismiss and Reply Memorandum; review of opposition, Amended Complaint and summary of Amended Complaint; prepare argument notes; travel to Denver, Colo. | 5.60 |
| 03/16/2015 | PRZ | Meeting with Mr. Montoya ■■■■■■ ■■■■■■■■ | 2.00 |
| 03/16/2015 | PRZ | Appearance before U.S.D.C. for District of Colorado | 6.30 |

BTP Arms                                                                                                       Page    3

| Date | Atty | Description | Hours |
|---|---|---|---|
| | | to present argument on Motion to Dismiss; post-argument conference with Mr. Montoya regarding potential outcome; return travel | |
| 03/16/2015 | PRZ | Draft memorandum to Brian Platt re: ███████ ███████████████ | 0.30 |
| 03/27/2015 | PRZ | Draft memorandum to client regarding ███████ ████████ | 0.10 |
| 04/03/2015 | PRZ | Lengthy telephone conference with counsel for Lucky Gunner regarding ███████████ ██ | 0.40 |
| 04/03/2015 | PRZ | Draft memorandum to client regarding ████████ | 0.30 |
| 04/07/2015 | PRZ | Draft memorandum to Bruce Montoya re: ██████ ██ | 0.10 |
| 04/07/2015 | PRZ | Review of Colorado attorneys fee statute; review of 10th Circuit decisions, Rule 54 and Local Rule 54.3 | 0.50 |
| 04/07/2015 | PRZ | Telephone conference with client regarding ████████ ███████████; draft memorandum to Mr. Montoya regarding ████████████ | 0.40 |
| 04/07/2015 | PRZ | Begin draft motion for attorneys' fees | 1.30 |
| 04/09/2015 | JVW | Final review and revisions to Affidavit in Support of Motion for Attorneys fees. | 0.70 |
| 04/09/2015 | JVW | Draft memorandum to Bruce Montoya's office re: ██████. | 0.10 |
| 04/09/2015 | PRZ | Receipt of memorandum from Katherine Whitney re: ████████████████████████████ | 0.20 |
| 04/09/2015 | PRZ | Complete draft of Motion for Attorneys' Fees; revisions to same | 0.50 |
| 04/09/2015 | PRZ | Draft and revisions to Affidavit supporting Motion for Attorneys' Fees | 1.00 |
| 04/09/2015 | PRZ | Draft memorandum to Katherine Whitney regarding ████████████ | 0.20 |

| BTP Arms | | | Page | 4 |
|---|---|---|---|---|
| 04/09/2015 PRZ | Further revisions to Affidavit; draft memorandum to Ms. Whitney | 0.30 | | |
| 04/10/2015 JVW | Final review and revisions to Affidavit, Motion for Attorneys' Fees; draft proposed Order. | 0.80 | | |
| 04/10/2015 JVW | Draft memorandum to Bruce Montoya's office re: ▬▬▬▬▬. | 0.10 | | |
| 04/10/2015 PRZ | Draft memorandum to Mr. Montoya and Ms. Whitney regarding ▬▬▬ | 0.20 | | |

|  |  | Amount |
|---|---|---|
| For professional services rendered | 26.20 | $7,090.00 |

DISBURSEMENTS

| 02/06/2015 TR | Travel - Southwest Airline - Visa | 1,056.20 |
|---|---|---|
| 02/06/2015 TR | Travel - Hyatt House - Denver | 174.87 |
| | Total disbursements | $1,231.07 |

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Wilde, Joan V. | 0.00 | 0.00 | $0.00 |
| Wilde, Joan V. | 4.40 | 125.00 | $550.00 |
| Zuber, Phillip R. | 0.00 | 0.00 | $0.00 |
| Zuber, Phillip R. | 21.80 | 300.00 | $6,540.00 |

BILLING SUMMARY

| Total professional services | $7,090.00 |
|---|---|
| Total disbursements | $1,231.07 |
| **Balance due** | **$8,321.07** |