Exhibit 2

# Messner Reeves LLP
## Transactions Copy of Listing Report

Search Description:
Search for: %btp%   Search by: Matter Description (First Line)   Stage: (all)   Type: (all)

| Date | Prof | MatterID/Client Sort<br>Matter Description<br>Narrative | Component<br>Task Code | Units | Price | Value |
|---|---|---|---|---|---|---|
| **Client Sort: Brian Platt dba BTP Arms** | | | | | | |
| **Component Type: Hard Costs** | | | | | | |
| *Professional:* | | | | | | |
| 10/31/2014 | | 07967.0001 / Brian Platt dba BTP Arms<br>BTP-Arms/Phillips<br>WestLaw research charges | WES | 1.0000 | 209.9000 | 209.9000 |
| | | | Professional: | 1.0000 | | 209.9000 |
| | | | Component Type: Hard Costs | 1.0000 | | 209.9000 |
| **Component Type: Fees** | | | | | | |
| *Professional: Danielle T. Felder* | | | | | | |
| 4/10/2015 | DTF | 07967.0001 / Brian Platt dba BTP Arms<br>BTP-Arms/Phillips<br>Conference with K. Whitney regarding ▮▮▮▮▮ Review/revise Certificate of Conferral. | T | 0.5000 | 225.0000 | 112.5000 |
| | | | Professional: Danielle T. Felder | 0.5000 | | 112.5000 |
| *Professional: Katherine E. Whitney* | | | | | | |
| 11/7/2014 | KEW | 07967.0001 / Brian Platt dba BTP Arms<br>BTP-Arms/Phillips<br>Read complaint and amended complaint; read motion to dismiss; review file | T | 1.0000 | 225.0000 | 225.0000 |
| 12/9/2014 | KEW | 07967.0001 / Brian Platt dba BTP Arms<br>BTP-Arms/Phillips<br>Review and analyze Plaintiff's response to Defendants' motion to dismiss | T | 1.0000 | 225.0000 | 225.0000 |
| 12/26/2014 | KEW | 07967.0001 / Brian Platt dba BTP Arms<br>BTP-Arms/Phillips<br>Read and review defendant's reply brief; begin | T | 0.8000 | 225.0000 | 180.0000 |

# Messner Reeves LLP
## Transactions Copy of Listing Report

Search Description:
Search for: %btp%   Search by: Matter Description (First Line)   Stage: (all)   Type: (all)

| Date | Prof | MatterID/Client Sort<br>Matter Description<br>Narrative | Component<br>Task Code | Units | Price | Value |
|---|---|---|---|---|---|---|
| | | editing | | | | |
| 1/2/2015 | KEW | 07967.0001 / Brian Platt dba BTP Arms<br>BTP-Arms/Phillips<br>Research and revise reply memorandum | T | 3.0000 | 225.0000 | 675.0000 |
| 1/5/2015 | KEW | 07967.0001 / Brian Platt dba BTP Arms<br>BTP-Arms/Phillips<br>Research/revise for reply memorandum | T | 3.9000 | 225.0000 | 877.5000 |
| 1/12/2015 | KEW | 07967.0001 / Brian Platt dba BTP Arms<br>BTP-Arms/Phillips<br>Review Reply Memorandums filed by Brian Platt, Lucky Gunner, and Sportsman's Guide | T | 0.4000 | 225.0000 | 90.0000 |
| 2/5/2015 | KEW | 07967.0001 / Brian Platt dba BTP Arms<br>BTP-Arms/Phillips<br>Receive and review memo filed by intervening party (the United States) | T | 0.4000 | 225.0000 | 90.0000 |
| 3/9/2015 | KEW | 07967.0001 / Brian Platt dba BTP Arms<br>BTP-Arms/Phillips<br>Read and review documents recently filed with the Court | T | 0.2000 | 225.0000 | 45.0000 |
| 3/16/2015 | KEW | 07967.0001 / Brian Platt dba BTP Arms<br>BTP-Arms/Phillips<br>Draft memo [redacted] | T | 1.5000 | 225.0000 | 337.5000 |
| 3/16/2015 | KEW | 07967.0001 / Brian Platt dba BTP Arms<br>BTP-Arms/Phillips<br>Prepare for and attend hearing on motion to dismiss; [redacted] | T | 4.1000 | 225.0000 | 922.5000 |
| 4/7/2015 | KEW | 07967.0001 / Brian Platt dba BTP Arms<br>BTP-Arms/Phillips<br>E-mails with P. [redacted] regarding [redacted] begin drafting motion for | T | 0.3000 | 225.0000 | 67.5000 |

