# Exhibit 3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  14-cv-2822-RPM

SANDY PHILLIPS, individually and as surviving parent
of Jessica Ghawi, decedent; LONNIE PHILLIPS,
individually and as surviving parent of Jessica Ghawi,
decedent,

Plaintiffs,

v.

LUCKYGUNNER, d/b/a/ BULKAMMO.COM,
THE SPORTSMAN'S GUIDE,
Brian Platt, d/b/a/ BTP ARMS,
Gold Strike E Commerce LLC d/b/a/
BULLETPROOFBODYARMORHQ.COM,
and JOHN DOES 1 through 10, unknown individuals,

Defendants.

## DECLARATION OF THOMAS W. STOEVER, JR. REGARDING FEES

I, Thomas W. Stoever, Jr., declare as follows:

1. I am duly licensed to practice law in Colorado.  I am a member of the law firm of Arnold & Porter LLP, and have been a member of the firm at all times relevant to this case.

2. Beginning in July 2014, Arnold & Porter LLP has represented Plaintiffs in this litigation.  Since that time, I have served as one of Plaintiffs' counsel in this litigation.

3. From October 16, 2014, when Defendants removed this case to federal court and Defendant LuckyGunner filed its Motion to Dismiss (Dkt. No. 3), and March 27, 2015, the day

after the Court entered its Order on the Motions to Dismiss (Dkt. No. 45), attorneys from Arnold & Porter billed a total of 180.70 hours to this case.

4.     Of these 180.70 hours, I billed 35.0 hours and an associate, Paul W. Rodney, billed 145.70 hours.  This represents the time we spent on the case from inception through the Order on the Motions to Dismiss, and includes time researching and drafting the Amended Complaint, researching issues related to service of process on all Defendants, responding to three Motions to Dismiss, responding to the Department of Justice's Brief, preparing for and attending the hearing on the Motions to Dismiss, and reviewing the Court's Order on the motions.

I declare under penalty of perjury that the foregoing is true and correct to the best of my understanding and knowledge.

Dated: April 30, 2015.

By: s/Thomas W. Stoever, Jr.
Thomas W. Stoever, Jr.