# Exhibit 5

## LuckyGunner Time Entries Reflecting Work on Removal and Containing Non-Privileged Redacted Communications

From Aff. of J. Vogts, Dkt. No. 48-2

| Date | Atty | Description | Time | Cost |
|---|---|---|---|---|
| 9/16/14 | AAL | Telephone conference with client regarding lawsuit; analyze potential defenses; review amended complaint; analyze Colorado law on negligent entrustment; analyze issues related to **removal** to federal court; phone conference with --**REDACTED**-- regarding preliminary analysis of plaintiffs' claims | 4.8 | $1,176.00 |
| 9/17/14 | AAL | Analyze arguments for **removal** including monetary value of injunctive relief, impact of original complaint and arguments to defeat motion to remand; conference with client regarding general litigation strategy; review draft litigation hold; edit and revise same; emails with --**REDACTED**-- regarding allegations of complaint and litigation hold; analyze arguments to dismiss nuance claim; analyze original complaint; email to client regarding same | 6.2 | $1,519.00 |
| 9/17/14 | JBV | E-mail exchanges with counsel regarding the case; conference with Mr. Lothson regarding **removal** and dismissal strategies; conference with Mr. Vanderporten regarding research topics; research regarding --**REDACTED**-- to seek injunctive relief and ability to plead irreparable harm; further analysis of amended complaint allegations; prepare outline of motion to dismiss | 5.4 | $2,106.00 |
| 9/18/14 | AAL | Research and analyze Tenth Circuit and District of Colorado law on impact of original complaint with non-diverse defendant; review original complaint's allegations including class action allegations, allegations against shooter, and requested relief; analyze additional issues related to establishing federal diversity jurisdiction; analyze all pleadings obtained from state court action filed to date; phone conference with --**REDACTED**-- regarding strategy for **removal**, use of affidavit regarding jurisdictional amount threshold and other related issues; phone conference with co-defendant BTP Arms regarding status of case and **removal** consent; phone conference with Chris Russell of co-defendant regarding status of case and **removal** consent; phone conference with counsel for Sportsman's Guide regarding **removal** to federal court and status of case | 6.3 | $1,543.50 |
| 9/19/14 | AAL | Email with counsel for Sportsman's Guide; research additional Tenth Circuit case law on establishing jurisdictional threshold when injunctive and declaratory relief is sole remedy; research additional case law on post-**removal** amendment of complaints and impact on diversity jurisdiction; review District of Colorado local rules on **removal**; draft outline for **removal** petition; draft introductionn and background sections of **removal**; draft analysis of diversity jurisdiction case law; supplement and revise **removal** petition; conference with client regarding contact with co-defendants and general litigation strategy. | 6.8 | $1,666.00 |
| 9/22/14 | AAL | Analyze arguments for dismissal of injunctive relief allegations; conference with Mr. Vogts regarding same; phone conference with attorney for Sportsman's Guide on strategy for **removal** and dismissal; follow up emails with attorney for Sportsman's Guide regarding pertinent issues; conference with --**REDACTED**-- regarding arguments for dismissal and preparation of material in support of **removal**; conference with attorney for BTP and OA; conference with --**REDACTED**-- and --**REDACTED**-- regarding co-defendant; supplement and revise affidavit in support of **removal**; revise notice of **removal**; review Tenth Circuit case law on **removal** issues and motions to dismiss | 6.9 | $1,690.50 |
| 9/22/14 | JBV | Conference with Mr. Lothson regarding **removal** issues and status of research in support of motion to dismiss; research regarding constitutional and prudential standing under federal law and injunctive relief elements. | 4 | $1,560.00 |
| 9/22/14 | MC | Review Amended Complaint; discuss with Jim Vogts; conference with Plaintiffs counsel Tina Habas in related case, and follow-up with Vogts regarding **removal** option and need to obtain preliminary hearing transcripts (1.1). | 1.1 | $357.50 |
| 9/23/14 | AAL | Review case law on requirements of consent of co-defendants; email to counsel for Sportsman's Guide regarding arguments for dismissal; supplement and revise declaration of JF in support of **removal**; conference with --**REDACTED**-- regarding co-defendant Chris Russel and strategy for **removal** consent; draft consent to **removal** for Chris Russel; conference with Mr. Russell regarding **removal** and related issues; email to Mr. Russell regarding consent form; conference with attorney for Sportsman's Guide regarding grounds for **removal**; review Colorado statute on attorney's fees; supplement notice of **removal** with statements of JF from declaration and record citations; review local rules on **removal** procedure and practice and motion to dismiss procedure. | 4.6 | $1,127.00 |

