# Exhibit C



Search  [        ]  [ Search ]

- [Blog](#)
- [Chapters](#)
- [Contact](#)
- [Careers](#)
- [Press Room](#)

| **About Brady** | **Gun Violence** | **Brady's solutions** |
|---|---|---|
| Cutting gun deaths in half by 2025 | Cutting gun deaths in half by 2025 | Cutting gun deaths in half by 2025 |

| **Take Action** | **Donate** |
|---|---|
| Cutting gun deaths in half by 2025 | |

[Home](#) » 14 Brady Center Victories for 2014

# 14 Brady Center Victories for 2014

**9**

2014 may have been our most successful year yet! As the Legal Action Project commemorates our 25 years as the nation's only law group dedicated to fighting in the courts to reduce gun violence, we can truly celebrate this milestone anniversary and the impact we've had on the law and the lives of individuals and families victimized and threatened by gun violence.



Our work would be impossible without the help of our vital supporters, so these 14 victories for '14 are theirs as well!



## Our 14 Victories for 2014

1. **VICTORY FOR CHILD SAFETY IN NEW JERSEY!**  A lawsuit filed by Brady on behalf of New Jersey Million Mom March chapters who helped pass a landmark state law on childproof handguns forced the Attorney General to issue a report on the availability of "smart" guns. For 12 years the state had failed to issue reports required by the law. The victory is a major step toward safer families and communities. (Brady Campaign v. Hoffman)

2. **FOUR NEW BAD APPLE DEALER CASES FILED!** Brady filed four new cases against bad apple gun dealers in 2014, in Missouri (Delana v. Odessa Gun and Pawn), upstate New York (Chiapperini v. Gander Mountain), outside Philadelphia (Fox v. In Site), and in Tampa, FL (Allen v. Lock N Load).

3. **SANDY HOOK LEGACY LAWS DEFENDED!** Brady led the effort to defend New York, Connecticut, Maryland, and Colorado's strong new gun regulations enacted following the Sandy Hook shooting. Brady has filed five amicus briefs, with more to come in 2015. (NYSRPA v. Cuomo, Shew v. Malloy, Kolbe v. O'Malley, Beicker v. Hickenlooper)

4. **SUPPLIER OF GUN USED TO KILL POLICE OFFICER REFORMED!** Brady won a lawsuit filed against a Mississippi pawn shop for the parents of a Chicago police officer killed with a gun straw purchased for a trafficker. The gun dealer settled the case, and agreed to implement strong new security measures to help stop illegal sales. (Wortham v. Ed's Pawn Shop)

5. **FIRST-EVER CASE FILED AGAINST ONLINE AMMUNITION SELLERS!** Brady filed a landmark case for the parents of an Aurora theater shooting victim against four websites that sold ammunition and equipment to the shooter. The case is the first ever seeking to hold online weapon sellers accountable for selling lethal products to dangerous people. (Phillips v. Lucky Gunner)

6. **CALIFORNIA CONCEALED CARRY LAW DEFENDED!** Brady stepped in on behalf of our members and moved to intervene to defend California's may-issue concealed carry law after a federal appellate court declared it unconstitutional, and the defendant decided not to appeal. Though the intervention motions were denied, the court is considering revisiting the original ruling. (Peruta v. San Diego)

7. **STRONG DOMESTIC OFFENDER GUN LAW UPHELD!** The Supreme Court agreed with arguments made in a Brady Center brief in ruling 9-0 that federal law prohibits all convicted domestic offenders from owning guns. Brady led a coalition of groups that filed amicus briefs in support of the law. (U.S. v. Castleman)

8. **VICTORY ON SAFE GUN STORAGE IN SAN FRANCISCO!** The federal 9th Circuit Court of Appeals agreed with arguments made by the Brady Center in an amicus brief in ruling that San Francisco's ordinances requiring guns to be locked and safely stored in the home, and regulating the sale of hollow-point ammunition, are constitutional. (Jackson v. San Francisco)

9. **ALASKA CASE CLEARED FOR TRIAL!** After being reversed by the Alaska Supreme Court, a Juneau judge agreed with arguments made by Brady Center attorneys in ruling that a trial could go forward in our case for the family of Simone Kim, who was shot and killed by a meth-addicted fugitive with a gun he obtained under suspicious circumstances at a nearby dealer. The trial is scheduled for February 2015. (Kim v. Coxe)

10. **FEDERAL STRAW PURCHASE LAW DEFENDED!** The U.S. Supreme Court agreed with arguments made in a Brady Center brief in ruling that purchasing a gun intending to sell it to someone else is illegal, even if the second person is legally entitled to own one. The Brady Center was the only gun violence prevention group to file a brief in defense of this critical law. (Abramski v. United States)

11. **JUDGE REJECTS GUN INDUSTRY IMMUNITY DEFENSE!** An Indiana judge agreed with arguments by Brady attorneys that our case for a wounded Indianapolis police officer shot with a straw purchased gun could proceed and was not barred by federal or state gun lobby immunity laws. (Runnels v. KS&E Sports)

12. **TRIALS APPROVED IN WOUNDED OFFICER CASES AGAINST TOP CRIME GUN SELLER!** Two Wisconsin judges agreed with arguments by Brady attorneys, clearing for trial both of our cases for Milwaukee police officers shot with guns sold by top crime gun seller Badger Guns. The first trial is scheduled to begin in April 2015. (Kunisch & Norberg v. Badger Guns; Arce & Lopez v. Badger Guns)

13. **DANGEROUS NULLIFICATION LAW CHALLENGED!** Brady filed a lawsuit against a dangerous Kansas law that declares that guns made and kept in Kansas are exempt from federal gun laws, and makes federal regulation of Kansas-made guns a felony. The Brady Center suit against the state on behalf of its Kansas membership seeks to have this unconstitutional law struck down. (Brady

Campaign v. Brownback)

14. **BAD APPLE DEALER CAMPAIGN LAUNCHED!** Brady successfully launched our campaign of lawsuits and protests to reform or shut down bad apple gun dealers, the handful of dealers that supply virtually all of the guns used in crimes. Protests have been held in Chicago and Phoenix, with more scheduled for 2015.



**9**

Email

Zip

Get Updates

All information © 2015 Brady Campaign to Prevent Gun Violence

- Sign Me Up
- Privacy Policy
- Contact