Exhibit D

www.bradycampaign.org

We're working hard all across the country to stop "bad apple" gun dealers from continuing the irresponsible business practices that result in guns falling into dangerous hands. And right now, we're in Philly.



This morning, we'll confront the owners of Firing Line, a Philadelphia gun dealer responsible for selling at least **64 guns traced to crime in just eight years.*** Mobilizing our Philly advocates and partnering with other important area organizations requires time, energy, and resources.

That's why I'm writing to you today. **Your contribution will help us continue our massive public protests to expose and hold "bad apple" gun dealers accountable for their recklessness and the tragic impact it has on our communities.**

Whether "bad apple" dealers are looking the other way while their customers buy guns for others (straw purchasing) or purchase in bulk to illegally resell (gun trafficking), enough is enough. We're determined to hold them

accountable and change the way they do business, or shut down those who refuse to act responsibly.

Our public protests further our efforts to ensure that all gun sellers follow a Code of Conduct designed by Brady to keep guns out of dangerous hands. **Donate now to stop "bad apple" gun dealers from putting profits over the safety of our kids and communities.**

Your support helps save lives.

In solidarity,

Robert Disney
National Field Director
Brady Campaign to Prevent Gun Violence

*From 1989 to 1997

   unsubscribe | contact us | privacy policy