# Exhibit E

What is LinkedIn?    Join Today    Sign In

# Lonnie Phillips

Operations Manager at Brady Campaign & Center to Prevent Gun
Violence

San Antonio, Texas Area | Public Safety

**64**
connections

| | |
|---|---|
| Current | Brady Campaign & Center to Prevent Gun Violence |
| Previous | Fidelity Financial Services, Alamo Financial Services |
| Education | The University of Texas at Austin |

## Join LinkedIn and access Lonnie's full profile. It's free!

As a LinkedIn member, you'll join 300 million other professionals who are
sharing connections, ideas, and opportunities.

- See who you know in common
- Get introduced
- Contact **Lonnie** directly

**View Lonnie's Full Profile**

### Experience

**Manager Organizing Department Brady Campaign**
Brady Campaign & Center to Prevent Gun Violence
January 2013 – Present (2 years 4 months) | San Antonio, Texas Area



* worked in the organizing department doing outreach to victim/survivors of gun violence
* Led the department in adding names of gun owners to data base
* Worked closely with communications department to connect with national media to do television
interviews related to gun violence.
* Lobbied national and state congressional legislators to pass reasonable restrictions on gun
ownership.
*Designed and implemented training programs on gun basics and how to engage gun owners for
Brady chapters.
*Did inspirational talks to grass roots volunteers in Washington state in their efforts to pass
legislation for background checks on all gun sales.
*Spoke at fund raising events.

**Managing Principal at Fidelity Financial**
Fidelity Financial Services
October 2002 – December 2012 (10 years 3 months) | San Antonio, Texas Area

General manager of a finance company that purchased discounted installment loan contracts from
selected auto dealerships.

**Managing Partner at Alamo Financial**
Alamo Financial Services
January 1994 – September 2002 (8 years 9 months) | San Antonio, Texas Area

Provide automobile financing for consumers with credit scores below FDIC banking standards.

---

## Find a different Lonnie Phillips

First Name    Last Name    🔍

**Example:** Lonnie Phillips


**Lonnie Phillips**
Senior Vice President Operations at
Fanatics, Inc.
Jacksonville, Florida Area


**Lonnie Ray Phillips**
Authority Marketing Specialist
Houston, Texas Area


**Lonnie Phillips**
Trustee Pelham UFSD Urban Initiative
Director NYS PTA Associate Director
at Westchester East - Putnam Region
PTA
Greater New York City Area

**Lonnie Phillips**
Regional ICT Services Management at
STMicroelectronics
Greater Denver Area

**Lonnie Phillips**
Application Analyst at Carilion Clinic
Roanoke, Virginia Area

More professionals named Lonnie Phillips

### People Also Viewed


**Mike Naple**
Press Secretary at Brady Campaign &
Center to Prevent Gun Violence


**Kevin Anderson**
Owner, Alamo Financial


**Larry Taylor**
--


**Felipe (Phillip) Cobarruvias**
Realtor at Exit IH 10 Realty


**Scott Cavallaro`**
Vice President at Metrolink Mortgage


**France Addington-Lee**
REALTOR at Keller Williams Preferred
Realty


**Marcie Weaver**
Marketing and web consultant


**Amy Rake, CTP**
Vice President, Treasury Management
Sales Support Manager


**Chelsea Beech**
Managing Director at Beech & Co.


**Sally Murdock**
--

Skills

What is LinkedIn?    Join Today    Sign In

| Finance | Automobile | Sales Management | Negotiation | Sales |

| Operations Management | Public Speaking | lobbying | Fundraising |

Education

**The University of Texas at Austin**
B.A., Economics
1970 – 1974



`

View Lonnie's full profile to...

• See who you know in common
• Get introduced
• Contact **Lonnie** directly

**View Lonnie's Full Profile**

Not the Lonnie Phillips you're looking for? View more

LinkedIn member directory: a b c d e f g h i j k l m n o p q r s t u v w x y z more    |    Browse members by country

© 2015    |    User Agreement    |    Privacy Policy    |    Community Guidelines    |    Cookie Policy    |    Copyright Policy    |    Guest Controls