# Exhibit F

4/27/2015 Brady Center

HOME   ABOUT BRADY   ABOUT GUN VIOLENCE   MEDIA   WE ARE BETTER THAN THIS      DONATE HERE   

*to* PREVENT GUN VIOLENCE

**View this message in your browser**

Dear Friend,

As part of Domestic Violence Awareness Month today we remember the lives of **Zina Daniel, Cary Robuck** and **Maelyn Lind**, three women in Brookfield, Wisconsin. They were brutally murdered one year ago by Zina's husband, Radcliffe Haughton, with a gun he bought online, without a Brady background check.

**These women died because federal laws failed to protect them.** Haughton was a domestic abuser with a restraining order filed against him. Because of this he would not have passed a Brady background check at a licensed gun seller. And he knew it. So instead he turned to Armslist.com, a craigslist-like website with tens of thousands of unlicensed gun sellers able to sell guns to dangerous people like Haughton without a Brady background check.

**Forty percent of gun sales today still do not require a Brady background check.** This makes it far too easy for dangerous people like domestic abusers, to get their hands on guns. All too often, innocent women, like Zina, Cary and Maelyn pay with their lives.

**Let your voice be heard! Tell your local newspaper that it is unacceptable for domestic abusers to continue to have access to dangerous firearms!**

As a woman who knows the pain of guns falling into the hands of dangerous people, I believe it is important to share Zina's story. **To keep guns out of the hands of dangerous people and better protect women we must expand Brady background checks for ALL gun sales.**

Do your part to take a stand against domestic violence and prevent further gun deaths in Wisconsin and across America!

With appreciation,

*Sandy Phillips*

Sandy Phillips
Campaign Manager
Brady Campaign to Prevent Gun Violence



Share on Facebook
Forward
Unsubscribe

   LIVING FOR 32 

All information © 2013 Brady Campaign to Prevent Gun Violence | **Unsubscribe** • **Privacy Policy** • **Contact Us**