

Search    Search

- Blog
- Chapters
- Contact
- Careers
- Press Room

Home » LSA Leadership Council

# LSA Leadership Council

0



Alan Bennett
Ropes & Gray



Thomas Green
Sidley Austin LLP



Covington & Burling LLP





Arnold & Porter LLP                    Hogan Lovells                    White & Case LLP

Morrison & Foerster LLP

**0**

Email

Zip

Get Updates

All information © 2015 Brady Campaign to Prevent Gun Violence

- Sign Me Up
- Privacy Policy

- Contact