IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Richard P. Matsch, Senior District Judge

Civil Action No. 14-cv-02822-RPM

SANDY PHILLIPS, individually and as surviving parent
of Jessica Ghawi, decedent; and
LONNIE PHILLIPS, individually and as surviving parent
of Jessica Ghawi, decedent.

     Plaintiffs,

v.

LUCKY GUNNER, LLC, d/b/a/ BULKAMMO.COM,
THE SPORTSMAN'S GUIDE,
BRIAN PLATT, d/b/a/ BTP ARMS,
GOLD STRIKE E COMMERCE, LLC,
d/b/a/ BULLETPROOFBODYARMORHQ.COM, and
JOHN DOES 1 through 10, unknown individuals.

     Defendants.
_____

JUDGMENT
_____

     Pursuant to the Order Awarding Fees and Costs to Defendants entered by

Senior District Judge Richard P. Matsch on June 17, 2015, it is

     ORDERED AND ADJUDGED that the Plaintiffs shall pay to Defendant

LuckyGunner, d/b/a/ Bulkammo.com the amount of $111,971.10 for its fees and costs of

defending this action, and it is

     FURTHER ORDERED AND ADJUDGED that the Plaintiffs shall pay to

Defendant The Sportsman's Guide the amount of $59,060.87 for its fees and costs of

defending this action, and it is

     FURTHER ORDERED AND ADJUDGED that the Plaintiffs shall pay to

Defendant Brian Platt d/b/a BTP Arms the amount of  $31,969.89 for his fees and costs

of defending this action.

DATED:   June 17th, 2015

FOR THE COURT:

JEFFREY P. COLWELL, Clerk

s/M. V. Wentz

By_____
            Deputy