|  |  |
|---|---|
| **UNITED STATES COURT OF APPEALS** | **FILED**<br>**United States Court of Appeals**<br>**Tenth Circuit** |
| **FOR THE TENTH CIRCUIT** | **July 21, 2015** |
| _____ | **Elisabeth A. Shumaker**<br>**Clerk of Court** |
| SANDY PHILLIPS, individually and as surviving parent of Jessica Ghawi, decedent; LONNIE PHILLIPS, individually and as surviving parent of Jessica Ghawi, decedent, | |
|     Plaintiffs - Appellants, | |
| v. | No. 15-1153<br>(D.C. No. 1:14-CV-02822-RPM) |
| LUCKY GUNNER LLC, d/b/a Bulkammo.com; THE SPORTMAN'S GUIDE; BRIAN PLATT, d/b/a BTP Arms; GOLD STRIKE E COMMERCE LLC, and John Does 1 through 10, unknown individuals, d./b/a Bulletproofbodyarmorhq.com, | |
|     Defendants - Appellees. | |
| UNITED STATES OF AMERICA, | |
|     Intervenor. | |

_____

**ORDER**

_____

In accordance with 10th Cir. R. 33.1, Rules of the Tenth Circuit, and upon consideration of the motion for voluntary dismissal of the above-captioned appeal, this appeal is dismissed.  *See* Fed. R. App. P. 42(b).

Each party will bear their own costs on appeal. A copy of this order will stand as the mandate of the court.

Entered for the Court

*Elisabeth A. Shumaker*

ELISABETH A. SHUMAKER, Clerk