| | FILED<br>United States Court of Appeals |
|---|---|
| UNITED STATES COURT OF APPEALS | Tenth Circuit |
| FOR THE TENTH CIRCUIT | July 21, 2015 |
| _____ | Elisabeth A. Shumaker<br>Clerk of Court |

SANDY PHILLIPS, individually and as surviving parent of Jessica Ghawi, decedent; LONNIE PHILLIPS, individually and as surviving parent of Jessica Ghawi, decedent,

    Plaintiffs - Appellants,

v.

LUCKY GUNNER LLC, d/b/a Bulkammo.com; THE SPORTMAN'S GUIDE; BRIAN PLATT, d/b/a BTP Arms; GOLD STRIKE E COMMERCE LLC, and John Does 1 through 10, unknown individuals, d./b/a Bulletproofbodyarmorhq.com,

    Defendants - Appellees.
 ───────────────────

UNITED STATES OF AMERICA,

    Intervenor.

No. 15-1153
(D.C. No. 1:14-CV-02822-RPM)

_____

**ORDER**

_____

In accordance with 10th Cir. R. 33.1, Rules of the Tenth Circuit, and upon consideration of the motion for voluntary dismissal of the above-captioned appeal, this appeal is dismissed.  *See* Fed. R. App. P. 42(b).

Each party will bear their own costs on appeal. A copy of this order will stand as the mandate of the court.

                                                      Entered for the Court

                                                      ELISABETH A. SHUMAKER, Clerk