**UNITED STATES COURT OF APPEALS**
**FOR THE TENTH CIRCUIT**
**OFFICE OF THE CLERK**

Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

| | | |
|---|---|---|
| Elisabeth A. Shumaker<br>Clerk of Court | July 21, 2015 | Chris Wolpert<br>Chief Deputy Clerk |

Mr. Peter A. T. Carlson
Fafinski Mark & Johnson
775 Prairie Center Drive, Suite 400
Eden Prairie, MN 55344

Mr. Marc F. Colin
Bruno, Colin & Lowe
1999 Broadway, Suite 3100
Denver, CO 80202

Mr. Jeffrey P. Colwell
United States District Court for the District of Colorado
Office of the Clerk
Alfred A. Arraj U.S. Courthouse
901 19th Street
Denver, CO 80294-3589

Lesley Farby
U.S. Department of Justice
Civil Division
20 Massachusetts Ave., NW
Washington, DC 20530-0000

Mr. Andrew Arthur Lothson
Swanson, Martin & Bell
330 North Wabash Avenue
Suite 3300
Chicago, IL 60611

Mr. Jonathan Elias Lowy
Brady Center to Prevent Gun Violence
Legal Action Project
1225 Eye Street, NW, Suite 1100
Washington, DC 20005-0000

Mr. Donald Chance Mark Jr.
Mr. Patrick J. Rooney
Fafinski Mark & Johnson
775 Prairie Center Drive, Suite 400
Eden Prairie, MN 55344

Mr. Bruce A. Montoya
Messner & Reeves
1430 Wynkoop Street, Suite 300
Denver, CO 80202

Ms. Tara S. Morrissey
Mr. Mark B. Stern
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530

Mr. Paul Rodney
Mr. Thomas W. Stoever, Jr.
Arnold & Porter
370 17th Street, Suite 4400
Denver, CO 80202-1370

Ms. Kelly Sampson
The Brady Center to Prevent Gun Violence
840 First Street, NE Suite 400
Washington, DC 20002

Mr. James Vogts
Swanson, Martin & Bell
330 North Wabash Avenue
Suite 3300
Chicago, IL 60611

Ms. Katherine E. Whitney
Messner & Reeves
1430 Wynkoop Street, Suite 300
Denver, CO 80202

Mr. Ronald L. Wilcox
Peters Mair Wilcox
1755 Blake Street
Suite 240
Denver, CO 80202

Mr. Michael Andrew Zee

U.S. Department of Justice
Civil Division, Federal Programs Branch
450 Golden Gate Avenue
San Francisco, CA 94102

Mr. Phillip Robert Zuber
Sasscer Clagett & Bucher
5407 Water Street, Suite 101
Upper Marlboro, MD 20772

**RE:**   **15-1153, Phillips, et al v. Lucky Gunner LLC, et al**
Dist/Ag docket: 1:14-CV-02822-RPM

Dear Counsel and Clerk:

Please be advised that the court issued an order today dismissing this case.

In addition, please be advised that the mandate for this case has issued today. The clerk of the originating court shall file accordingly.

Please contact this office if you have questions.

        Sincerely,

        *Elisabeth A. Shumaker*

        Elisabeth A. Shumaker
        Clerk of the Court

EAS/lg