# Messner Reeves LLP
## Transactions Copy of Listing Report

Search Description:
Search for: %btp%   Search by: Matter Description (First Line)   Stage: (all)   Type: (all)

| Date | Prof | MatterID/Client Sort<br>Matter Description<br>Narrative | Component<br>Task Code | Units | Price | Value |
|---|---|---|---|---|---|---|
| | | attorney fees | | | | |
| 4/8/2015 | KEW | 07967.0001 / Brian Platt dba BTP Arms<br>BTP-Arms/Phillips<br>Draft motion for attorney fees and affidavit of fees; ▓▓▓ | T | 2.7000 | 225.0000 | 607.5000 |
| 4/9/2015 | KEW | 07967.0001 / Brian Platt dba BTP Arms<br>BTP-Arms/Phillips<br>E-mails with ▓▓▓ review motion drafted ▓▓▓ submit revisions; revise affidavit for fees; | T | 1.3000 | 225.0000 | 292.5000 |
| 4/10/2015 | KEW | 07967.0001 / Brian Platt dba BTP Arms<br>BTP-Arms/Phillips<br>Receive motion for fees and affidavit ▓▓▓ compile motion with ▓▓▓; coordinate filing; ▓▓▓ attempt to confer with Plaintiffs' counsel; e-mails with T. Stoever; amend motion for fees; coordinate filing of amended motion; communicate in firm | T | 2.2000 | 225.0000 | 495.0000 |
| 4/13/2015 | KEW | 07967.0001 / Brian Platt dba BTP Arms<br>BTP-Arms/Phillips<br>Research case law on ▓▓▓ phone call to T. Stoever regarding Plaintiffs position regarding Platt's motion for fees. | T | 1.1000 | 225.0000 | 247.5000 |
| 4/14/2015 | KEW | 07967.0001 / Brian Platt dba BTP Arms<br>BTP-Arms/Phillips<br>Communicate with Plaintiff's counsel (T. Stoever); communicate ▓▓▓ e-mail ▓▓▓ | T | 1.2000 | 225.0000 | 270.0000 |
| 4/17/2015 | KEW | 07967.0001 / Brian Platt dba BTP Arms<br>BTP-Arms/Phillips<br>Communicate with T. Stoever regarding ▓▓▓; e-mails with ▓▓▓ regarding ▓▓▓ | T | 0.7000 | 225.0000 | 157.5000 |

## Messner Reeves LLP
Transactions Copy of Listing Report

Search Description:
Search for: %btp%   Search by: Matter Description (First Line)   Stage: (all)   Type: (all)

| Date | Prof | MatterID/Client Sort<br>Matter Description<br>Narrative | Component<br>Task Code | Units | Price | Value |
|---|---|---|---|---|---|---|
| 4/20/2015 | KEW | 07967.0001 / Brian Platt dba BTP Arms<br>BTP-Arms/Phillips<br>Communicate in firm regarding ▮ | T | 0.5000 | 225.0000 | 112.5000 |
| | | Professional: Katherine E. Whitney | | 26.3000 | | 5,917.5000 |

**Professional: Bruce A. Montoya**

| Date | Prof | MatterID/Client Sort<br>Matter Description<br>Narrative | Component<br>Task Code | Units | Price | Value |
|---|---|---|---|---|---|---|
| 10/17/2014 | BAM | 07967.0001 / Brian Platt dba BTP Arms<br>BTP-Arms/Phillips<br>Review Complaint, preliminary motion and confer ▮ | T | 0.6000 | 300.0000 | 180.0000 |
| 10/20/2014 | BAM | 07967.0001 / Brian Platt dba BTP Arms<br>BTP-Arms/Phillips<br>Review motion and ▮; review local rules regarding ▮ Confer ▮ regarding ▮ | T | 1.2000 | 300.0000 | 360.0000 |
| 10/28/2014 | BAM | 07967.0001 / Brian Platt dba BTP Arms<br>BTP-Arms/Phillips<br>Review updated docket from Federal District Court, review final motion to dismiss file on behalf of client; review motion to dismiss with immunity arguments filed on behalf of SportsGuide. | T | 1.1000 | 300.0000 | 330.0000 |
| 10/31/2014 | BAM | 07967.0001 / Brian Platt dba BTP Arms<br>BTP-Arms/Phillips<br>Confer with Mr. Stoever regarding ▮ email exchange between all counsel regarding confirmation of extension. | T | 0.8000 | 300.0000 | 240.0000 |
| 12/8/2014 | BAM | 07967.0001 / Brian Platt dba BTP Arms<br>BTP-Arms/Phillips<br>Review response brief regarding constitutional challenge filing. | T | 0.8000 | 300.0000 | 240.0000 |
| 12/30/2014 | BAM | 07967.0001 / Brian Platt dba BTP Arms<br>BTP-Arms/Phillips<br>Review co-defendant's reply brief; confer ▮ | T | 1.1000 | 300.0000 | 330.0000 |