1

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 9/23/14 | JBV | Telephone conference with potential local counsel Marc Colin regarding **removal** issues; supplement and revise motion to dismiss outline; further research on plaintiffs' standing to seek injunctive relief; research regarding scope of claims under Colorado wrongful death statute; research regarding recovery of attorney's fees under Colorado law; revise notice of **removal**; conference with Mr. Lothson regarding **removal** issues. | 5.2 | $2,028.00 |
| 9/24/14 | AAL | Conference regarding analysis of Colorado law on elements of negligence and public nuisance; review case law on same; email to client regarding draft notice of **removal** and supporting declaration. | 1.6 | $392.00 |
| 9/24/14 | JBV | Review and analyze research regarding special relationship factor in duty analysis; e-mail exchange with local counsel regarding **removal** decision and issues; revise declaration in support of notice of **removal**; conference with Mr. Lothson and Mr. Vanderporten regarding status of research in support of motion to dismiss. | 2.8 | $1,092.00 |
| 9/26/14 | AAL | Email to CR following up regarding **removal**; review email to local counsel regarding acquisition of state court file and related matters; review pertinent state court pleadings. | 0.4 | $98.00 |
| 9/29/14 | AAL | Analyze Colorado fee shifting statute and related case law; analyze transfer of venue issues and related case law. | 1.3 | $318.50 |
| 9/30/14 | AAL | Review additional case law on exceptions to PLCAA; supplement outline of motion to dismiss; research case law to support Rule 12 arguments on irreparable harm; draft outline for motion to stay discovery pending outcome of Rule 12 motion to dismiss; conference with client regarding status of **removal** and motion to dismiss; review email from Sportsman's Guide's counsel regarding timing of **removal**; analyze additional Colorado duty case law. | 6.6 | $1,617.00 |
| 10/1/14 | AAL | Review email from BTP's attorney; emails to and from BTP's attorney regarding **removal** and dismissal; analyze arguments against remand; email to Sportsman's Guide's attorney regarding **removal** and consent; draft consent pleadings; research Tenth Circuit case law to support Twombly/Iqbal pleading argument; research additional Tenth Circuit case law on prudential standing limitations; conference with Jim Vogts regarding litigation issues; draft standards sections for Rule 8 argument in motion to dismiss; telephone conference with counsel for BTP regarding status of **removal** and motion to dismiss; emails to BTP's counsel regarding underlying state court file; research additional case law on irreparable harm argument. | 7.8 | $1,911.00 |
| 10/1/14 | JBV | Prepare memorandum in support of motion to dismiss (introduction, background, lack of special relationship, and proximate cause); conference with Mr. Lothson regarding **removal** and dismissal issues; analysis of **removal** issues; research regarding Colorado state court --REDACTED-- requirements | 8.2 | $3,198.00 |
| 10/2/14 | AAL | Analyze additional arguments to oppose remand; phone conference with local counsel regarding status of **removal** and motion to dismiss; review arguments against motion to amend complaint post-**removal**; telephone conference with counsel for BTP regarding strategy for dismissal; phone conference with counsel for Sportsman's Guide regarding strategy for dismissal; email to CR regarding status; analyze Colorado wrongful death statute; analyze Colorado statute on limitation of actions related to personal injury caused by firearms and ammunition; analyze work product privilege issues; research additional case law on amount in controversy requirement for claims seeking equitable relief; review response from CR regarding status. | 6.3 | $1,543.00 |
| 10/2/14 | JBV | Telephone conference with local counsel regarding **removal** and early case strategy; prepare memorandum in support of motion to dismiss (proximate cause and public nuisance); research regarding Colorado firearms policies. | 6.6 | $2,574.00 |
| 10/3/14 | AAL | Analyze issues related to Colorado's "defectiveless" firearms immunity act; review summary of legislative history of same; telephone conference with CR regarding status; analyze revised outline for motion to dismiss; revise **removal** pleadings; telephone conference regarding co-defendants; draft pleading to be filed with Arapahoe County notifying of **removal**; edit same; conference with Mr. Vogts on motion to dismiss. | 2.8 | $686.00 |
| 10/6/14 | AAL | Analyze preliminary argument section of motion to dismiss; supplement and revise introduction and background sections; revise standards sections; supplement argument section on Colorado immunity defense; phone conference with clients regarding status of **removal**, motion to dismiss and general litigation issues; revise declaration in support of notice of **removal**; research additional law on amount in controversy requirement; supplement and revise argument section of motion to dismiss on Colorado duty law; review case law on deference to legislature regarding firearms policy. | 6.7 | $1,641.50 |