# Messner Reeves LLP
## Transactions Copy of Listing Report

Search Description:
Search for: %btp%   Search by: Matter Description (First Line)   Stage: (all)   Type: (all)

| Date | Prof | MatterID/Client Sort<br>Matter Description<br>Narrative | Component<br>Task Code | Units | Price | Value |
|---|---|---|---|---|---|---|
|  |  | regarding ███ |  |  |  |  |
| 1/5/2015 | BAM | 07967.0001 / Brian Platt dba BTP Arms<br>BTP-Arms/Phillips<br>Review final ███ memo and prepared email ███ | T | 1.2000 | 300.0000 | 360.0000 |
| 1/8/2015 | BAM | 07967.0001 / Brian Platt dba BTP Arms<br>BTP-Arms/Phillips<br>Confer with ███ and ███ regarding ███ | T | 0.4000 | 300.0000 | 120.0000 |
| 1/13/2015 | BAM | 07967.0001 / Brian Platt dba BTP Arms<br>BTP-Arms/Phillips<br>Review briefing submitted to Court in final form for BTP Arms, Lucky Gunner, Sportman's Guide; review docket regarding log of all responses. | T | 1.6000 | 300.0000 | 480.0000 |
| 2/6/2015 | BAM | 07967.0001 / Brian Platt dba BTP Arms<br>BTP-Arms/Phillips<br>Review solicitor general amicus brief. | T | 0.6000 | 300.0000 | 180.0000 |
| 2/6/2015 | BAM | 07967.0001 / Brian Platt dba BTP Arms<br>BTP-Arms/Phillips<br>Email ███ | T | 0.3000 | 300.0000 | 90.0000 |
| 2/24/2015 | BAM | 07967.0001 / Brian Platt dba BTP Arms<br>BTP-Arms/Phillips<br>Review recent filings revolving around ███ | T | 0.5000 | 300.0000 | 150.0000 |
| 3/16/2015 | BAM | 07967.0001 / Brian Platt dba BTP Arms<br>BTP-Arms/Phillips<br>Meet with ███ regarding ███ review pleadings and memorandum regarding ███ attend hearing on motions to dismiss and return to office. | T | 4.0000 | 300.0000 | 1,200.0000 |

# Messner Reeves LLP
## Transactions Copy of Listing Report

Search Description:
Search for: %btp%   Search by: Matter Description (First Line)   Stage: (all)   Type: (all)

| Date | Prof | MatterID/Client Sort / Matter Description / Narrative | Component Task Code | Units | Price | Value |
|---|---|---|---|---|---|---|
| 3/27/2015 | BAM | 07967.0001 / Brian Platt dba BTP Arms<br>BTP-Arms/Phillips<br>Review Court Order from Judge Matsch regarding motion to dismiss; confer ▬▬▬ regarding ▬▬▬ | T | 1.0000 | 300.0000 | 300.0000 |
| 4/10/2015 | BAM | 07967.0001 / Brian Platt dba BTP Arms<br>BTP-Arms/Phillips<br>Review final pleadings submitted to Federal District Court on attorney's fee issue. | T | 0.6000 | 300.0000 | 180.0000 |
| | | Professional: Bruce A. Montoya | | 15.8000 | | 4,740.0000 |

***Professional: Thomas R. Blackburn***

| Date | Prof | MatterID/Client Sort / Matter Description / Narrative | Component Task Code | Units | Price | Value |
|---|---|---|---|---|---|---|
| 10/20/2014 | TRB | 07967.0001 / Brian Platt dba BTP Arms<br>BTP-Arms/Phillips<br>Review motion to dismiss (1.3). Conduct independent research concerning ▬▬▬ (1.2). Email to ▬▬▬ concerning ▬▬▬ (.5). | T | 3.0000 | 225.0000 | 675.0000 |
| 10/17/2014 | TRB | 07967.0001 / Brian Platt dba BTP Arms<br>BTP-Arms/Phillips<br>Attention to local rules concerning ▬▬▬. Email to ▬▬▬ concerning ▬▬▬ | T | 1.1000 | 225.0000 | 247.5000 |
| | | Professional: Thomas R. Blackburn | | 4.1000 | | 922.5000 |
| | | Component Type: Fees | | 46.7000 | | 11,692.5000 |
| | | Client Sort: Brian Platt dba BTP Arms | | 47.7000 | | 11,902.4000 |
| | | Grand Total | | 47.7000 | | 11,902.4000 |