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 10/7/14 | AAL | Research additional Colorado proximate cause case law; supplement and revise proximate cause argument section of motion to dismiss; revise special relationship argument in motion to dismiss; supplement case law support for PLCAA immunity and exceptions argument; revise argument section on negligent entrustment; research additional case law on public policy deferral to legislative branch for firearms laws; supplement motion to dismiss with argument on legislative deference; further revise declaration in support of **removal**; revise case cites in notice of **removal**; telephone conference with CR regarding status of **removal** papers; telephone conference with SG's counsel regarding status of **removal** and motion to dismiss; review case law on Restatement of Torts and application to duty analysis. | 7.3 | $1,788.50 |
| 10/7/14 | AAL | Research choice of law issues related to injunctive relief and multi-defendant lawsuits; emails to and from counsel for SG regarding **removal** and MTD; review additional case law on personal jurisdiction issues. | 0.8 | $196.00 |
| 10/8/14 | AAL | Research additional case law on federal question jurisdiction; supplement and revise statutory interpretation argument for motion to dismiss; analyze entire draft motion to dismiss; supplement legal standards section of motion to dismiss; review terms of sale; draft footnote and related argument on terms; supplement argument on prosecution of public nuisance by non-government actor; conference with Mr. Vogts regarding status; conference with --REDACTED-- on status; review financial information for declaration in support of **removal**; emails to and from local counsel regarding status of **removal**, motion to dismiss and general litigation strategy. | 6.5 | $1,592.50 |
| 10/8/14 | JBV | Review and revise draft memorandum in support of motion to dismiss; conference with Mr. Lothson regarding revisions; review and revise Felde declaration in support or **removal**. | 2.8 | $1,092.00 |
| 10/8/14 | MC | Review draft Petition for **Removal**; follow-up with co-counsel regarding representation in draft that the value of the claims at issue exceeds $75,000 despite the fact that only injunctive relief is sought by Plaintiffs; review cited authority on support of this contention and draft declaration from client regarding same, and follow-up with co-counsel to finalize petition and exhibits (2.4). | 2.4 | $780.00 |
| 10/9/14 | AAL | Review corporate disclosure requirements of FRCP 7.1 and local rules; draft corporate disclosure statement; edit and revise same; draft appearance forms under local rule compliance; edit same; review requirements of briefing and page limitation; review local procedure for **removal** and e-filing in preparation for **removal** and filing of motion to dismiss; emails to local counsel regarding strategy for **removal**; review local requirements for notice of related matters; email to local counsel regarding declaration and page limitation on briefing; analyze briefing and orders entered in lawsuit against movie theater in federal court. | 3.7 | $906.50 |
| 10/10/14 | AAL | Email to counsel for BTP regarding status of **removal** and MTD; review updated docket report on Arapahoe County action. | 0.2 | $49.00 |
| 10/14/14 | AAL | Review state court file materials from related actions; telephone conference with counsel for BTP regarding motion to dismiss; research case law on conflicts of law and Erie doctrine issues related to injunctive relief; review client comments to draft motion to dismiss; analyze client comments with Mr. Vogts; phone conference with client regarding status of **removal** and motion to dismiss; further supplement and revise notice of **removal**, declaration in support of **removal** and motion to dismiss; follow-up conference with counsel for BTP regarding motion to dismiss; review additional case law on Colorado duty and special relationship received from local counsel; prepare substance of exhibits for notice of **removal** in preparation to finalize and e-file; update draft corporate disclosure statement in preparation to finalize and e-file. | 6.9 | $1,690.50 |
| 10/14/14 | MC | Conferwith co-counsel (x 2) regarding options on filing Request to Exceed Page Limits on Motion to Dismiss, and timing of filing Petition to Remove and Motion to Dismiss (.4). | 0.4 | $130.00 |
| 10/15/14 | AAL | Review standing orders of potential federal judge assignments; draft short motion for extension of page limitation; edit and revise same; emails with local counsel in preparation to file notice of **removal** and related papers; review final client comments to motion to dismiss; review additional Colorado duty law and analysis of special relationship; finalize state court notice regarding action **removed** to federal court; final review and edit of motion to dismiss in preparation to finalize and e-file; review issues related to terms of sale; emails to client regarding same; conference with --REDACTED-- regarding status; conference with counsel for SG regarding **removal** and motion to dismiss | 5.7 | $1,396.50 |
| 10/15/14 | LDM | Receipt, review and respond to email from Andy Lothson regarding checking to see if additional pleadings have been filed (.2); Check ICCES for updated docket to be filed | 0.4 | $44.00 |

3

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| | | with **removal** pleadings (.2). | | |
| 10/16/14 | AAL | Final review of Colorado law on negligent entrustment and proximate cause; final edit of motion to dismiss in preparation to e-file; emails with counsel for co-defendants regarding same; edit and revise corporate disclosure statement in preparation to e-file per client comments; finalize notice of **removal**; finalize exhibits to notice of **removal**; finalize motion for extension of page limitation; conference with Mr. Vogts regarding nuisance Colorado duty law; e-file notice of **removal** and related papers; finalize state court notice regarding **removal**; email to local counsel regarding instructions for state court notice; email to co-defendant's counsel regarding **removal** papers; e-file AAL's appearance; e-file motion to dismiss, corporate disclosure statement and motion for extension of page limitation; conference with --REDACTED-- on status; review arguments of co-defendant. | 6.8 | $1,666.00 |
| 10/16/14 | LDM | Receipt, review and profile email from Andy Lothson regarding filing of notice of **removal** in District Court and request to file notice with Arapahoe County Court (.2); Review format of pleading and reformat to court's rules (1.0); Create caption for state court (.6); Incorporate Mr. Lothson's wording from notice of **removal** into reformatted pleading (.2); Submit to ICCES our Notice of **Removal** (.2); Prepare correspondence to Mr. Lothson with ICCES receipt of accepted filing {.2). | 2.4 | $264.00 |
| **TOTALS** | | | **148.7** | **$41,440.00** |